Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com
**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Morgan T. Nickerson (*pro hac vice forthcoming*)
morgan.nickerson@klgates.com
**K&L GATES**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 617.261.3175

*Attorney for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, <br><br> Defendant. | Civil Action No.: 8:23-cv-00222 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1)** |

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Epson America, Inc., by and through its attorneys, K&L Gates LLP, hereby states that Epson America, Inc. is 100% owned by U.S. Epson, Inc., a holding company. Seiko Epson Corporation, a publicly-held Japanese corporation, owns 100% of U.S. Epson, Inc.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Plaintiff Epson America, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Epson America, Inc. | Plaintiff |
| U.S. Epson, Inc. | 100% owner of Plaintiff Epson America, Inc. |
| Seiko Epson Corporation | 100% owner of U.S. Epson, Inc. |
| Global Aiptek Inc. d/b/a GAC Technology Group | Defendant |

Respectfully submitted,

Date: February 6, 2023

**K&L Gates LLP**

By: */s/ Zachary T. Timm*
Christina N. Goodrich
Morgan T. Nickerson (*pro hac vice forthcoming*)
Zachary T. Timm

*Attorney for Plaintiff Epson America, Inc.*