# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Epson America, Inc.<br><br>v.<br><br>Global Aiptek Inc. et al<br><br>Plaintiff(s),<br>Defendant(s) | CASE NUMBER:<br><br>8:23-cv-00222 KES<br><br>**NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE**<br><br>*(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)* |

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

☐ Party(ies) has/have not submitted their statement of consent form to proceed before a U.S. Magistrate Judge within the time required by the Local Rules.

☑ Party declined to consent to the exercise of jurisdiction by the Magistrate Judge.

☐ A Motion or Application requiring immediate attention has been filed prior to the parties' consent to the exercise of jurisdiction by the Magistrate Judge.

☐ Other: _____

Pursuant to General Order 12-02 and for the reason stated above, this case is hereby randomly reassigned to the Honorable **Fred W. Slaughter**, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable **Douglas F. McCormick**, United States Magistrate Judge.

On all documents subsequently filed in this case, please substitute the initials **FWS(DFMx)** after the case number in place of the initials of the prior judge, so that the case number will read **8:23-cv-00222 FWS(DFMx)**. All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Clerk, U. S. District Court

Date: 03/22/2023   By: Robert R. Nadres

cc: ☐ *Previous Magistrate Judge*