| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Milord A. Keshishian SBN 197835 <br> milord@milordlaw.com <br> Milord & Associates, P.C. <br> 10517 W. Pico Blvd. <br> Los Angeles, CA, 90064 <br> Tel: 310-226-7878 | |
| ATTORNEY(S) FOR: Defendant GLOBAL AIPTEK INC. | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPSON AMERICA, INC. <br><br> Plaintiff(s), <br> v. <br> GLOBAL AIPTEK INC. <br><br> Defendant(s) | CASE NUMBER: <br><br> 8:23−cv−00222−FWS−DFM <br><br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Defendant GLOBAL AIPTEK INC.** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Epson America, Inc. | Plaintiff |
| U.S. Epson, Inc. | 100% owner of Plaintiff Epson America, Inc. |
| Seiko Epson Corporation | 100% owner of U.S. Epson, Inc. |
| Global Aiptek Inc. d/b/a GAC Technology Group | Defendant |

| | |
|---|---|
| April 14, 2023 <br> Date | /s/ Milord A. Keshishian <br> Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant GLOBAL AIPTEK INC.