# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:23-cv-00222 FWS (DFMx) | Date: | September 28, 2023 |
|---|---|---|---|
| Title | Epson America, Inc. v. Global Aiptek, Inc. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 09/28/2023 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Zach Timm<br>Morgan Nickerson | Kirsten Jensvold-Rumage<br>Milord Keshishian |

**Proceedings:** Telephonic Discovery Conference

Case called and counsel make their appearances. Court and counsel confer regarding discovery issues. Court sets further hearing for October 5, 2023, at 1:30 pm

:    15

Initials of Clerk:    nb