**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175

Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. | Case No.: 8:23-cv-00222-FWS-DFM |
| Plaintiff, | [Assigned to the Hon. Fred W. Slaughter, Courtroom 10D] |
| v. | **JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER** |
| GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, | |
| Defendant. | Complaint Filed: February 6, 2023 |
| | Current Trial Date: August 13, 2024 |
| | New Trial Date: November 12, 2024 |

JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER

Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. d/b/a GAC Technology Group ("GAC") (jointly, the "Parties"), by and through their respective counsel, respectfully submit this Joint Stipulation and Request for Order Modifying the Trial Scheduling Order (Docket Entry ("DE") 19) with reference to the following facts:

WHEREAS, Epson filed its Complaint in this matter on February 6, 2023, and GAC filed its Answer on April 14, 2023;

WHEREAS, the Parties subsequently engaged in informal settlement discussions through counsel, which included the exchange of drafts of a proposed settlement agreement (*see, e.g.,* DE 18 at § N);

WHEREAS, the Parties were unfortunately not able to reach settlement through these discussions;

WHEREAS, Epson served GAC with written discovery on May 2, 2023, GAC served its responses on June 29, 2023, and the Parties subsequently conducted multiple meet and confer efforts regarding such responses and document productions, which included one informal discovery conference before the Magistrate Judge in this Action on September 28, 2023 (*see* DE 28);

WHEREAS, GAC served Epson with written discovery on October 27, 2023;

WHEREAS, discovery in this action is, therefore, still ongoing, including as the Parties intend to take depositions in this Action. Moreover, GAC's principal is located overseas, which has resulted in delays in certain discovery-related activities, including the taking of his deposition;

WHEREAS, fact-discovery in this matter is currently scheduled to close on January 25, 2024, and trial is scheduled for August 13, 2024;

WHEREAS, the Parties have met and conferred through their respective counsel, and have agreed that a brief continuance of the trial and associated dates would be beneficial, including to allow sufficient time for the Parties to complete all outstanding discovery; and

1
JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER

WHEREAS, the Parties have not previously requested any modifications to the Scheduling Order or continuances of any deadlines therein.

NOW THEREFORE, good cause appearing, the Parties, by and through their respective counsel of record hereby stipulate and respectfully request the Court enter an order as follows:

1. The Fact-Discovery Cut-Off (including hearing of discovery motions) be continued until April 19, 2024;

2. The deadline for the Initial Designation of Expert Witnesses be continued until May 3, 2024;

3. The deadline for the Designation of Rebuttal Expert Witnesses be continued until May 17, 2024;

4. The Expert Discovery Cut-Off (including expert depositions) be set at May 31, 2024;

5. The Dispositive Motion Hearing Cut-Off be continued until July 25, 2024;

6. The Deadline to Complete Settlement Conference be continued until August 9, 2024;

7. The first round of Trial Filings be continued until September 26, 2024

8. The second round of Trial Filings be continued until October 10, 2024

9. The Final Pre-Trial Conference and Hearing on Motions in Limine be continued until October 24, 2024, at 8:30 a.m.; and

///
///
///
///
///
///
///

2
JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER

10. The Jury Trial be continued until November 12, 2024, at 9:00 a.m.

Dated: 12/14/23          K&L GATES LLP

By: /s/ Zachary T. Timm
Christina N. Goodrich
Zachary T. Timm
Morgan T. Nickerson (admitted *pro hac vice*)

Attorneys for Plaintiff
Epson America, Inc.

Dated: 12/14/23          MILORD & ASSOCIATES, P. C.

By: /s/ Kirstin Jensvold-Rumage
Milord A. Keshishian
Kirstin Jensvold-Rumage

Attorney for Defendant
Global Aiptek Inc. d/b/a GAC Technology Group

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

K&L GATES LLP

By: /s/ Zachary T. Timm
Zachary T. Timm