**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, <br><br> Defendant. | Case No. 8:23-cv-00222-FWS-DFM <br><br> **ORDER RE JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER [30]** |

///

///

///

Having reviewed and considered the Parties' Joint Stipulation and Request for Order Modifying the Scheduling Order [30], the files and records of the case, the applicable law, and for the good cause demonstrated, the court **ORDERS** the court's May 19, 2023, Scheduling Order [19] ("May 19, 2023, Scheduling Order") **MODIFIED** to read as follows (with changes indicated by italics):[1]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:30 a.m.** | **First Day:** *12/10/2024* |
| Parties' Estimated Trial Length | **_4_ days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *10/24/2024* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | *6/29/2023*[2] |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | *4/19/2024* |
| Expert Disclosure (Initial) | *5/3/2024* |
| Expert Disclosure (Rebuttal) | *5/17/2024* |
| Expert Discovery Cut-Off | *5/31/2024* |
| Last Date to **Hear** Motions **[Thursday]** • Motion for Summary Judgment due at least 6 weeks before hearing • All other motions due at least 4 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | *7/25/2024* |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one: [ ] 1. Magistrate Judge (with Court approval) [ ] 2. Court's Mediation Panel [x] 3. Private Mediation | *8/9/2024* |
| **Trial Filings (first round)** • Motions in Limine with Proposed Orders | *9/26/2024* |

---

[1] This Order is now the Operative Scheduling Order in this matter.
[2] The May 19, 2023, Scheduling Order, contained a typographical error for the Last Date to Hear Motion to Amend Pleadings /Add Parties entry, listing the year as 2024, instead of 2023 as requested in the Parties' Joint Rule 26(f) Report. (*See* Dkt. 18 at 14.) The Last Date to Hear Motion to Amend Pleadings /Add Parties now reflects a date of 6/29/2023, instead of 6/29/2024.

| | |
|---|---|
| • *Daubert Motions with Proposed Orders*[3]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• *Affirmative Deposition Designation(s)* | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• *Oppositions to Daubert Motions*[4]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• *Objections and Counter Deposition Designation(s)* | *10/3/2024* |
| • *Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s)* | *10/10/2024* |

**IT IS SO ORDERED**.

Dated: December 19, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR

---

[3] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

[4] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine. (*See* Dkt. 20 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").) In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.