1 Milord A. Keshishian, SBN 197835
milord@milordlaw.com
2 Kirstin Jensvold-Rumage, SBN 345916
kirstin@milordlaw.com
3 MILORD LAW GROUP, P.C.
333 South Hope Street, Suite 4025
4 Los Angeles, California 90071
Tel: (310) 226-7878
5 Fax: (310) 226-7879

6
Attorneys for Defendants
7 Global Aiptek Inc. dba GAC Technology Group

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| EPSON AMERICA, INC., | ) Case No.: 8:23-cv-00222-FWS-DFM |
| Plaintiff, | ) |
| | ) **SECOND JOINT STIPULATION AND** |
| vs. | ) **REQUEST FOR ORDER MODIFYING** |
| | ) **THE SCHEDULING ORDER** |
| GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, | ) |
| | ) [Proposed Order Lodged Concurrently] |
| Defendant, | ) |
| | ) Complaint Filed: February 6, 2023 |
| | ) Current Trial Date: December 10, 2024 |
| | ) New Trial Date: April 15, 2025 |

1

SECOND JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER

1   This Stipulation is entered into by and between Plaintiff Epson America, Inc.
2   ("Epson") and Defendant Global Aiptek Inc. ("GAC") through their undersigned counsel
3   of record, who hereby respectfully submit this stipulation to amend the scheduling order
4   and continue trial by four (4) months as set forth below, or as soon thereafter as the Court
5   is available.

6   WHEREAS, Epson filed its Complaint in this matter on February 6, 2023, and
7   GAC filed its Answer on April 14, 2023;

8   WHEREAS, the Parties subsequently engaged in informal settlement discussions
9   through counsel, which included the exchange of drafts of a proposed settlement
10  agreement (*see* Dkt. 18 at § N);

11  WHEREAS, the Parties were unable to reach settlement through these discussions;

12  WHEREAS, Epson served GAC with written discovery on May 2, 2023, GAC
13  served its responses on June 29, 2023, and the Parties subsequently conducted multiple
14  meet and confer efforts regarding such responses and document productions, which
15  included one informal discovery conference before the Magistrate Judge in this Action on
16  September 28, 2023 (Dkt. 28);

17  WHEREAS, GAC served Epson with written discovery on October 27, 2023, and
18  Epson served its responses on December 18, 2023;

19  WHEREAS, the Parties subsequently conducted multiple meet and confer efforts
20  regarding Epson's responses regarding such responses and document productions;

21  WHEREAS, Epson served its initial document production and GAC produced
22  supplemental documents on January 10, 2024;

23  WHEREAS, Epson took the deposition of GAC CEO Frank Sheu on January 16,
24  2024;

25  WHEREAS Epson served their supplemental responses to the Requests for
26  Production of Documents on January 22, 2024, and their supplemental responses to the
27  Interrogatories on January 25, 2024.

28  WHEREAS, discovery in this action is, therefore, still ongoing, including, but not

MILORD LAW GROUP, PC
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

limited to, additional production of documents and depositions;

WHEREAS, fact-discovery in this matter is currently scheduled to close on April 19, 2024, and trial is scheduled for December 10, 2024; and

WHEREAS, the Parties agree that a brief continuance of the trial and associated dates would be beneficial, including to allow sufficient time for the Parties to complete all outstanding discovery.

**IT IS HEREBY STIPULATED AND AGREED**:

Pursuant to the Court's December 19, 2023, Order re Joint Stipulation and Request for Order Modifying the Scheduling Order (Dkt. 30), Trial in this matter is currently set for December 10, 2024, and the Final Pretrial Conference is currently scheduled for October 24, 2024. The parties respectfully request the Court modify the scheduling order to reflect the new deadlines set forth in the Scheduling Order chart attached to this Stipulation, continuing all dates set by the Court's Civil Trial Order by four months to the dates set forth below.

| EVENT | Current Date | Proposed Date |
|---|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:30 a.m.** | First Day: *12/10/2024* | First Day: *04/15/2025* |
| Parties' Estimated Trial Length | <u>4</u> days | |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *10/24/2024* | *02/27/2025* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | *6/29/2023* | *10/24/2024* |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | *4/19/2024* | *08/16/2024* |
| Expert Disclosure (Initial) | *5/3/2024* | *09/06/2024* |
| Expert Disclosure (Rebuttal) | *5/17/2024* | *09/20/2024* |
| Expert Discovery Cut-Off | *5/31/2024* | *10/04/2024* |

| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | *7/25/2024* | *11/28/2024* |
|---|---|---|
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one:<br>[ ] 1. Magistrate Judge (with Court approval) [ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | *8/9/2024* | *12/13/2024* |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders | *9/26/2024* | *01/23/2025* |

Dated: March 4 2024　　　　　　　**MILORD LAW GROUP, P.C.**

　　　　　　　　　　　　　　　　　/s/ Milord A. Keshishian
　　　　　　　　　　　　　　　　　Milord A. Keshishian
　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　GLOBAL AIPTEK INC.

Dated: March 4 2024　　　　　　　**K&L Gates LLP**

　　　　　　　　　　　　　　　　　/s/ Morgan T. Nickerson
　　　　　　　　　　　　　　　　　Morgan T. Nickerson
　　　　　　　　　　　　　　　　　Christina N. Goodrich
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　EPSON AMERICA, INC.

### Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)

　　　I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 4, 2024　　　　　　　/s/ Milord A. Keshishian
　　　　　　　　　　　　　　　　　Milord A. Keshishian