**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>　　　　Defendant. | Case No. 8:23-cv-00222-FWS-DFM<br><br>**ORDER RE SECOND JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER [32]** |

///

///

///

Having reviewed and considered the Second Joint Stipulation and Request for Order Modifying the Scheduling Order [32] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated, the court **ORDERS** the court's December 19, 2023, Order Re Joint Stipulation and Request for Order Modifying the Scheduling Order [31] ("December 19, 2023, Scheduling Order") **MODIFIED** to read as follows (with changes indicated by italics):[1]

| EVENT | DATE |
| --- | --- |
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:30 a.m.** | **First Day:** *4/15/2025* |
| Parties' Estimated Trial Length | **4 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *2/13/2025* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | 6/29/2023[2] |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | *8/16/2024* |
| Expert Disclosure (Initial) | *9/6/2024* |

---

[1] This Order is now the Operative Scheduling Order in this matter. Based on the record before the court, the court is disinclined to grant any further continuances of the trial date and accompanying dates in this Order.

[2] In the Stipulation the parties state, "the Parties agree that a brief continuance of the trial and associated dates would be beneficial, including to allow sufficient time for the Parties to complete all outstanding discovery." (Stipulation at 3.) The court notes that in the Second Stipulation, the parties request a new, continued date of "10/24/2024" for the "Last Date to Hear Motion to Amend Pleadings /Add Parties." *Id*. However, the court finds the parties have made an insufficient showing of good cause in the Stipulation to continue that date and the request to move that date is denied. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (stating "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment," "the focus of the inquiry is upon the moving party's reasons for seeking modification," and "[i]f that party was not diligent, the inquiry should end."); *see also Zivkovic v. S. California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (stating "[t]he pretrial schedule may be modified if it cannot reasonably be met despite the diligence of the party seeking the extension," and "[i]f the party seeking the modification was not diligent, the inquiry should end and the motion to modify should not be granted.") (citations and internal quotation marks omitted).

| | | |
|---|---|---|
| Expert Disclosure (Rebuttal) | | ***9/20/2024*** |
| Expert Discovery Cut-Off | | ***10/4/2024*** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | | ***11/14/2024*[3]** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one:<br>[ ] 1. Magistrate Judge (with Court approval)<br>[ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | | ***12/6/2024*** |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• *Daubert* Motions with Proposed Orders[4]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Affirmative Deposition Designation(s) | | ***1/2/2025*** |

---

[3] In the Stipulation, the parties request a date of 11/28/24 as the Last Date to Hear Motions. (Stipulation at 4.) However, the court observes that 11/28/24 is Thanksgiving, a federal holiday. *See* https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=2024. A different date, supported by good cause, has thus been selected by the court.

[4] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

| | |
|---|---|
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Oppositions to *Daubert* Motions[5]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Objections and Counter Deposition Designation(s) | *1/9/2025* |
| • Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | *1/16/2025* |

**IT IS SO ORDERED**.

Dated: March 5, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR

---

[5] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine. (*See* Dkt. 20 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").) In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.