**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, <br><br> Defendant. | Case No. 8:23-cv-00222-FWS-DFM <br><br> **ORDER RE STIPULATION AND REQUEST FOR ORDER TO MODIFY SCHEDULING ORDER AND FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT [34]** |

///
///
///

**ORDER**

# ORDER

Having reviewed and consider the Stipulation and Request for Order to Modify Scheduling Order and for Leave for Plaintiff to File a First Amended Complaint (the "Stipulation") [34], filed by Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. d/b/a GAC Technology Group ("GAC"), the files and records of the case, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

1. Plaintiff is **GRANTED LEAVE TO FILE** a First Amended Complaint ("FAC").

2. Plaintiff shall **FILE** the FAC, in the form attached as Exhibit A to the Stipulation, **as a new and separate filing**, on or before **May 3, 2024**.

3. GAC shall answer, move, or otherwise respond to the FAC, filed by Plaintiff as stated above, within **twenty-one (21) days** of the date that Plaintiff files the FAC.

**IT IS SO ORDERED**.

Dated:  April 26, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE