Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Kirstin Jensvold-Rumage, SBN 345916
kirstin@milordlaw.com
MILORD LAW GROUP, P.C.
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Defendant
Global Aiptek Inc. dba GAC Technology Group

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC., <br>     Plaintiff, <br><br> vs. <br><br> GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, <br><br>     Defendant, | ) Case No.: 8:23-cv-00222-FWS-DFM <br> ) <br> ) **STIPULATION TO EXTEND TIME TO** <br> ) **FILE RESPONSE TO FIRST** <br> ) **AMENDED COMPLAINT** <br> ) <br> ) <br> ) Amended Complaint Filed: April 29, 2024 <br> ) Current Response Date: May 20, 2024 <br> ) New Response Date: May 27, 2024 <br> ) |

**JOINT STIPULATION TO EXTEND TIME**

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Civil L.R. 7-1, Parties Epson America Inc. ("Plaintiff") and Global Aiptek Inc. d/b/a GAC Technology Group ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed the First Amended Complaint on April 29, 2024;

**WHEREAS**, Defendant's counsel transmitted a meet and confer letter in anticipation of Defendant's Motion to Dismiss the FAC on May 8, 2024;

**WHEREAS**, due to the Parties' counsel's schedules, and the complexities of the issues, the Parties were unable to meet and confer per L.R. 7-3 by May 13, 2024;

**WHEREAS**, Defendant's deadline to respond is May 20, 2024;

**WHEREAS,** because the Parties have been unable to meet and confer pursuant to L.R. 7-3 to discuss both legal and factual issues of dispute, the Parties have agreed to a one-week extension of Defendant's response deadline to Plaintiff's FAC.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT**:

1. Defendant shall now have until May 27, 2024, to file an answer, move, or otherwise respond to the Complaint.

Dated: May 16, 2024

**MILORD LAW GROUP, P.C.**

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorneys for Defendant
GLOBAL AIPTEK INC.

1

**JOINT STIPULATION TO EXTEND TIME**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 16, 2024 | **K&L Gates LLP** |
| 3 | | /s/ Zachary T. Timm |
| | | Zachary T. Timm |
| 4 | | Attorneys for Plaintiff |
| | | EPSON AMERICA, INC. |

### Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 16, 2024                    /s/ Milord A. Keshishian
                                        Milord A. Keshishian

2

**JOINT STIPULATION TO EXTEND TIME**