EXHIBIT A



HP Hewlett Packard Group LLC
10300 Energy Drive
Spring, TX 77389
USA

hp.com

July 14, 2021

For the attention of the customs authorities of the United States of America, and to whom it may concern:

HP Inc. ("HP"), via its affiliated entities, has rights and licenses in respect of various trademarks registered in various countries around the world, including in the United States, for the letters "HP" and the logo **HP**.

This letter confirms that **Global Aiptek Corp, currently doing business as GT Technology Chongqing Limited** (hereinafter, "**GAC**"), which has a principal place of business at Techsoon Technology Park, Mingtao First Road Middle Section, Changshou District, Chongqing City, China, has signed an agreement (the "Business Agreement") with HP for the marketing, sale, promotion, and distribution of **Projector products** (the "HP Products"). In connection with its authorized business activities pursuant to the Business Agreement, GAC distributes HP Products in the United States via its authorized distributor:

**Global Aiptek Inc.**
Corporate Address: 2911, N Cicero Ave, Chicago IL 60641
Contact: franksheu@globalaiptek.com

In connection with and pursuant to the terms of the Business Agreement, this letter confirms that, as of the date hereof, **GAC** and **Global Aiptek Inc.** have HP 's authorization to import, export, distribute, and sell the HP Products into and out of the U.S., except as prohibited by U.S. export laws and to the following excluded countries below:

**Exclusion:** Shipment of HP Brand products to Cuba, Iran, North Sudan (Khartoum), North Korea, Syria, or the Crimea region of Ukraine by GAC or its distributors or resellers is not permitted.

This confirmation letter applies only to the HP Products, is solely for the purpose stated immediately above, and is valid through December 31, 2024, or the termination of the Business Agreement, whichever occurs first. HP may withdraw this confirmation, at its sole discretion, upon written notice.

If you have any questions, please contact Gloria Huang at +886 2 3789 6568.

Sincerely,

HP Hewlett Packard Group LLC

*Randall J. Collins*

Randall J. Collins
Authorized Signatory

EXHIBIT B

| | |
|---|---|
| Document title: | Smart Projectors | HP® Official Licensee | HP Projector | LED | Laser | 4K | FHD |
| Capture URL: | https://www.hp-projector.com/?lang=en |
| Page loaded at (UTC): | Wed, 22 May 2024 16:12:06 GMT |
| Capture timestamp (UTC): | Wed, 22 May 2024 16:12:57 GMT |
| Capture tool: | 10.47.4 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 5 |
| Capture ID: | 1ESfYGqjfeHTurSQFFsE37 |
| User: | milord-priya |

PDF REFERENCE #:          2tdfLPDj931W4ltFt5ebzT



About    Resources    Support    [Search]

## HP Smart Projectors

**BUY**



### HP CC200

Citizen Cinema Projector

Learn



## EXPLORE

Vision beyond the bounds of imagination

**All**    Portable    Everyday    Premium Home    Business

## HP CC200

Your portable cinema screen for any space

More

## HP CC500

A Master of Sights and Sounds

More

## HP CC180

Designed for Everyone and Everywhere

More







## HP CC180W

Designed for Everyone and Everywhere

More

## HP MP250

Mobility without compromises

More

## HP BP5000

Larger than life realism, at the visual apex

More





## HP BP5000 PLUS

Larger than life realism, at the visual apex

More

## HP MP2000

Dynamic sights and sounds beyond the frame

More

## HP MP2000 PRO

The business collaboration device, reimagined for new ways of working

More



Larger than the realism, at the visual apex

Dynamic sights and sounds beyond the frame

The business collaboration device, reimagined for new ways of working

**More**

**More**

**More**

# VIDEO



**CC200**
DESIGNED FOR YOU WITH MORE ...



**HP SMART PROJECTION**
VISION BEYOND THE BOUNDS OF IMAGINATION



**BP5000**
LARGER THAN LIFE REALISM, AT T...



**MP2000 | MP200...**
DYNAMIC SIGHTS AND SOUNDS BE...



**MP250**
MOBILITY WITHOUT COMPROMISES



Country / Region :   English

**About**

**Where To Buy**

**Support**

GAC Technology Group

Product Registration

News Center

Product Support

Announcement

Service Center Locator

BUY

# VIDEO













Country / Region :   English

**About**

GAC Technology Group

News Center

Announcement

Contact Us

**Where To Buy**

**Support**

Product Registration

Product Support

Service Center Locator

Limited Warranty & Service Policy

Terms of Use

© Copyright 2023 GAC Technology Group, is the official licensee and manufacturer of HP® Projectors, under license from HP Inc.

HP Official Licensee

EXHIBIT C

PageVault

| | |
|---|---|
| Document title: | ICANN Lookup |
| Capture URL: | https://lookup.icann.org/en/lookup |
| Page loaded at (UTC): | Mon, 20 May 2024 17:36:42 GMT |
| Capture timestamp (UTC): | Mon, 20 May 2024 17:37:44 GMT |
| Capture tool: | 10.47.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | 2gqU4osey6cUkPVWK79dPc |
| User: | milord-priya |

PDF REFERENCE #:        aX944YFiY6sAatTxfgCG58

**ICANN** | LOOKUP

## Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ)

hp-projector.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the registration data lookup tool Terms of Use.

