Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Kirstin Jensvold-Rumage, SBN 345916
kirstin@milordlaw.com
MILORD LAW GROUP, P.C.
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Defendant
Global Aiptek Inc. dba GAC Technology Group

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC., <br>     Plaintiff, <br><br> vs. <br><br> GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, <br><br>     Defendant, | Case No.: 8:23-cv-00222-FWS-DFM <br><br> **DECLARATION OF MILORD A. KESHISHIAN IN SUPPORT OF DEFENDANT GLOBAL AIPTEK INC,'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** <br><br> Date: June 27, 2024 <br> Time: 10:00 a.m. <br> Location: Courtroom 10D, Santa Ana |

-1-
**DECLARATION OF MILORD A. KESHISHIAN**

# DECLARATION OF MILORD A. KESHISHIAN

I, Milord A. Keshishian, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and principal of Milord Law Group P.C., counsel of record for Defendant Global Aiptek, Inc. ("Global"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. On April 24, 2024, my office reviewed Plaintiff Epson's proposed First Amended Complaint. My office stipulated to allow Epson to amend its complaint, and reviewed the proposed FAC. Our office suggested certain edits, including removal of specific allegations of trademark infringement and references to "misbranding" under the HP trademark. The edits were not adopted by Epson, and the parties stipulated to the filing.

3. On May 8, 2024, my office sent a request to Epson's counsel to meet and confer pursuant to L.R. 7-3 in anticipation of Global's Motion to Dismiss the First Amended Complaint, including a letter outlining Global's anticipated arguments.

4. On May 16, 2024, the parties' counsel met and conferred by phone. Though the parties attempted to narrow the issues in good faith, no resolution was reached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of May, 2024, in Los Angeles, California.

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorney for Defendant
Global Aiptek Inc.