**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175
Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D]<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint Filed:  February 6, 2023<br>Trial Date:  April 15, 2025<br>Current Hearing Date:  June 27, 2024<br>New Hearing Date:  July 11, 2024 |

JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING ON GAC'S MOTION TO DISMISS

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. d/b/a GAC Technology Group ("Global") (jointly, the "Parties"), by and through their respective counsel, respectfully submit this Joint Stipulation and Request for Order Modifying the Briefing Schedule and Hearing Date on Global's Motion to Dismiss (Docket Entry ("DE") 38) with reference to the following facts:

WHEREAS, Epson filed its First Amended Complaint ("FAC") in this matter on April 29, 2024 (DE 36);

WHEREAS, on May 16, 2024, the Parties filed a Joint Stipulation extending Global's time to respond to the FAC to May 27, 2024 (DE 37);

WHEREAS, Global filed its Motion to Dismiss the FAC (the "Motion") on May 28, 2024 (DE 38); and

WHEREAS, the Parties subsequently met and conferred through their respective counsel regarding the briefing schedule and hearing date and, due to availability and other scheduling concerns, agreed to extend the same;

NOW THEREFORE, good cause appearing, the Parties, by and through their respective counsel of record hereby stipulate and respectfully request the Court enter an order as follows:

1. Epson's deadline to file its opposition to the Motion be continued until June 13, 2024;

2. Global's deadline to file its reply brief be continued until June 27, 2024; and

///
///
///
///
///
///

3. The hearing on Global's Motion be continued until July 11, 2024, at 10:00 a.m.

Dated: May 30, 2024                    K&L GATES LLP

                                       By: /s/ Zachary T. Timm
                                           Christina N. Goodrich
                                           Zachary T. Timm
                                           Morgan T. Nickerson (admitted *pro hac vice*)

                                           Attorneys for Plaintiff
                                           Epson America, Inc.

Dated: May 30, 2024                    MILORD LAW GROUP, P. C.

                                       By: /s/ Milord A. Keshishian
                                           Milord A. Keshishian
                                           Kirstin Jensvold-Rumage

                                           Attorney for Defendant
                                           Global Aiptek Inc. d/b/a GAC Technology Group

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                       By: /s/ Zachary T. Timm
                                           Zachary T. Timm