**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, <br><br> Defendant. | Case No. 8:23-cv-00222-FWS-DFM <br><br> **ORDER RE JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS [39]** <br><br> Complaint Filed: February 6, 2023 <br><br> Current Hearing Date: June 27, 2024 <br><br> New Hearing: July 18, 2024 |

///

///

///

Having reviewed and considered the Joint Stipulation and Request for Order Modifying the Briefing Schedule and Hearing Date on Defendant's Motion to Dismiss, (Dkt. 39) ("Stipulation"), submitted by Plaintiff Epson America, Inc. ("Plaintiff") and Defendant Global Aiptek Inc. d/b/a GAC Technology Group ("Defendant"), the files and records of the case, the applicable law, and for the good cause appearing in the Stipulation, the court **ORDERS** the following:

1. The deadline for Plaintiff to file an opposition to the Motion to Dismiss, (Dkt. 38) ("Motion) is **CONTINUED** to **June 13, 2024**;

2. The deadline for Defendant to file a reply in support of the Motion, if any, is **CONTINUED** to **June 27, 2024**; and

3. The in-person hearing on the Motion is **CONTINUED** to **July 18, 2024, at 10:00 a.m., in Courtroom 10D**.

**IT IS SO ORDERED**.

Dated: June 3, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE