# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC., Plaintiff(s) v. GLOBAL AIPTEK, INC., et al., Defendant(s) | CASE NUMBER: 8:23-cv-00222 FWS (DFMx) MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Douglas F. McCormick. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge    Douglas F. McCormick
Date/Time    June 12, 2024, at 9:30 am
Courtroom:    Telephonic

Dated:    June 4, 2024            By:    Nancy Boehme
                                              Deputy Clerk