1  Milord A. Keshishian, SBN 197835
   milord@milordlaw.com
2  Kirstin Jensvold-Rumage, SBN 345916
   kirstin@milordlaw.com
3  MILORD LAW GROUP, P.C.
   333 South Hope Street, Suite 4025
4  Los Angeles, California 90071
   Tel: (310) 226-7878
5  Fax: (310) 226-7879

6
   Attorneys for Defendant
7  Global Aiptek Inc. dba GAC Technology Group

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 EPSON AMERICA, INC.,                ) Case No.:  8:23-cv-00222-FWS-DFM
              Plaintiff,               )
12                                     )
                                       ) [Assigned to the Hon. Fed W. Slaughter,
13         vs.                         ) Courtroom 10D]
                                       )
14 GLOBAL AIPTEK INC. d/b/a GAC        ) **DECLARATION OF KIRSTIN A.**
15 TECHNOLOGY GROUP,                   ) **JENSVOLD-RUMAGE IN SUPPORT**
                                       ) **OF DEFENDANT GLOBAL AIPTEK**
16                                     ) **INC.'S REPLY**
           Defendant,                  )
17                                     )
18                                     ) Date:        June 27, 2024
                                       ) Time:        10:00 a.m.
19                                     ) Location:  Courtroom 10D, Santa Ana
20                                     )
21                                     )
                                       )
22                                     )
23 _____)

24

25

26

27

28

-1-
**DECLARATION OF KIRSTIN A. JENSVOLD-RUMAGE**

MILORD LAW GROUP PC
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILORD LAW GROUP PC
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

**DECLARATION OF KIRSTIN A. JENSVOLD-RUMAGE**

I, Kirstin A. Jensvold-Rumage, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1.      I am an attorney duly licensed to practice before this Court and employed by Milord Law Group P.C., counsel of record for Defendant Global Aiptek, Inc. ("Global"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2.      On May 16, 2024, in preparation of the L.R. 7-3 conference in anticipation of the instant motion to dismiss, I reviewed Amazon.com product listings for Epson's projectors.  In the sample of Epson projector listings I reviewed, each product listed the "Manufacturer" as Epson but listed the location of manufacture as different countries, such as China or the Philippines, depending on the product.  This "Manufacturer" product information is the same portion of the Amazon listing that the FAC cites to when it argues that Global is misbranding its projectors as manufactured by "HP" when they are manufactured by GAC.  FAC ¶¶22-23.

3.      Later that same day, during the L.R. 7-3 conference, I discussed my findings regarding the Amazon listings with Epson's counsel.  I asked Morgan T. Nickerson, Epson's counsel, if he knew who manufactured Epson's projectors.  Mr. Nickerson stated that he did not know.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of June, 2024, in Los Angeles, California.

/s/ Kirstin A. Jensvold-Rumage
Kirstin A. Jensvold-Rumage
Attorney for Defendant
Global Aiptek Inc.

-2-
**DECLARATION OF KIRSTIN A. JENSVOLD-RUMAGE**