Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Kirstin Jensvold-Rumage, SBN 345916
kirstin@milordlaw.com
**MILORD LAW GROUP, P.C.**
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878

Attorneys for Defendants
Global Aiptek Inc. dba GAC Technology Group

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPSON AMERICA, INC.,<br>　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>　　　　Defendant, | CASE NO. 8:23-cv-00222-FWS-DFM<br><br>*Hon. Fred W. Slaughter*<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Amended Complaint Filed: April 29, 2024<br>Current Hearing Date: July 18, 2024<br>　　　　　　　　　　　10:00 a.m.<br>New Hearing Date:　August 15, 2024<br>　　　　　　　　　　　10:00 a.m. |

**JOINT STIPULATION TO CONTINUE DATE**

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Civil L.R. 7-1 and this Court's procedures, Parties Epson America Inc. ("Plaintiff") and Global Aiptek Inc. d/b/a GAC Technology Group ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed the First Amended Complaint on April 29, 2024 (Dkt. 36);

WHEREAS, Defendant filed a Motion to Dismiss the First Amended Complaint on May 28, 2024 (Dkt. 38);

WHEREAS, the Parties' conducted a a Telephonic Discovery Conference before the Magistrate Judge on June 12, 2024 (*see* Dkt. 43);

WHEREAS, Plaintiff's and Defendant's counsel have exchanged communications attempting to narrow and discuss the scope of discovery, specifically, production of emails from five (5) of Defendant's employees;

WHEREAS, Defendant held a conference of counsel pursuant to L.R. 37-1 to discuss outstanding document production on July 8, 2024. During this conference, the Parties' counsel discussed the progression of the case, generally, including potential settlement and upcoming depositions of Defendant's employees on July 17 and July 19, 2024, as well as the hearing on the Motion to Dismiss on July 18, 2024;

WHEREAS, prior to the Parties' July 8, 2024 conference, Plaintiff's counsel also informed Defendant's counsel that Plaintiff had recently learned of new facts relevant to this dispute, and which Plaintiff believes support further amending its complaint;

WHEREAS, during the Parties July 8 conference, the Parties' counsel discussed Plaintiff's anticipated further amended complaint. Plaintiff subsequently provided a draft amended complaint on July 10 to Defendant;

WHEREAS, Defendant has also disclosed Plaintiff's advertising that Defendant deems false and will file counterclaims once Plaintiff's pleadings are ruled upon by the Court;

WHEREAS, Plaintiff and Defendant have exchanged drafts of a settlement agreement and are continuing to negotiate the terms of settlement and would prefer to conserve the Parties' and this Court's resources;

WHEREAS, the hearing date for the Motion to Dismiss is set for July 18, 2024 at 10:00 a.m.; and

NOW THEREFORE, Plaintiff and Defendant hereby stipulate to and respectfully request that the Court continue the hearing on the Motion to Dismiss to August 15, 2024, at 10:00 a.m.

Dated:  July 10, 2024         **MILORD LAW GROUP, P.C.**

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorneys for Defendant
GLOBAL AIPTEK INC.

Dated: July 10, 2024         **K&L Gates LLP**

/s/ Morgan T. Nickerson
Morgan T. Nickerson
Attorneys for Plaintiff
EPSON AMERICA, INC.

### Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 10, 2024         /s/ Milord A. Keshishian
Milord A. Keshishian