Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Kirstin Jensvold-Rumage, SBN 345916
kirstin@milordlaw.com
**MILORD LAW GROUP, P.C.**
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878

Attorneys for Defendants
Global Aiptek Inc. dba GAC Technology Group

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC.,<br>　　　　Plaintiff,<br><br>vs.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>　　　　Defendant, | CASE NO. 8:23-cv-00222-FWS-DFM<br><br>*Hon. Fred W. Slaughter*<br><br>**DECLARATION OF MILORD A. KESHISHIAN IN SUPPORT OF THE PARTIES' JOINT STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Amended Complaint Filed: April 29, 2024<br>Current Hearing Date: July 18, 2024<br>　　　　　　　　　　　　　10:00 a.m.<br>New Hearing Date:　　August 15, 2024<br>　　　　　　　　　　　　　10:00 a.m. |

**DECLARATION OF MILORD A. KESHISHIAN**

# DECLARATION OF MILORD A. KESHISHIAN

I, Milord A. Keshishian, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and principal of Milord Law Group P.C., counsel of record for Defendant Global Aiptek, Inc. ("Defendant"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. Defendant filed a Motion to Dismiss Epson America Inc's ("Plaintiff") First Amended Complaint on May 28, 2024 (Dkt. 38). The hearing date for the Motion to Dismiss is set for July 18, 2024 at 10:00 a.m

3. Plaintiff's and Defendant's counsel are in regular communication attempting to complete document production and narrow the scope of discovery and resolve this litigation through settlement. On July 8, 2024, Defendant held a conference of counsel pursuant to L.R. 37-1 to discuss Plaintiff's outstanding document production. During this conference, the Parties' counsel discussed the progression of the case, generally, including potential settlement and upcoming depositions of Defendant's employees on July 17 and July 19, 2024, as well as the hearing on the Motion to Dismiss on July 18, 2024.

4. Prior to the Parties' July 8, 2024 conference, I was informed by Plaintiff's counsel that Plaintiff had recently learned of new facts relevant to this dispute, and which Plaintiff believes support further amending its complaint.

5. On July 9, 2024, my office sent an example of Epson's Google Ads advertising Plaintiff's "LED" Projectors—though Plaintiff stated in discovery responses that it does not have LED projectors—that will form the basis of Defendant's counterclaim against Plaintiff if Plaintiff is permitted to amend its claims.

6. Plaintiff emailed a Second Amended Complaint on July 10, 2024.

7. Plaintiff and Defendant have exchanged drafts of a settlement agreement and are continuing to negotiate the terms of settlement and would prefer to conserve the

-1-
**DECLARATION OF MILORD A. KESHISHIAN**

Parties' and this Court's resources by continuing the hearing date.

8. This is the first continuance of this hearing, though the Court previously granted the Parties' request to modify the briefing schedule and hearing date of this Motion to Dismiss (Dkt. 40).

9. Currently, the parties are engaged in settlement discussions and the parties' counsel are in near daily communication with each other and my office with our client in an effort to resolve this case and avoid time consuming and expensive discovery, motion practice, and hearings.

10. If the continuance is denied, prejudice will result in that the parties and their counsel will have to expend considerable resources. Plaintiff's lead counsel is not local to the Los Angeles area and will attend the hearing on the Motion to Dismiss in person. To refocus resources on settlement, the parties have elected to continue the depositions of Defendant's employees on July 17 and July 19, 2024, on the condition that this stipulation is granted and the hearing moved to a later date. These depositions were strategically scheduled to allow for Plaintiff's lead counsel to attend the depositions and the hearing on July 18, 2024. If this continuance is denied, the parties' counsel will be forced to expend considerable time and the parties considerable funds to attend these depositions and hearing which may soon be moot considering the stage of settlement discussions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of July, 2024, in Los Angeles, California.

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorney for Defendant
Global Aiptek Inc.