**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EPSON AMERICA, INC., <br>     Plaintiff, <br><br> vs. <br><br> GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, <br><br>     Defendant, | Case No. 8:23-cv-00222-FWS-DFM <br><br> *Hon. Fred W. Slaughter* <br><br> **ORDER RE STIPULATION TO CONTINUE HEARING DATE FOR THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [46]** <br><br> Amended Complaint Filed: April 29, 2024 <br> Current Hearing Date: July 18, 2024 <br>                               10:00 a.m. <br> New Hearing Date:   August 15, 2024 <br>                               10:00 a.m. |

///

///

///

**ORDER**

Having reviewed and considered the Joint Stipulation to Continue Hearing Date for Motion to Dismiss the First Amended Complaint [46], the files and records of the case, the applicable law and good cause appearing, the court **ORDERS** the following:

The in-person hearing on the Motion to Dismiss, (Dkt. 38), is **CONTINUED** from July 18, 2024, at 10:00 a.m., in Courtroom 10D, to **August 15, 2024, at 10:00 a.m., in Courtroom 10D**.

**IT IS SO ORDERED**.

Dated: July 15, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE