**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175
Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D]<br><br>**DECLARATION OF ZACHARY TIMM IN SUPPORT OF THIRD JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER**<br><br>Complaint Filed:   February 6, 2023<br><br>Current Trial Date:   April 15, 2025<br>New Trial Date   October 14, 2025 |

**DECLARATION OF ZACHARY T. TIMM**

# DECLARATION OF ZACHARY T. TIMM

I, Zachary T. Timm, declare as follows:

1. I am an attorney at the law firm of K&L Gates LLP, counsel for Plaintiff Epson America, Inc. ("Epson" or "Plaintiff") in the above-captioned matter. I am over the age of 18 years, have personal knowledge of the facts contained in this declaration, and if called as a witness, could and would testify competently to the truth of the facts stated herein. I submit this Declaration in support of the Parties' Third Joint Stipulation and Request for Order Modifying the Scheduling Order.

2. The Parties have recently re-engaged in settlement discussions, which they hope will resolve the disputes in this Action. As part of those discussions, the Parties have begun devoting their resources towards settlement and believe continuing to do so provides the greatest chance of resolution of the disputes in this Action.

3. Moreover, Epson has recently learned additional and new facts it contends warrant filing a Second Amended Complaint, and has informed Defendant of the same. Epson intends to file a motion for leave to file its Second Amended Complaint, which the Parties have already met and conferred on.

4. As part of the Parties devotion of resources towards settlement, they have also forestalled depositions (and completion of other discovery), and prefer to wait until the pleadings are settled to conduct such depositions and complete discovery.

5. The Parties have met and conferred through counsel and believe that a continuance of the trial and associated pre-trial dates, therefore, is appropriate. Such continuance would allow the Parties to continue settlement negotiations, and/or allow time for the pleadings to be settled and for discovery to be completed thereafter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of July, 2024 in Los Angeles, California.

_____
Zachary T. Timm