UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D]<br><br>**[PROPOSED] ORDER GRANTING THIRD JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER**<br><br>Complaint Filed:    February 6, 2023<br><br>Current Trial Date:  April 15, 2025<br>New Trial Date       October 14, 2025 |

**[PROPOSED] ORDER**

Having considered Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. d/b/a GAC Technology Group ("Global"), (jointly, the "Parties") Joint Stipulation and Request for Order Modifying the Scheduling Order (the "Stipulation") and good cause appearing, **IT IS HEREBY ORDERED** that the dates set forth in the Court's Scheduling Order entered on March 5, 2024 (Docket Entry, 33) are modified as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Fact-Discovery Cut-Off (including hearing discovery motions) | August 16, 2024 | March 14, 2025 |
| Deadline for the Initial Designation of Expert Witnesses | September 6, 2024 | April 4, 2025 |
| Deadline for the Designation of Rebuttal Expert Witnesses | September 20, 2024 | April 18, 2025 |
| Expert Discovery Cut-Off (including expert depositions) | October 4, 2024 | May 2, 2025 |
| Dispositive Motion Hearing Cut-Off [Thursday]<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | November 14, 2024 | June 12, 2025 |
| Deadline to Complete Settlement Conference [Private Mediation] | December 6, 2024 | July 3, 2025 |
| Trial Filings (first round)<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding | January 1, 2025 | August 1, 2025 |

1
**[PROPOSED] ORDER**

| | | |
|---|---|---|
| Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | | |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | January 9, 2024 | August 15, 2025 |
| Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | January 16, 2025 | August 22, 2025 |
| Final Pre-Trial Conference & Hearing on Motions in Limine [Thursday at 8:30 a.m., at least 12 days before trial] | February 12, 2025 | September 18, 2025 |
| Jury Trial [Tuesday] | April 15, 2025 | October 14, 2025 |
| Parties' Estimated Trial Length | 4 days | 4 days |

2
**[PROPOSED] ORDER**

Further, the The hearing on Global's Motion to Dismiss Epson's First Amended Complaint is hereby vacated, and will be rescheduled only if Epson's forthcoming Motion for Leave to File a Second Amended Complaint is denied.

Date: _____

                                           Honorable Fred W. Slaughter
                                           United States District Judge