NOTE: CHANGES MADE BY COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No. 8:23-cv-00222-FWS-DFM<br><br>**ORDER RE THIRD JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER [49]** |

Having reviewed and considered the Third Joint Stipulation and Request for Order Modifying the Scheduling Order, (Dkt. 49) ("Third Stipulation"), the applicable law, including Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992); *Zivkovic v. S. California Edison Co.*, 302 F.3d 1080 (9th Cir. 2002), and *In re W. States Wholesale Nat. Gas Antitrust Litig.*,

715 F.3d 716 (9th Cir. 2013), and for the good cause demonstrated in the Third Stipulation, the court **ORDERS** the court's March 5, 2024, Order Re Second Joint Stipulation and Request for Order Modifying the Scheduling Order, (Dkt. 33) ("Order Re Second Joint Stipulation"), **MODIFIED** to read as follows (with changes indicated by italics):[1]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:30 a.m.** | **First Day:** *7/15/2025* |
| Parties' Estimated Trial Length | **4 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *5/15/2025* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | 6/29/2023[2] |

---

[1] This Order is now the Operative Scheduling Order in this matter. Given the record, including the information in the Third Stipulation, the court's Order Setting Rule 26(f) Scheduling Conference and attached Worksheet, (Dkt. 17), previous requests for continuances granted in the case (Dkts. 30-33), and the Parties' Joint 26(f) Report, (Dkt. 18), the court is disinclined to grant additional continuances of the trial date and accompanying dates, absent a strong showing. This strong showing, if any, shall comply with the applicable law, including Fed. R. Civ. P. 16(b)(4), *Johnson*, 975 F.2d at 609 (stating "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment," "the focus of the inquiry is upon the moving party's reasons for seeking modification," and "[i]f that party was not diligent, the inquiry should end"), and *Zivkovic*, 302 F.3d at 1087 (stating "[t]he pretrial schedule may be modified if it cannot reasonably be met despite the diligence of the party seeking the extension," and "[i]f the party seeking the modification was not diligent, the inquiry should end and the motion to modify should not be granted") (citations and internal quotation marks omitted). The parties should plan accordingly. In addition, to the extent this Order does not encompass a request made in the Third Stipulation, the court, based on the state of the record, as applied to the applicable law, and within its discretion, has denied that request.

[2] The court notes that in the Order re Second Joint Stipulation, the court "f[ound] the parties have made an insufficient showing of good cause in the Stipulation [(Dkt. 32)] to continue [the last date to hear motion to amend pleadings/add parties] and the request to move that date is denied." (Dkt. 33 at 2 n.2.) The court further notes the parties' statement that Plaintiff intends to file a motion for leave to file a second

(Footnote Cont'd on Following Page)

| | | |
|---|---|---|
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions** and *including hearing discovery motions*) | | *11/14/2024* |
| Expert Disclosure (Initial) | | *12/5/2023* |
| Expert Disclosure (Rebuttal) | | *12/19/2024* |
| Expert Discovery Cut-Off (*including expert depositions*) | | *1/2/2024* |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | | *2/13/2025* |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one:<br>[ ] 1. Magistrate Judge (with Court approval)<br>[ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | | *2/27/2025* |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• *Daubert* Motions with Proposed Orders[3]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• Affirmative Deposition Designation(s) | | *4/3/2025* |

---

amended complaint. (Third Stipulation at 2.) However, the court finds the parties have again in the Third Stipulation made an insufficient showing of good cause to continue the last date to hear motion to amend pleadings. To the extent Plaintiff files the contemplated motion for leave to amend, Plaintiff shall address both the standard for obtaining leave to file a further amended pleading <u>and</u> also the standard for obtaining relief from the scheduling order's deadline. *See* Fed. R. Civ. P. 15, 16.

[3] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

| | |
|---|---|
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Oppositions to *Daubert* Motions[4]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Objections and Counter Deposition Designation(s) | *4/10/2025* |
| • Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | *4/17/2025* |

In addition, the court **ORDERS** the following:

The in-person hearing on Defendant's Motion to Dismiss the First Amended, Complaint, and/or Strike Portions Thereof, and/or for More Definite Statement, (Dkt. 38) ("Motion to Dismiss"), scheduled on August 15, 2024, at 10:00 a.m., in Courtroom 10D (Dkt. 46), is **VACATED** and the Motion to Dismiss is **DENIED WITHOUT PREJUDICE** subject to being refiled if no further amended complaint is filed and/or permitted.

**IT IS SO ORDERED**.

Dated: August 5, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR

---

[4] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine. (*See* Dkt. 21 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").) In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.