Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klates.com
Morgan T. Nickerson (admitted pro hac vice)
morgan.nickerson@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Flr.
Los Angeles, CA 90067
T: (310) 552-5000
F: (310) 552-5001

*Attorneys for Plaintiff
Epson America, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>**DECLARATION OF SHAINA M. LEFKOWITZ IN SUPPORT OF EPSON AMERICA, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:  September 5, 2024<br>Time:  10:00 a.m.<br>Courtroom:  10D<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D] |

**DECLARATION OF SHAINA M. LEFKOWITZ**

# DECLARATION OF SHAINA M. LEFKOWITZ

I, Shaina M. Lefkowitz, declare as follows:

1. I am an attorney at law duly licensed to practice before the Courts of the State of Massachusetts and an associate with the law firm of K&L Gates LLP, counsel for Epson America. Inc. ("Epson"). I am one of the attorneys responsible for handling this action and I am personally familiar with the legal proceedings in this matter. I am over the age of 18 years, have personal knowledge of the facts contained in this declaration, and if called as a witness, could and would testify competently to the truth of the facts stated herein.

2. I submit this Declaration in support of Epson's Motion for Leave to File Second Amended Complaint (the "Motion"). A redlined version of this Proposed Second Amended Complaint is attached as an Exhibit to the Motion.

3. Due to GAC's continued delay in document production, Epson has been forced to continue its investigation into GAC's infringing conduct through Internet searches.

4. On July 3, 2024, I became aware that GAC introduced two new projector models, HP CC 500 and HP CC 180, on the internet. An investigation discovered that these projector models were being falsely advertised and sold on the Internet, including, but not limited to Walmart.com and BestBuy.com. GAC is selling its projectors under the Walmart Seller name "HP Projector." The contact information listed on the Walmart Seller profile is "Global Aiptek, Inc." This information did not exist earlier.

5. This is not the first time GAC expanded its false advertising and sales during this litigation, as it also previously began selling on Amazon.com during the lawsuit. GAC now advertises its projectors on Walmart.com and BestBuy.com in addition to the previously identified Internet marketplace contained in the First Amended Complaint, https://www.hp-projector.com/, www.bhphotovideo.com, and Amazon.com.

6. In addition to alleging that GAC falsely advertises the light brightness of its projectors, Epson discovered that GAC falsely advertises the manufacturer of the projectors.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 7, 2024 in Boston, Massachusetts.

*[signature]*

Shaina M. Lefkowitz