1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Civil Action No.<br>8:23-cv-00222-FWS-DFM<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF EPSON AMERICA, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:         September 5, 2024<br>Time:        10:00 a.m.<br>Courtroom:  10D<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D] |

**[PROPOSED] ORDER**

# [PROPOSED] ORDER

Having considered Plaintiff Epson America, Inc.'s ("Epson") Motion for Leave to File a Second Amended Complaint, and good cause appearing, and **IT IS HEREBY ORDERED** that Epson America Inc. is granted leave to amend to its First Amended Complaint, a redlined copy of which was attached to the Motion as Exhibit A

IT IS SO ORDERED.

Dated: _____, 2024

_____
United States District Court Judge
Fred W. Slaughter