Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Kirstin Jensvold-Rumage, SBN 345916
kirstin@milordlaw.com
**MILORD LAW GROUP, P.C.**
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878

Attorneys for Defendant
Global Aiptek Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC.,<br>    Plaintiff,<br><br>vs.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>        Defendant, | CASE NO. 8:23-cv-00222-FWS-DFM<br><br>*Hon. Fred W. Slaughter*<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE FOR MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br><br>Amended Complaint Filed: April 29, 2024<br>Current Hearing Date: September 5, 2024<br>                        10:00 a.m.<br>New Hearing Date:     September 12, 2024<br>                        10:00 a.m. |

**JOINT STIPULATION TO CONTINUE DATES**

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Civil L.R. 7-1 and this Court's procedures, Parties Epson America Inc. ("Plaintiff") and Global Aiptek Inc. ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed the First Amended Complaint on April 29, 2024 (Dkt. 36);

WHEREAS, Plaintiff filed a Motion for Leave to File a Second Amended Complaint on August 8, 2024 (Dkt. 52);

WHEREAS, Plaintiff and Defendant have exchanged several drafts of a settlement agreement and are continuing to make meaningful progress towards a final resolution, which would moot Plaintiff's motion;

WHEREAS, Defendant requested the extension of its opposition deadline and, through meet and confer efforts, Plaintiff agreed;

WHEREAS, the hearing date for the Motion to Dismiss is set for September 5, at 10:00 a.m.; and

WHEREAS, this is the first request for a continuance of this hearing date.

NOW THEREFORE, Plaintiff and Defendant hereby stipulate to and respectfully request that the Court continue the hearing on the Motion for Leave to File Second Amended Complaint to September 12, 2024, at 10:00 a.m. and enter an order moving the deadline for Defendant to file an Opposition to August 22, 2024, and for Plaintiff to file a Reply to August 29, 2024.

Dated:  August 14, 2024                              **MILORD LAW GROUP, P.C.**

                                                     /s/ Kirstin A. Jensvold-Rumage
                                                     Kirstin a. Jensvold-Rumage
                                                     Attorneys for Defendant
                                                     GLOBAL AIPTEK INC.

| | |
|---|---|
| Dated: August 14, 2024 | **K&L Gates LLP** |
| | /s/ Zach T. Timm |
| | Zach. T, Timm |
| | Morgan T. Nickerson |
| | Attorneys for Plaintiff |
| | EPSON AMERICA, INC. |

## Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: August 14, 2024 | /s/ Kirstin A. Jensvold-Rumage |
| | Kirstin A. Jensvold-Rumage |