1  Milord A. Keshishian, SBN 197835
2  milord@milordlaw.com
3  Kirstin Jensvold-Rumage, SBN 345916
   kirstin@milordlaw.com
4  **MILORD LAW GROUP, P.C.**
5  333 South Hope Street, Suite 4025
   Los Angeles, California 90071
6  Tel: (310) 226-7878

7
8  Attorneys for Defendant
   Global Aiptek Inc.

9

10                **UNITED STATES DISTRICT COURT**
11                **CENTRAL DISTRICT OF CALIFORNIA**
12

| EPSON AMERICA, INC., | CASE NO. 8:23-cv-00222-FWS-DFM |
|---|---|
| Plaintiff, | |
| vs. | *Hon. Fred W. Slaughter* |
| GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, | **DECLARATION OF KIRSTIN A. JENSVOLD-RUMAGE IN SUPPORT OF THE PARTIES' JOINT STIPULATION TO CONTINUE HEARING DATE FOR MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| Defendant, | |
| | Amended Complaint Filed: April 29, 2024 |
| | Current Hearing Date: September 5, 2024  10:00 a.m. |
| | New Hearing Date:  September 12, 2024  10:00 a.m. |

**DECLARATION OF KIRSTIN A. JENSVOLD-RUMAGE**

# DECLARATION OF KIRSTIN A. JENSVOLD-RUMAGE

I, Kirstin A. Jensvold-Rumage, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and employee of Milord Law Group P.C., counsel of record for Defendant Global Aiptek, Inc. ("Defendant"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. Plaintiff Epson America, Inc. ("Plaintiff") filed its Motion for Leave to File a Second Amended Complaint on August 8, 2024 (Dkt. 52). The hearing date for the Motion is set for September 5, 2024 at 10:00 a.m

3. Over the past few weeks, Plaintiff's and Defendant's counsel have been in regular communication, expending time and resources to resolve this litigation through exchanges of numerous draft settlement agreements.

4. Based on Plaintiff's and Defendant's meaningful progress towards a final resolution—which would mott the motion—the parties believe that an extension would conserve the Parties' and this Court's resources by continuing the hearing date.

5. This is the first request for a continuance of this hearing.

6. If the continuance is denied, prejudice will result in that the parties and their counsel will have to expend time and resources in opposing and replying in support of the motion to file an amended complaint which may be rendered moot by efforts to finalize the terms of the settlement agreement. As previously explained, Plaintiff's lead counsel is not local to the Los Angeles area and must plan to attend the hearing on the Motion in person. The parties believe this very brief continuance will allow the parties to finalize the agreement and avoid additional unnecessary use of the parties' and this Court's resources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

-1-
**DECLARATION OF KIRSTIN A. JENSVOLD-RUMAGE**

Executed on this 14th day of August, 2024, in Los Angeles, California.

/s/ Kirstin A. Jensvold-Rumage
Kirstin A. Jensvold-Rumage
Attorney for Defendant
Global Aiptek Inc.

MILORD LAW GROUP PC
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

-2-
**DECLARATION OF KIRSTIN A. JENSVOLD-RUMAGE**