# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC.,<br>    Plaintiff,<br><br>vs.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>    Defendant, | CASE NO. 8:23-cv-00222-FWS-DFM<br><br>*Hon. Fred W. Slaughter*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOR THE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Amended Complaint Filed: April 29, 2024<br>Current Hearing Date: September 5, 2024<br>                              10:00 a.m.<br>New Hearing Date:    September 12, 2024<br>                              10:00 a.m. |

The Court, having considered the Parties' Stipulation to Continue Hearing Date for the Motion For Leave to File the Second Amended Complaint and the Declaration of Kirstin A. Jensvold-Rumage **HEREBY GRANTS** the requested continuance. The September 5, 2024, hearing date on the Motion for Leave to File a Second Amended Complaint is hereby VACATED, and is continued to September 12, 2024, at 10 a.m. Defendant's opposition to the motion is now due on August 22, 2024. Plaintiff's reply is now due on August 29, 2024.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE