NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC., | CASE NO. 8:23-cv-00222-FWS-DFM |
| Plaintiff, | *Hon. Fred W. Slaughter* |
| v. | **ORDER RE STIPULATION TO CONTINUE HEARING DATE FOR THE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [53]** |
| GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, | |
| Defendant, | Amended Complaint Filed: April 29, 2024 |
| | Current Hearing Date: September 5, 2024  10:00 a.m. |
| | New Hearing Date: October 3, 2024  10:00 a.m. |

///

///

///

The court has considered the parties' Stipulation to Continue Hearing Date for the Motion for Leave to File the Second Amended Complaint and the Declaration of Kirstin A. Jensvold-Rumage. (Dkt. 53 ("Stipulation").) Based on the files and records in this case, the applicable law, and for the good cause demonstrated in the Stipulation, the court, in its discretion, **ORDERS** the following:

1. The in-person hearing on the Motion for Leave to File a Second Amended Complaint (Dkt. 52, the "Motion") is **CONTINUED** to **October 3, 2024, at 10:00 a.m., in Courtroom 10D**.

2. Defendant's Opposition to the Motion is now due **on or before September 12, 2024**.

3. Plaintiff's Reply in support of the Motion is now due **on or before September 19, 2024**.

**IT IS SO ORDERED.**

Dated: August 15, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE