**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175
Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D]<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Amended Complaint<br>Filed:                    April 29, 2024<br><br>Current Hearing Date: October 3, 2024<br>New Hearing Date:     October 17, 2024 |

JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. ("Global") (jointly, the "Parties"), by and through their respective counsel, respectfully submit this Joint Stipulation and Request for Order Continuing the Hearing on Epson's Motion for Leave to File Second Amended Complaint (the "Motion") with reference to the following facts:

WHEREAS, Epson filed its Motion on August 8, 2024, with a hearing date of September 5, 2024 (DE 52);

WHEREAS, on August 14, 2024, the Parties filed a Joint Stipulation to Modify the Scheduling Order and Continue the Hearing on the Motion to September 12, 2024 (DE 53);

WHEREAS, on August 15, 2024, the Court Granted the Parties' prior stipulation, as modified by the Court, and continued the hearing on the Motion to October 3, 2024 (DE 54);

WHEREAS, Epson's lead counsel is unavailable to attend the new hearing date of October 3, 2024; and

WHEREAS, the Parties subsequently met and conferred, through counsel, and identified October 17, 2024, as the first available date following October 3, 2024, on which they are available to attend a hearing on the Motion.

NOW THEREFORE, good cause appearing, the Parties, by and through their respective counsel of record hereby stipulate and respectfully request the Court enter an order as continue the hearing on Epson's Motion to October 17, 2024, and resetting the briefing schedule as follows:

- Deadline for Global to file any Opposition to the Motion be set as September 26, 2024; and
- Deadline for Epson to file any Reply in Support of the Motion be set as October 3, 2024.

Dated: September 4, 2024              K&L GATES LLP

                                      By: /s/ Zachary T. Timm
                                          Christina N. Goodrich
                                          Zachary T. Timm
                                          Morgan T. Nickerson (admitted *pro hac vice*)

                                      Attorneys for Plaintiff
                                      Epson America, Inc.

Dated: September 4, 2024              MILORD LAW GROUP P. C.

                                      By: /s/ Milord A. Keshishian
                                          Milord A. Keshishian
                                          Kirstin A. Jensvold-Rumage

                                      Attorney for Defendant
                                      Global Aiptek Inc.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                      K&L GATES LLP

                                      By: /s/ Zachary T. Timm
                                          Zachary T. Timm