**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, <br><br> Defendant, | Case No. 8:23-cv-00222-FWS-DFM <br><br> *Hon. Fred W. Slaughter* <br><br> **ORDER RE STIPULATION TO CONTINUE HEARING DATE FOR THE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [55]** <br><br> Amended Complaint Filed: April 29, 2024 <br> Current Hearing Date: September 5, 2024 <br>　　　　　　　　　　　10:00 a.m. <br> New Hearing Date:　October 3, 2024 <br>　　　　　　　　　　　10:00 a.m. |

///

///

///

Having reviewed and considered the Joint Stipulation and Request for Order to Continue the Hearing on Plaintiff's Motion for Leave to File Second Amended Complaint, (Dkt. 55 ("Stipulation")), the files and records in this case, the applicable law, and for the good cause demonstrated in the Stipulation, the court, in its discretion, **ORDERS** the following:

1. The in-person hearing on the Motion for Leave to File a Second Amended Complaint (Dkt. 52, the "Motion") is **CONTINUED** to **October 17, 2024, at 10:00 a.m., in Courtroom 10D**.

2. Defendant's Opposition to the Motion is now due **on or before September 16, 2024**.

3. Plaintiff's Reply in support of the Motion is now due **on or before September 3, 2024**.

Dated: September 6, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE