Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klates.com
Morgan T. Nickerson (admitted pro hac vice)
morgan.nickerson@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Flr.
Los Angeles, CA 90067
T: (310) 552-5000
F: (310) 552-5001

*Attorneys for Plaintiff*
*Epson America, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>**NOTICE OF NO-OPPOSITION HAVING BEEN FILED IN RESPONSE TO EPSON AMERICA, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: October 17, 2024<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D] |

On August 8, 2024, Plaintiff Epson America Inc ("Epson" or "Plaintiff") filed its Motion for Leave to File a Second Amended Complaint (the "Motion"). (DE 52.) Thereafter, Defendant Global Aiptek Inc. ("Global" or "Defendant") requested an extension of its time to file its Opposition, if any, to Epson's Motion. Epson agreed and, on August 14, 2024, the Parties filed a Joint Stipulation and Request or Order to Continue the Hearing on Epson's Motion from September 5, 2024, to September 12, 2024, and additionally continue the briefing schedule. (DE 53.) On August 15, 2024, the Court granted the Parties' stipulation, and continued the hearing to October 3, 2024. (DE 54.)

Epson's counsel was unavailable to attend this new hearing date and, after meeting and conferring with Global, the Parties identified October 17, 2024 as the first date following October 3 on which counsel for both Parties were available. On September 4, 2024, therefore, the Parties submitted an additional stipulation to continue the hearing on Epson's Motion to October 17, continue Global's deadline to file any opposition to September 26, and continue Epson's deadline to file any reply to October 3. (DE 55.) On September 6, 2024, the Court granted the Parties' stipulation and continued the hearing on Epson's Motion to October 17, 2024. (DE 56.)

Global's time to file any opposition has now expired, with no opposition having been filed. Because Global as not filed any timely opposition, Global has waived its availability to oppose Epson's Motion. Any opposition filed after this time would be both untimely and prejudicial to Epson, and should be stricken as such.

Dated: October 3, 2024                              **K&L GATES LLP**

By: */s/ Zachary T. Timm*
Christina N. Goodrich
Zachary T. Timm
Morgan T. Nickerson (admitted *pro hac vice*)

Attorneys for Plaintiff
Epson America, Inc.

1
**NOTICE OF NO-OPPOSITION HAVING BEEN FILED IN RESPONSE TO EPSON AMERICA, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**