# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Epson America, Inc.,

Plaintiff(s)

v.

Global Aiptek Inc.,

Defendant(s)

CASE NUMBER:

8:23-cv-00222-FWS-DFMx

**MOTION RE: INFORMAL DISCOVERY DISPUTE**

The parties have requested an informal discovery conference with Magistrate Judge _____.
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required      ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge: Douglas F. McCormick

Date/Time: 10/16/2024 at 9:30AM

Courtroom: Telephonic

Dated: October 10, 2024

By: Jazmin Dorado for Nancy Boehme
Deputy Clerk