MILORD LAW GROUP, PC
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC.,<br>      Plaintiff,<br><br>vs.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>      Defendant, | Case No.: 8:23-cv-00222-FWS-DFM<br><br>*Hon. Fred W. Slaughter*<br><br>**[PROPOSED] ORDER GRANTING MILORD LAW GROUP P.C. AND ITS ATTORNEYS' NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR GLOBAL AIPTEK INC. D/B/A GAC TECHNOLOGY GROUP**<br><br>Date:     November 14, 2024<br>Time:     10:00 a.m.<br>Location: 411 W. 4th St.<br>             Santa Ana, CA 92701<br>             Courtroom 10D |

The Court having considered the motion of the law firm of Milord Law Group P.C., and its attorneys Milord A. Keshishian and Shirley Matcha, to withdraw as counsel for defendant Global Aiptek Inc. and finding good cause shown, hereby orders that:

Milord Law Group P.C. and its attorneys' motion to withdraw as counsel is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL