Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Kirstin A. Jensvold-Rumage, SBN 345916
kirstin@milordlaw.com
**MILORD LAW GROUP, P.C.**
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878

Attorneys for Defendant
Global Aiptek Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC., <br> Plaintiff, <br><br> vs. <br><br> GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, <br><br> Defendant, | Case No.: 8:23-cv-00222-FWS-DFM <br><br> *Hon. Fred W. Slaughter* <br><br> **PROOF OF SERVICE FOR MILORD LAW GROUP P.C. AND ITS ATTORNEYS' NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR GLOBAL AIPTEK INC. D/B/A GAC TECHNOLOGY GROUP** |

-1-
**PROOF OF SERVICE**

# GLOBAL PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 333 South Hope Street, Suite 4025, Los Angeles, CA 90071 and I am employed in the office of a member of the bar of this Court at whose direction this service was made on **October 17, 2024**, I served the following document(s) described as**: (1) Milord Law Group P.C.'s Motion for Leave to Withdraw as Counsel (2) Declaration of Milord A. Keshishian (3) Proposed Order (4) Proof of Service**

☐ **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Los Angeles, California addressed as set forth below.

☐ **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) at the address set forth below by PacTrack Messenger Service.

☐ **BY FEDERAL EXPRESS** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

☐ **BY FACSIMILE TRANSMISSION** as follows: I caused the above-referenced document(s) to be transmitted by facsimile to its intended recipient(s) at the following facsimile number(s) before 5:00 p.m.

☒ **BY ELECTRONIC MAIL (EMAIL) TRANSMISSION** as follows: I caused the above-referenced document(s), in .pdf format, to be transmitted by email pursuant to Rule 2.251 to its intended recipient(s) at the following email addresses set forth below:

| Frank Sheu | Global Aiptek Inc. |
|---|---|
| franksheu@hp-projector.com | franksheu@hp-projector.com |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **October 17, 2024** at Los Angeles, California.

☐ **STATE:** I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

_C. Meagan Ekaphan_
C. Meagan Ekaphan