**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175
Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP, <br><br> Defendant. | Case No.: 8:23-cv-00222-FWS-DFM <br><br> [Assigned to the Hon. Fred W. Slaughter, Courtroom 10D] <br><br> **FOURTH JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER** <br><br> Complaint Filed: February 6, 2023 <br><br> Second Amended Complaint Filed: October 18, 2024 <br><br> Current Trial Date: July 15, 2025 <br> New Trial Date: January 27, 2026 |

FOURTH JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER

Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. d/b/a GAC Technology Group ("Global") (jointly, the "Parties"), by and through their respective counsel, respectfully submit this Joint Stipulation and Request for Order Modifying the Trial Scheduling Order (Docket Entry ("DE") 50) with reference to the following facts:

WHEREAS, the Parties have previously jointly requested modification of the trial scheduling order on three occasions, which this Court granted on December 19, 2023 (DE 31), March 5, 2024 (DE 33), and August 5, 2024 (DE 50);

WHEREAS, Epson filed its Complaint in this matter on February 6, 2023, and Global filed its Answer on April 14, 2023;

WHEREAS, on April 26, 2024, this Court granted the Parties' joint stipulation to modify the scheduling order and grant Epson leave to file a First Amended Complaint (DE 35). Epson thereafter filed its First Amended Complaint on April 29, 2024 (DE 35);

WHEREAS, on October 17, 2024, this Court granted Epson's Motion for Leave to File Second Amended Complaint (DE 60), and Epson thereafter filed its Second Amended Complaint on October 18, 2024 (DE 61);

WHEREAS, one of the amendments in the Second Amended Complaint was to name GAC Technology Group as an independent defendant. Epson's initial and First Amended Complaint named Defendant Global as "Global Aiptek Inc. d/b/a GAC Technology Group." During discovery, however, Global asserted that it was a separate entity from GAC Technology Group and so Epson modified its pleadings to name each entity separately;

WHEREAS, Epson served Global with written discovery on May 2, 2023, Global served its responses on June 29, 2023, and the Parties subsequently conducted multiple meet and confer efforts regarding such responses and document productions, which included three informal discovery conference before the Magistrate Judge in this Action on September 28, 2023 (DE 28), June 12, 2024 (DE

43), and October 16, 2024 (DE 63);

WHEREAS, through those discovery efforts, the Parties were able to reach several agreements, including relating to a document collection and production method, as well as identifying several witnesses to sit for deposition (*see* Timm Decl., ¶ 6);

WHEREAS, despite these agreements numerous discovery issues remain outstanding, including due in part to the breakdown of the attorney-client relationship between Global and its counsel as set forth in Gobal's counsels' Motion to Withdraw as Counsel (DE 59);

WHEREAS, in addition to the outstanding discovery issues between Epson and Global, the newly named defendant GAC Technology Group needs to be afforded the opportunity to participate in discovery;

WHEREAS, fact-discovery in this matter is currently scheduled to close on November 14, 2024;

WHEREAS, this upcoming deadline affords GAC Technology Group little time to retain counsel, respond to the Second Amended Complaint, and participate in discovery;

WHEREAS, in light of the breakdown of the attorney-client relationship and subsequent motion to withdraw as counsel, Global also desires additional time to identify new counsel to replace its current counsel; and

WHEREAS, the Parties have met and conferred through their respective counsel, and have agreed that a continuance of the trial and associated dates is necessary. Such additional time will allow, *inter alia*, (1) GAC Technology Group to retain counsel and participate in discovery; (2) Global to retain new counsel; and (3) Epson to obtain all outstanding discovery from Global[1], as well as any potential

---

[1] The Parties have met and conferred on several outstanding discovery issues and appeared before the Magistrate Judge for an informal discovery conference on October 16, 2024, regarding such issues. (DE 63.) Due to the breakdown in

additional necessary discovery from GAC Technology Group.

NOW THEREFORE, good cause appearing, the Parties, by and through their respective counsel of record hereby stipulate and respectfully request the Court enter an order as follows:

1. The Fact-Discovery Cut-Off (including hearing of discovery motions) be continued until May 22, 2025;

2. The deadline for the Initial Designation of Expert Witnesses be continued until June 12, 2025;

3. The deadline for the Designation of Rebuttal Expert Witnesses be continued until June 26, 2025;

4. The Expert Discovery Cut-Off (including expert depositions) be set at July 10, 2025;

5. The Dispositive Motion Hearing Cut-Off be continued until August 28, 2025;

6. The Deadline to Complete Settlement Conference be continued until September 11, 2025;

7. The first round of Trial Filings be continued until October 16, 2025;

8. The second round of Trial Filings be continued until October 30, 2025;

9. The deadline for Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) be continued until November 6, 2025;

10. The Final Pre-Trial Conference and Hearing on Motions in Limine be continued until December 4, 2025, at 10:00 a.m.; and

---

relationship between Global and its counsel, however, the informal discovery process was unsuccessful, and Epson is preparing to submit a motion to compel pursuant to Local Rule 37. (Timm Decl., ¶¶ 6-7.)

3

FOURTH JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER

11. The Jury Trial be continued until January 27, 2026, at 8:30 a.m.

Dated: October 22, 2024      **K&L GATES LLP**

By: /s/ *Zachary T. Timm*
Christina N. Goodrich
Zachary T. Timm
Morgan T. Nickerson (admitted *pro hac vice*)

Attorneys for Plaintiff
Epson America, Inc.

Dated: October 22, 2024      **MILORD & ASSOCIATES, P. C.**

By: /s/ *Milord A. Keshishian*
Milord A. Keshishian
Kirstin Jensvold-Rumage

Attorney for Defendant
Global Aiptek Inc. d/b/a GAC Technology Group

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ *Zachary T. Timm*
Zachary T. Timm