### Domain Information

**Name:** HP-PROJECTOR.COM

**Registry Domain ID:** 2120412040_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited
clientTransferProhibited
clientUpdateProhibited

**Nameservers:**
DNS.TWMAIL.ORG
DNS2.TWMAIL.ORG

### Dates

**Registry Expiration:** 2025-05-03 21:42:13 UTC

**Updated:** 2024-04-02 12:02:56 UTC

**Created:** 2017-05-03 21:42:13 UTC

### Contact Information

#### Administrative:

**Handle:** 160661

**Name:** Domain Administrator

**Organization:** HP Inc.

**Email:** hp.domains@hp.com

**Phone:** +1.8005247638

**Fax:** +1.8005247638

**Mailing Address:** 1501 Page Mill Road, Palo Alto, CA, 94304, US

#### Registrant:

**Handle:** 160661

**Name:** Domain Administrator

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.    × OK

Document title: ICANN Lookup
Capture URL: https://lookup.icann.org/en/lookup
Capture timestamp (UTC): Mon, 20 May 2024 17:37:44 GMT

**Name:** Domain Administrator

**Organization:** HP Inc.

**Email:** hp.domains@hp.com

**Phone:** +1.8005247638

**Fax:** +1.8005247638

**Mailing Address:** 1501 Page Mill Road, Palo Alto, CA, 94304, US

## Technical:

**Handle:** 160661

**Name:** Domain Administrator

**Organization:** HP Inc.

**Email:** hp.domains@hp.com

**Phone:** +1.8005247638

**Fax:** +1.8005247638

**Mailing Address:** 1501 Page Mill Road, Palo Alto, CA, 94304, US

## Registrar Information

**Name:** MarkMonitor Inc.

**IANA ID:** 292

**Abuse contact email:** abusecomplaints@markmonitor.com

**Abuse contact phone:** +1.2086851750

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/hp-projector.com

**Last updated from Registry RDAP DB:** 2024-05-20 17:36:54 UTC

**Registrar Server URL:** https://rdap.markmonitor.com/rdap/domain/HP-PROJECTOR.COM

**Last updated from Registrar RDAP DB:** 2024-05-20 17:36:52 UTC

## Notices and Remarks

### Notices:

#### Terms of Use

By submitting an RDAP query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
(1) allow, enable, or otherwise support the transmission by email, telephone,
or facsimile of mass, unsolicited, commercial advertising, or spam; or

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.   × OK

lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass, unsolicited, commercial advertising, or solicitations to entities other than the data recipient's own existing customers; or (2) enable high volume, automated, or electronic processes that send queries, data, or email to MarkMonitor (or its systems) or the domain name contacts (or its systems).

MarkMonitor reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by this policy.

MarkMonitor Domain Management(TM)

Protecting companies and consumers in a digital world.

Visit MarkMonitor at https://www.markmonitor.com

Contact us at +1.8007459229

In Europe, at +44.02032062220

https://www.markmonitor.com/legal/domain-management-terms-and-conditions

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp.

https://icann.org/epp

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf.

https://www.icann.org/wicf

---

**Raw Registry RDAP Response**                                    ⌄

**Raw Registrar RDAP Response**                                   ⌄

---

    

| Youtube | Twitter | Linkedin | Flickr | Facebook | Newletters | Community Wiki | ICANN Blog |

## WHO WE ARE

Get started

ICANN Learn

Participate

Diversity at ICANN

Groups

Board

CEO Corner

Staff

Careers

Public Responsibility

## CONTACT US

Locations

I Need Help

Report Security Issues

Certificate Authority

Registry Liaison

Ombuds

Complaints Office

Media

## ACCOUNTABILITY AND TRANSPARENCY

Accountability Mechanisms

Document Disclosure

Independent Review Process

Request for Reconsideration

Empowered Community

Employee Anonymous Hotline Policy and Procedures

## GOVERNANCE

Governance Documents

Agreements

Organizational Reviews

Specific Reviews

Annual Report

Financials

Planning

RFPs

Litigation

Correspondence

## HELP

Dispute Resolution

Domain Name Dispute Resolution

Name Collision

ICANN Lookup

## DATA PROTECTION

Data Privacy Practices

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more.

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more.   ✕ OK

Document title: ICANN Lookup
Capture URL: https://lookup.icann.org/en/lookup
Capture timestamp (UTC): Mon, 20 May 2024 17:37:44 GMT

EXHIBIT D

**Page Vault**

| | |
|---|---|
| Document title: | Portable \| Projectors \| For Work \| Epson US |
| Capture URL: | https://epson.com/For-Work/Projectors/Portable/c/w310 |
| Page loaded at (UTC): | Mon, 20 May 2024 17:42:20 GMT |
| Capture timestamp (UTC): | Mon, 20 May 2024 17:43:06 GMT |
| Capture tool: | 10.47.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | kDhCdwaRLEgZHZFey3EQqa |
| User: | milord-priya |



For Work / Projectors / Portable

# Portable Projectors



Reset Filters ↻

**Filter Your Products**

**PRODUCTS BY TYPE**

☐ Projectors  (10)

**PRICE**

☐ $200-$499.99  (1)
☐ $500-$999.99  (6)
☐ $1,000-$24,999  (3)

**AVAILABILITY**

☐ In Stock  (7)

**PROJECTOR PRIMARY USE**

☐ Business / Education  (10)

**PROJECTOR SERIES**

☐ EX Series  (6)
☐ PowerLite 1700 Series  (4)

**THROW RATIO**

☐ Short  (4)
☐ Standard  (6)

**LIGHT SOURCE**

☐ Lamp  (6)
☐ Laser  (2)

**ROOM TYPE**

Showing  1-10  of  10  |  ◁  Page 1 of 1  ▷    Sort by:  Price (lowest first)

**EX3280 Projector**

⊘ Save $50 Today

OUR PRICE:
~~$499.99~~

AFTER 10% SAVINGS:
**$449.99**

★★★★★  (10)

Learn More ▶

WHERE TO BUY ▶

SUPPORT ▶

**EX5280 Projector**

OUR PRICE:
**$629.99**

★★★★★  (6)

Learn More ▶

WHERE TO BUY ▶

SUPPORT ▶

**Pro EX7280 Projector**

⊘ Save $50 Today

OUR PRICE:    AFTER 7% SAVINGS:
~~$699.99~~   **$649.99**

★★★★★  (0)

Learn More ▶

WHERE TO BUY ▶

SUPPORT ▶

**PowerLite 1780W Wireless WXGA 3LCD Projector**

OUR PRICE:

**PowerLite 1781W Wireless WXGA 3LCD Projector**

OUR PRICE:

**Pro EX9240 Projector**

OUR PRICE:
**$849.99**

Epson uses cookies to give you the best experience, analyze traffic, and personalize content. By continuing using our Site, you agree to our use of cookies. The information collected might relate to you, your preferences, or your device, and is mostly used to make the site work as you expect it to and to provide a more personalized web experience. However, you can choose not to allow certain types of cookies, which may impact your experience of the site and the services we are able to offer. Read our Privacy Policy or manage your cookie preferences.

If you would like to submit an opt-out request with respect to your non-cookie personal information (e.g., your email address), visit our webform to opt-out of sale/sharing/targeting with respect to non-cookie personal information here: Non-Cookie Consumer Rights Request.

Accept ▶    Manage Preferences



(10)

## COLOR BRIGHTNESS (LUMENS)

☐ 3,000 - 3,999  (6)

☐ 4,000 - 4,999  (4)

## RESOLUTION

☐ 1080p Full HD Widescreen (4)

☐ WXGA HD Widescreen  (4)

☐ XGA  (2)

## CONTRAST RATIO

☐ 1,000:1 to 50,000:1  (8)

☐ 50,001:1 to 100,000:1  (2)

## PORTABILITY

☐ Portable  (10)

☐ Ultra Mobile  (4)

## IMAGE ALIGNMENT FEATURES

☐ Easy-Slide Horizontal Image Correction (5)

☐ Quick-Corner Adjustment (10)

☐ Real-Time Image Correction (6)

☐ Screen Fit  (3)

## INPUTS & INTERFACES

☐ Dual RCA Audio  (6)

☐ HDMI  (9)

☐ Microphone Input  (2)

☐ RJ-45 & RS-232  (2)

☐ USB Plug n Play  (10)

☐ iProjection App  (7)

## NETWORK & CONTROL

☐ Built-In Wireless  (8)

☐ Wireless Compatible  (5)

★★★★★ (16)

Learn More ▶

REQUEST MORE INFO ▶

SUPPORT ▶

★★★★★ (39)

Learn More ▶

REQUEST MORE INFO ▶

SUPPORT ▶

★★★★☆ (14)

Learn More ▶

WHERE TO BUY ▶

SUPPORT ▶

### PowerLite 1785W Wireless WXGA 3LCD Projector

OUR PRICE:

**$944.99**

★★★★★ (0)

Learn More ▶

REQUEST MORE INFO ▶

SUPPORT ▶

### PowerLite 1795F Wireless Full HD 1080p 3LCD Projector

OUR PRICE:

**$1,049.99**

★★★★★ (14)

Learn More ▶

REQUEST MORE INFO ▶

SUPPORT ▶

### Pro EX11000 Full HD 1080p Laser Projector

⏱ Save $100 Today

OUR PRICE:

~~$1,299.99~~

AFTER 8% SAVINGS:

**$1,199.99**

★★★★★ (0)

Learn More ▶

WHERE TO BUY ▶

SUPPORT ▶

### Pro EX10000 Full HD 1080p Laser Projector

OUR PRICE:

**$1,299.99**

Epson uses cookies to give you the best experience, analyze traffic, and personalize content. By continuing using our Site, you agree to our use of cookies. The information collected might relate to you, your preferences, or your device, and is mostly used to make the work as you expect it to and to provide a more personalized web experience. However, you can choose not to allow certain types of cookies, which may impact your experience of the site and the services we are able to offer. Read our Privacy Policy or manage your cookie preferences.

If you would like to submit an opt-out request with respect to your non-cookie personal information (e.g., your email address), visit our webform to opt-out of sale/sharing/targeting with respect to non-cookie personal information here: Non-Cookie Consumer Rights Request.

Accept ▶    Manage Preferences



EXHIBIT E

**Page Vault**

| | |
|---|---|
| Document title: | Large Venue \| Projectors \| For Work \| Epson US |
| Capture URL: | https://epson.com/For-Work/Projectors/Large-Venue/c/w330?q=%3Aprice-asc%3AdiscontinuedFlag%3Afalse%3AProjectors+Facets%2CBrightness+Range+Lumens%3A17%252C000%2B-%2B20%252C999&text=#scrollTgt_onRefresh |
| Page loaded at (UTC): | Mon, 20 May 2024 17:43:29 GMT |
| Capture timestamp (UTC): | Mon, 20 May 2024 17:43:54 GMT |
| Capture tool: | 10.47.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | vVYbyQxMKZLTx8BY2gKqkf |
| User: | milord-priya |

PDF REFERENCE #:        2mCRkfUrdLZJJmvQbNvKNv

For Work / Projectors / Large Venue

# Large Venue Projectors



Epson uses cookies to give you the best experience, analyze traffic, and personalize content. By continuing using our Site, you agree to our use of cookies. The information collected might relate to you, your preferences, or your device, and is mostly used to make the site work as you expect it to and to provide a more personalized web experience. However, you can choose not to allow certain types of cookies, which may impact your experience of the site and the services we are able to offer. Read our Privacy Policy or manage your cookie preferences.

If you would like to submit an opt-out request with respect to your non-cookie personal information (e.g., your email address), visit our webform to opt-out of sale/sharing/targeting with respect to non-cookie personal information here: Non-Cookie Consumer Rights Request.

Accept    Manage Preferences

Document title: Large Venue | Projectors | For Work | Epson US
Capture URL: https://epson.com/For-Work/Projectors/Large-Venue/c/w330?q=%3Aprice-asc%3AdiscontinuedFlag%3Afalse%3AProjectors+Facets%2CBrightness+Ran…
Capture timestamp (UTC): Mon, 20 May 2024 17:43:54 GMT

**RESOLUTION**

☐ 4K UHD  (1)

☐ WUXGA Full HD Widescreen with 4K Enhancement  (2)

**CONTRAST RATIO**

☐ 2,000,001:1 +  (3)

**PORTABILITY**

☐ Fixed Room  (3)

**IMAGE ALIGNMENT FEATURES**

☐ Horizontal and Vertical Lens Shift  (3)

☐ Quick-Corner Adjustment  (3)

**INPUTS & INTERFACES**

☐ 12G SDI  (1)

☐ 3G SDI  (1)

☐ HD BaseT  (3)

☐ HDMI  (3)

☐ RJ-45 & RS-232  (3)

☐ iProjection App  (3)

**NETWORK & CONTROL**

☐ Wireless Compatible  (3)

**SPEAKERS**

☐ No  (1)

**PROJECTOR FEATURES**

☐ Compatible with Optional Lenses  (3)

☐ Mechanical Shutter  (1)

☐ NFC Function  (3)

☐ Sealed Optical Engine / Light Source  (2)

✖

Epson uses cookies to give you the best experience, analyze traffic, and personalize content. By continuing using our Site, you agree to our use of cookies. The information collected might relate to you, your preferences, or your device, and is mostly used to make the site work as you expect it to and to provide a more personalized web experience. However, you can choose not to allow certain types of cookies, which may impact your experience of the site and the services we are able to offer. Read our Privacy Policy or manage your cookie preferences.

If you would like to submit an opt-out request with respect to your non-cookie personal information (e.g., your email address), visit our webform to opt-out of sale/sharing/targeting with respect to non-cookie personal information here: Non-Cookie Consumer Rights Request.

Accept    ▸    Manage Preferences



Products

Printers
Projectors
Scanners
Point of Sale
Robots
Microdevices
Print Heads
Ink
Paper
Service Plans

Support

Printers
Projectors
Scanners
Point of Sale
Robots
Wearables
Microdevices
Other Products
Warranty Verification
Brighter Futures Product Registration
Safety Data Sheets
Security Notifications
Technical Support Fraud Alert

Shop Epson

Buy Direct
Weekly Specials
Epson Certified ReNew Program
Track Your Order
Register Your Product
Activate Your Service Plan
My Account

Company

About Us
Our History
Executive Team
Careers
Epson Partner Program
Shaq + Epson
LPGA
Epson Portland, Inc.
Newsroom
Blog
Contact Us

## Stay Connected with Epson

Email Address* (required)

Enter email address

Country* (required)

United States

☐ Opt-in for promotional emails* (required)

Epson uses cookies to give you the best experience, analyze traffic, and personalize content. By continuing using our Site, you agree to our use of cookies. The information collected might relate to you, your preferences, or your device, and is mostly used to make the site work as you expect it to and to provide a more personalized web experience. However, you can choose not to allow certain types of cookies, which may impact your experience of the site and the services we are able to offer. Read our Privacy Policy or manage your cookie preferences.

If you would like to submit an opt-out request with respect to your non-cookie personal information (e.g., your email address), visit our webform to opt-out of sale/sharing/targeting with respect to non-cookie personal information here: Non-Cookie Consumer Rights Request.

Accept ▶        Manage Preferences

EXHIBIT F

**Page Vault**

| | |
|---|---|
| Document title: | Amazon.com: HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Smart tv,Roku tv stick : Electronics |
| Capture URL: | https://www.amazon.com/HP-projector-native-Motorized-Eye-Friendly/dp/B0BTSW16LQ/ref=sr_1_fkmr0_1?crid=3MKEI9F3ARYUL&dib=eyJ2IjoiMSJ9.v6UtY2e0ZzbPxmHo-ayzuf2ax-rc0Dr4HLMgbFZK652nZWWFPKFm7Og7z69j5zYP.feeuALRdVvqdinVcCDAni11MEAHV-E2R_AkeAcGiJQw&dib_tag=se&keywords=hp+projector+bobtsw16lq&qid=1716254421&sprefix=hp+projector+%2Caps%2C221&sr=8-1-fkmr0 |
| Page loaded at (UTC): | Tue, 21 May 2024 15:59:45 GMT |
| Capture timestamp (UTC): | Tue, 21 May 2024 16:00:22 GMT |
| Capture tool: | 10.47.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 12 |
| Capture ID: | j5eFbnoGB5twyRZKtNgkpT |
| User: | milord-priya |

PDF REFERENCE #:     9rpGsMFqz19YiFpFnpoDBm

Delivering to Seattle 98101
Update location

Search Amazon

Hello, sign in
Account & Lists

Returns
& Orders

0
Cart

☰ All | Medical Care ▾ | Groceries ▾ | Best Sellers | Amazon Basics | New Releases | Prime ▾ | Music | Customer Service | Today's Deals | Celebrate National Small Business Month

All Electronics | Deals | Best Sellers | TV & Video | Audio & Home Theater | Computers | Camera & Photo | Wearable Technology | Car Electronics & GPS | Portable Audio | Cell Phones | Office Electronics

Bluetooth Mini Projector with Carry Bag and Tripod, by FANGOR...    ★★★★☆ 1,974    $109.98 ✓prime

Electronics › Video Projectors

Sponsored ⓘ



Roll over image to zoom in

4 VIDEOS

## HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Smart tv,Roku tv stick

Visit the HP Store

3.6 ★★★☆☆   6 ratings | Search this page

**Limited time deal**

**-10%** **$179**10

List Price: $199.00 ⓘ

FREE Returns ▾

| Brand | HP Projector |
|---|---|
| Recommended Uses For Product | Home Cinema |
| Special Feature | Built-In Speaker, Portable, Short Throw |
| Connectivity Technology | HDMI |
| Display resolution | 1920 x 1080 |

### About this item

- Immerse your family in a 84" FHD (1080p) cinema experience with brilliant colors and high contrast for vivid visuals and clear audio.
- Motorized focus make it easy to adjust the picture to fit any room.
- Enjoy 20,000+ hours of use with the long-lasting LED lamp and blue light reduction for eye protection.
- Connect phone, tablet, laptop, TV stick or DVD device with a compatible cable via HDMI for swift and effortless projection.
- Stylish design and portable size make it perfect for indoor or outdoor movie nights, gaming, or TV watching in any room of your home.

☐ Report an issue with this product or seller

 Mini Outdoor Movie Projector with Bluetooth, by...
★★★★☆ 99
$49.98 ✓prime
Save 5% with coupon

Sponsored ⓘ

## Buy it with



**This item:** HP projector CC200 3in1 native 1080p, outdoor movie screen with projector...
$179.10

+

Auto Motorized Projector Screen 100 inch 16:9 HD Diagonal with Remote Control, Wall/Ceiling...
$129.99

+

Projector Shelf,Projector Wall Mount Floating Shelf, Projector Stand,Projector Rack...
$16.99

Total price: $326.08

Add all 3 to Cart

ⓘ These items are shipped from and sold by different sellers.
Show details

prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with fast, free delivery

$179**10**

FREE Returns ▾

FREE delivery **Sunday, May 26**

Or fastest delivery **Tomorrow, May 22**. Order within **4 hrs 45 mins**

📍 Delivering to Seattle 98101 - Update location

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

| Ships from | Amazon.com |
|---|---|
| Sold by | Amazon.com |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Product support included |

▾ See more

**Add a Protection Plan:**
☐ 2-Year Protection for $21.99
☐ 3-Year Protection for $28.99
☐ Asurion Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

☐ Add a gift receipt for easy returns

Add to List


Electric Focus 4K Projector with 5G...
★★★★☆ 41
$149.99 $189.99 ✓prime

These may be delivered from and sold by different sellers.
Show details

**This item:** HP projector CC200 3in1 native 1080p, outdoor movie screen with projector…
$179⁹⁰

Auto Motorized Projector Screen 100 Inch 16:9 HD Diagonal with Remote Control, Wall/Ceiling…
$129⁹⁹

Projector Shelf,3.9 Deep,Wall Mount Floating Shelf, Projector Stand,Projector Rack…
$16⁹⁹


Electric Focus 4K Projector with 5G…
⭐ 41
$149⁹⁹ $189⁹⁹ ✓prime
Save $50 with coupon

Sponsored ⓘ

## 4 stars and above

Sponsored ⓘ

Page 1 of 30







| XGIMI MoGo 2 Portable Projector, Mini Projector with Wifi and Bluetooth, 400 ISO Lu… | YOWHICK Projector with 5G WIFI Bluetooth, Native 1080P Outdoor Movie Projector 4K S… | GooDee Smart 4K Projector with 5G WIFI and Bluetooth, Netflix/Amazon Prime… | NexiGo PJ20 Outdoor Projector, Movie Projector with WiFi and Bluetooth, Native 1080… | Mini Projector, Natvie 1080P Smart Projrctor Built-In Android TV 11.0, with Wifi an… |
|---|---|---|---|---|
| ⭐ 306 | ⭐ 2,775 | ⭐ 791 | ⭐ 1,308 | ⭐ 57 |
| $299⁹⁹ | $149⁹⁹ | $359⁰⁰ | $249⁹⁹ | $129⁹⁹ |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |
| Save $50.00 with coupon | Save $60.00 with coupon | Save $30.00 with coupon | Save $50.00 with coupon | Save $35.00 with coupon |

## Products related to this item

Sponsored ⓘ

Page 1 of 41









| 4K Projector with WiFi 6 & Bluetooth 5.3, REPABOW 1200 ANSI Native 1080P Outdoor… | 【Electric Focus】NISOO Native 1080P Projector, 4K Portable Projector with 700 ANSI, … | Polosch Mini Projector, Natvie 1080P Smart Projrctor Built-In Android TV 11.0, with… | ZOAYBU Electric Focus Projector with WiFi 6 and Bluetooth 5.2, 500 ANSI 4K Projecto… | [Auto Focus] Projector with Wifi and Bluetooth, Smart Video Projector, 5G Home Thea… | [Electric Focus]4K Projector with WiFi6 and Bluetooth 5.3, 600 ANSI Portable Mini P… |
|---|---|---|---|---|---|
| ⭐ 2 | ⭐ 39 | ⭐ 57 | ⭐ 21 | ⭐ 2 | ⭐ 31 |
| $299⁹⁹ | $119⁹⁹ | $129⁹⁹ | $199⁹⁹ | $139⁰⁰ | $199⁹⁹ |
| ✓prime | ✓prime | ✓prime | ✓prime | ✓prime | ✓prime |
| Save $80.00 with coupon | Save $20.00 with coupon | Save $35.00 with coupon | Save $30.00 with coupon | | |

## Important information

### Visible screen diagonal

84" / 214 cm

## From the brand

Document title: Amazon.com: HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Smart tv,Roku tv stick :…
Capture URL: https://www.amazon.com/HP-projector-native-Motorized-Eye-Friendly/dp/B0BTSW16LQ/ref=sr_1_fkmr0_1?…
Capture timestamp (UTC): Tue, 21 May 2024 16:00:22 GMT



Go Advanced Projectors

Home Theater

## From the manufacturer



HP CC200 3in1

Redefine your viewing experience.


1.2 Short throw Lens


200 LED lumens


Native FHD 1080P


Stereo speakers


Eye Care


Motorized focus adjustment

**Why should you choose the HP CC200 projector?**

1. With its super-bright LED engine of 200 LED / 100 ANSI Lumens, you can enjoy vivid visuals in any setting.
2. The superior full HD clarity of native FHD (1080p) resolution will leave you in awe of the stunning picture quality.
3. The 1.2 short throw lens allows you to re-define display size with a 80 display from just 7 ft away.
4. Motorized precision focus ensures a perfect display every time.
5. The 6W stereo speakers provide clear and balanced audio for your favorite content, and the blue light reduction feature reduces eye strain.
6. This HD projector is perfect for indoor and outdoor movie nights, gaming sessions, and smart TV viewing.
7. With HDMI connectivity, it's easy to connect to your devices.

**Get ready to elevate your viewing experience with this smart ultimate HD projector.**

Document title: Amazon.com: HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Smart tv,Roku tv stick :…
Capture URL: https://www.amazon.com/HP-projector-native-Motorized-Eye-Friendly/dp/B0BTSW16LQ/ref=sr_1_fkmr0_1?…
Capture timestamp (UTC): Tue, 21 May 2024 16:00:22 GMT

7. With HDMI connectivity, it's easy to connect to your devices.
Get ready to elevate your viewing experience with this smart ultimate HD projector.



The HP CC200 3-in-1 bundle includes:

- ROKU Streaming TV Stick: Have instant access to movies, TV series, and other multimedia content with the included Roku TV Stick. Enjoy the appeal and convenience of wireless streaming.
- Portable 84-inch projection screen: Enabling you to create a cinema-like experience at your desired location.

## Multiple Device Connection





**Multiple device connectivity, perfectly matched for more uses**

Connect your phone, tablet, laptop, TV stick, or DVD device via HDMI for projection. Additionally, two USB ports are available, enabling quick display of your favorite content directly from your external flash drive.



Document title: Amazon.com: HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Smart tv,Roku tv stick :…
Capture URL: https://www.amazon.com/HP-projector-native-Motorized-Eye-Friendly/dp/B0BTSW16LQ/ref=sr_1_fkmr0_1?…
Capture timestamp (UTC): Tue, 21 May 2024 16:00:22 GMT

**Multiple device connectivity, perfectly matched for more uses**

Connect your phone, tablet, laptop, TV stick, or DVD device via HDMI for projection. Additionally, two USB ports are available, enabling quick display of your favorite content directly from your external flash drive.







**Watch More, Worry Less.**

With an impressive operational life of 20,000 hours, the HP CC200 projector offers long-lasting, uninterrupted entertainment. Enjoy your favorite shows, movies, and multimedia content for longer without worrying about lamp replacement.

**Perfect Sound**

The HP CC200 feature built-in speakers with a 3W*2 output, producing balanced and immersive audio. Whether you're watching an action-packed movie or streaming a concert, you're in for a surround-sound experience that matches the outstanding visuals perfectly.

**Sharp Views, Always.**

With the motorized focus adjustment, the HP CC200 projector give a crystal clear display across the entire projected picture. Easily adjustable via remote control, your perfect display is just a few clicks away. Lose yourself in the fine details of your visual content with precision focus, always.

## Compare with similar items

| | **This Item** | **Recommendations** | | |
|---|---|---|---|---|
| |  HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Sma... |  [270°Adjustable Stand] Mini projector with WiFi and Bluetooth, Outdoor Portable Movie Projector 1080P... |  【Netflix/Disney+/Youtube Official】4K Projector, WiFi 5G Dual-Bluetooth, Smart Projector Native 1080P 450 AN... | YOWHICK 4K Projector with WiFi and Bluetooth, 12000L Native 1080P Outdoor Portable Movie Projector,... |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Price** | -10% $179¹⁰ List: $199.00 | -55% $89⁹⁹ List: $199.99 | $112⁹⁹ | $189⁹⁹ |
| **Delivery** | Get it as soon as Sunday, May 26 | Get it as soon as Sunday, May 26 | Get it as soon as Sunday, May 26 | Get it as soon as Wednesday, May 29 |
| **Customer Ratings** | 3.6 ★★★☆ 6 | 4.3 ★★★★½ 477 | 4.4 ★★★★½ 192 | 4.2 ★★★★☆ 377 |
| **Brightness** | 4.3 ★★★★ | 4.4 ★★★★ | 4.3 ★★★★ | 4.1 ★★★★ |
| **Picture Quality** | 4.0 ★★★★☆ | 4.4 ★★★★ | 4.6 ★★★★½ | 4.1 ★★★★ |
| **Remote Control** | 3.6 ★★★½☆ | — | — | 3.9 ★★★★☆ |
| **Value For Money** | — | 5.0 ★★★★★ | 4.4 ★★★★ | — |
| **Sound Quality** | — | — | 3.9 ★★★☆☆ | — |
| **Sold By** | Amazon.com | Mitop | Yoton Direct | skyhometec |
| **Hardware Interface** | hdmi, usb2.0 | hdmi, usb2.0, 3 5 mm audio | hdmi, usb3.0, 3 5 mm audio | hdmi, usb, audio video port, 3 5 mm audio, bluetooth 5, headphone |

Document title: Amazon.com: HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Smart tv,Roku tv stick :…
Capture URL: https://www.amazon.com/HP-projector-native-Motorized-Eye-Friendly/dp/B0BTSW16LQ/ref=sr_1_fkmr0_1?…
Capture timestamp (UTC): Tue, 21 May 2024 16:00:22 GMT

| Sound Quality | — | — | 3.9 ★★★★☆ | |
|---|---|---|---|---|
| Sold By | Amazon.com | Mitop | Yoton Direct | skyhometec |
| Hardware Interface | hdmi, usb2.0 | hdmi, usb2.0, 3 5 mm audio | hdmi, usb3.0, 3 5 mm audio | hdmi, usb, audio video port, 3 5 mm audio, bluetooth 5, headphone |
| Display Resolution | 1920 x 1080 | 1920x1080 | 4K | 1920 x 1080 |
| Brightness | — | — | 450 | 12000 |
| Native Resolution | 1920 x 1080 | 1280 x 720 | 1920 x 1080 | 1920 x 1080 |
| Image Contrast Ratio | — | 15000:1 | 5000:1 | 20000:1 |
| Max Throw Distance | 1.2 meters | — | 155 inches | 6 meters |

## What's in the box

- Adaptor
- Remote
- Power Cord
- Roku TV stick package
- 84" Screen

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Product information

| Product Dimensions | 8.82 x 6.7 x 12.48 inches |
|---|---|
| Item Weight | 6.7 pounds |
| ASIN | B0BTSW16LQ |
| Item model number | 471T7AA |
| Customer Reviews | 3.6 ★★★☆☆ ⌄   6 ratings |
| | 3.6 out of 5 stars |
| Best Sellers Rank | #497 in Video Projectors |
| Date First Available | November 1, 2023 |
| Manufacturer | HP |
| Country of Origin | China |

### Warranty & Support

Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service.

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos for this product

Page 1 of 2



0:36
**HP CC200 Projector Setup**
Global Aiptek Inc.



0:37
**HP CC200 Projector-Adjust Display Size**
Global Aiptek Inc.



0:58
**HP CC200 Projector**
Global Aiptek Inc.



**HP CC200 Projector-Display Content**
Global Aiptek Inc.

Upload your video

Document title: Amazon.com: HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Smart tv,Roku tv stick :…
Capture URL: https://www.amazon.com/HP-projector-native-Motorized-Eye-Friendly/dp/B0BTSW16LQ/ref=sr_1_fkmr0_1?…
Capture timestamp (UTC): Tue, 21 May 2024 16:00:22 GMT
Page 6 of 11

Upload your video

---

### Product Description

HP Projector CC200 Promo (3 in 1) includes HP CC200 Full-HD (1920x1080) LED Projector bundled with Roku Express Streaming Player and 84 inch Portable Projection Screen. Plug and project with the HP CC200 projector in native Full-HD (1920x1080) resolution that delivers stunning clarity with vivid color and detail. Enjoy super-sized entertainment on a 84" Portable Projection Screen and by connecting Roku Express streaming player to the HDMI port of HP CC200. Dual USB ports provide further convenience to access your content on flash storage and input devices such as a mouse and keyboard simultaneously. It features the latest generation LED light source (lamp-free) in sealed LCD optical engine that is dust-proof and with 20,000+ hours of life. You can enjoy a lifetime of multimedia experiences with consistent brightness and zero maintenance. With a portable lightweight design, 1.2 throw ratio lens, built-in 6W speakers, you can enjoy a cinema-like experience even in compact spaces, in any room or space.

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3

VOPLLS
Shop the Store on Amazon ›



[Netflix Officially & AI Auto Focus]VOPLLS 4K Projector with WiFi and Bluetooth, 3...
★★★★☆ 305
$399.99



32 Hole Smiling Face Bubble Wand with 10 Pack Bubbles Refill,2024 Upgraded...
$8.99

## Products related to this item

Sponsored ⓘ

Page 1 of 24



[2s Focus with Remote] PANSEBA Projector, Native 1080P Bluetooth Projector Support ...
★★★★★ 3
$99.99
✓prime
Save 50% with coupon

Projector with Wifi and Bluetooth, Native 1080P 15000 Lumen Home Video Projector wi...
★★★★☆ 31
70% off Limited time deal
$59.99
List: $199.99
✓prime



[Auto Focus/Keystone]HIPPUS Projector with WiFi 6 and Bluetooth,...
★★★★☆ 26
$249.99
✓prime
Save $120.00 with coupon



[Auto Focus/Keystone] Projector 4K with Android OS 1080P Native 500 ANSI,...
★★★★☆ 32
$239.99
✓prime
Save $70.00 with coupon

4K Projector with Wifi 6 & Bluetooth 5.3, REPABOW 1200 ANSI Native 1080P Outdoor...
★★★★★ 2
$299.99
✓prime
Save $80.00 with coupon



Mini Projector, Natvie 1080P Smart Projrctor Built-in Android TV 11.0, with Wifi an...
★★★★☆ 57
$129.99
✓prime
Save $35.00 with coupon

---



Electric Focus 4K Projector with 5G WiFi and Bluetooth...
★★★★☆ 41
$149.99   $189.99  ✓prime
Save $50 with coupon



Electric Focus 4K Projector with WiFi and Bluetooth…

★★★★☆ 41

$149⁹⁹  $189.99  prime

Save $50  with coupon

Sponsored ⓘ

## Customer reviews

★★★☆☆  3.6 out of 5

6 global ratings

| 5 star | | 45% |
| 4 star | | 14% |
| 3 star | | 20% |
| 2 star | | 0% |
| 1 star | | 21% |

⌄ How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review



JOWLURK Mini Portable Projector with 5G Wi…

★★★★☆ 41

$149⁹⁹  $189.99  prime

Save $50  with coupon

Sponsored ⓘ

### Reviews with images

See all photos ›

 

Top reviews ▾

### Top reviews from the United States

 Robin Pace

★★★★★  **Movie room**

Reviewed in the United States on March 29, 2024

Verified Purchase

Its works perfectly fine with good pictures



Helpful    Report

Shane

★☆☆☆☆  **Breaks frequently, Design Has Changed, Poor Downgraded Quality.**

Reviewed in the United States on May 13, 2024

Verified Purchase

This product has been redesigned in the last year, and new version is a huge downgrade in quality.

I have had to purchase multiple replacements of my HPCC200 Projector in the past few years. New version build quality is worse, and the projector software is broken.

Zoom Projection settings don't work correctly on the new versions of this device.

Helpful    Report

Mrs.Gates

★★★☆☆  **Great product**

Reviewed in the United States on April 3, 2024

Verified Purchase

The product itself is Amazon. The sound could be louder but it's not terrible. What is terrible is that I misplaced the remote to the projector part (not the Roku) and can't find a replacement remote. The only way to get a new one would be to buy a new projector. Now it's going to waste.



Helpful    Report

Mut

★★★★★  **Love**

Reviewed in the United States on December 17, 2023

Verified Purchase

Love this. Bought this one after my last one (from another brand broke) on my son's recommendation. I

Document title: Amazon.com: HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Smart tv,Roku tv stick :…

Capture URL: https://www.amazon.com/HP-projector-native-Motorized-Eye-Friendly/dp/B0BTSW16LQ/ref=sr_1_fkmr0_1?…

Capture timestamp (UTC): Tue, 21 May 2024 16:00:22 GMT

Page 8 of 11



 Mut

★★★★★ **Love**

Reviewed in the United States on December 17, 2023

Verified Purchase

Love this. Bought this one after my last one (from another brand broke) on my son's recommendation. I love it, I love the Roku feature. No need for a screen the wall works great. Easy set up

3 people found this helpful

[ Helpful ]    Report

---

C. H.

★★★★☆ **Help! I need a new bulb stat!!**

Reviewed in the United States on February 1, 2024

I've had this projector for approximately 3 months but have only used it for about 1 (I needed the perfect place to put it in my room). When opening the box to get everything set up I realized that the box had been previously opened and had been a returned item. I bought it as NEW. I didn't think much of it as everything was included and nothing seemed to have been used previously (now I wonder?)

I have been LOVING this set up, I usually use it for a couple hours a day (to watch a movie) and on rare occasion up to 4 hours. It's been wonderful! But for the last week the image has started to flash a bit and will then clear up and stay steady, however the image has been getting darker and darker making it difficult to see what's on the screen. I've been searching for a new bulb and can't seem to find where I can buy a new one. I'm going to be very upset if I have to keep paying this off if I can't even use it. Is there anyone out there that knows where I can get a new bulb?

4 people found this helpful

[ Helpful ]    Report

---

See more reviews ›

## Deals on related products

Page 1 of 4


Sponsored ⓘ
Projector with Wifi and Bluetooth, Native 1080P 15000 Lumen Home Video Projector wi...
★★★★☆ 31
70% off  Limited time deal
$59⁹⁹
List: $199.99


Sponsored ⓘ
Projector with WiFi and Bluetooth, 5G WiFi Native 1080P/16000L Video Projector with...
★★★★½ 178
32% off  Limited time deal
$114⁹⁹
List: $169.99
Save $15.00  with coupon


Sponsored ⓘ
[Auto Focus/4K Support] Projector with WiFi 6 and Bluetooth 5.2, 600ANSI Native 108...
★★★★½ 990
37% off  Limited time deal
$189⁹⁹
List: $299.99
Save 5%  with coupon


Sponsored ⓘ
[Netflix-Officially-Licensed]4K Projector with Wifi & Bluetooth, Jimveo 800 ANSI Na...
★★★★½ 98
45% off  Limited time deal
$219⁹⁹
List: $399.99
Save $30.00  with coupon


Sponsored ⓘ
Mini Projector with WiFi and Bluetooth, 1080P Supported iPhone Projector with Proje...
★★★★☆ 2,068
16% off  Limited time deal
$55⁶⁵
List: $65.99
Save 20%  with coupon


Sponsored ⓘ
[Auto Focus/4K Support] Projector with WiFi 6 and Bluetooth 5.2, YABER Pro V9 600 A...
★★★★½ 3,681
47% off  Limited time deal
$189⁹⁹
List: $359.99

---


Electric Focus 4K Projector with 5G WiFi and Bluetooth, 15000L JOWLURK Mini...
$149⁹⁹  $189.99  ✓prime
Save $50  with coupon

Sponsored ⓘ

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |

Document title: Amazon.com: HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Smart tv,Roku tv stick :...
Capture URL: https://www.amazon.com/HP-projector-native-Motorized-Eye-Friendly/dp/B0BTSW16LQ/ref=sr_1_fkmr0_1?...
Capture timestamp (UTC): Tue, 21 May 2024 16:00:22 GMT



**HOMPOW Projector, Native 1080P Full HD Bluetooth Projector with Speaker, Outdoor...**
★★★★☆ 8,848
**Amazon's Choice** in Video Projectors
$89.99
Get it as soon as **Wednesday, May 29**
FREE Shipping by Amazon



**Mini Projector with WiFi and Bluetooth, VISSPL Full HD 1080P Projector, Portable Outdoor Projector with Tripod,...**
★★★★☆ 1,096
$99.99
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon



**TMY Bluetooth Projector with DVD Player Built in, 1080P Mini Projector, Portable DVD Projector for Outdoor Movies,...**
★★★★☆ 159
$99.99
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon



**Wielio Projector, Native 1080P Projector with WiFi and Bluetooth, Portable Outdoor Movie Mini Projector...**
★★★☆☆ 8
$89.99
Get it as soon as **Wednesday, May 29**
FREE Shipping by Amazon



**Mini Projector, 1080P Full HD Supported Mini Projector, Portable Home Movie Theater Projector Compatible with TV Sti...**
★★★★☆ 692
$44.99
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon



**[180"Adjustable Stand]HIPPUS Smart Mini Projector with WiFi and Bluetooth, Full HD 1080P, Auto Keystone,4K Vid...**
★★★★☆ 54
$129.99
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon

## Best Sellers in Video Projectors

Page 1 of 8



**HAPPRUN Projector, Native 1080P Bluetooth Projector with 100"...**
★★★★☆ 6,672
**#1 Best Seller** in Video Projectors
**42% off** Limited time deal
$69.99
List: $119.99
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon



**TMY Mini Projector, Upgraded Bluetooth Projector with 100" Screen, 1080P Full HD...**
★★★★☆ 15,853
**Amazon's Choice** in Video Projectors
$79.99
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon



**Mini Projector for iPhone, ELEPHAS 2024 Upgraded 1080P HD Projector, 8000L Portable Project...**
★★★★☆ 5,789
**40% off** Limited time deal
$69.97
List: $116.99
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon
🌿 Climate Pledge Friendly ✔



**[270"Adjustable Stand] Mini projector with WiFi and Bluetooth, Outdoor Portable Movie Project...**
★★★★☆ 477
**55% off** Limited time deal
$89.99
List: $199.99
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon



**AuKing Projector, 2024 Upgraded Mini Projector, Full HD 1080P Home Theater Video Projector...**
★★★★☆ 13,168
**42% off** Limited time deal
$57.97
List: $99.99
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon



**Updated Mini Projector with Bluetooth and Projector Screen, Full HD 1080P Portable Video...**
★★★★☆ 7,390
**55% off** Limited time deal
$64.58
List: $99.99
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices



Prices and availability list:

**$69.99** List: ~~$119.99~~
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon

**$79.99**
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon

**$69.97** List: ~~$116.99~~
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon
🌿 Climate Pledge Friendly ⌄

**$99.99** List: ~~$199.99~~
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon

**$57.97** List: ~~$99.99~~
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon

**$64.58** List: ~~$99.99~~
Get it as soon as **Sunday, May 26**
FREE Shipping by Amazon

See personalized recommendations

**Sign In**

New customer? Start here.



Back to top

## Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

## Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

## Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon

🌐 English ⇅     🇺🇸 United States

| | | | |
|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles |
| **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services |
| **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| | | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified |

| | | |
|---|---|---|
| **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business |
| **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data | **Goodreads** Book reviews & recommendations |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products |
| **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts |
| **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓×

© 1996-2024, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: HP projector CC200 3in1 native 1080p, outdoor movie screen with projector package, portable mini projector, Smart tv,Roku tv stick :…
Capture URL: https://www.amazon.com/HP-projector-native-Motorized-Eye-Friendly/dp/B0BTSW16LQ/ref=sr_1_fkmr0_1?…
Capture timestamp (UTC): Tue, 21 May 2024 16:00:22 GMT