**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175
Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP, <br><br> Defendant. | Case No.: 8:23-cv-00222-FWS-DFM <br><br> [Assigned to the Hon. Fred W. Slaughter, Courtroom 10D] <br><br> **DECLARATION OF ZACHARY T. TIMM IN SUPPORT OF JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER** <br><br> Complaint Filed:  February 6, 2023 <br> Second Amended <br> Complaint Filed:  October 18, 2024 <br><br> Current Trial Date:  July 15, 2025 <br> New Trial Date  January 27, 2026 |

**DECLARATION OF ZACHARY T. TIMM**

## DECLARATION OF ZACHARY T. TIMM

I, Zachary T. Timm, declare as follows:

1. I am an attorney at law duly licensed to practice before the Courts of the State of California and an associate with the law firm of K&L Gates LLP, counsel for Epson America. Inc. ("Epson").  I am one of the attorneys responsible for handling this action and I am personally familiar with the legal proceedings in this matter.  I am over the age of 18 years, have personal knowledge of the facts contained in this declaration, and if called as a witness, could and would testify competently to the truth of the facts stated herein.

2. I submit this Declaration in support of the Parties' Joint Stipulation and Request for Order Modifying the Trial Scheduling Order.

3. On May 2, 2023, Epson served its initial written discovery on Defendant Global Aiptek Inc. ("Global"), which the Parties agreed were deemed served on May 9, 2023.  On May 2, 2024, Epson served a second set of discovery requests on Global.

4. Following numerous meet and confer efforts on deficiencies within Global's responses to written discovery and document productions, the Parties held Telephonic Discovery Conferences with Magistrate Judge Douglas F. McCormick, on September 28, 2023, June 12, 2024, and October 16, 2024.

5. Through these meet and confer efforts, including the Informal Discovery Conferences, the Parties were able to reach numerous agreements with respect to the discovery disputes.  This included that Global agreed to use a specified list of search terms and collection and production protocols to gather and produce documents responsive to the first and second sets of requests for production of documents.  Global further agreed to produce three specifically identified witnesses for deposition.

6. Despite these agreements, discovery disputes remain.  This includes that, despite Epson's continuing attempts to obtain the documents pursuant to the Parties prior agreement, Global has not yet produced such documents.  Further, despite Epson having re-noticed the depositions of the three Global witnesses, they have thus far refused to sit

for such depositions. These ongoing discovery disputes were the subject of the Parties' October 16, 2024 Informal Discovery Conference. As part of the meet and confer efforts leading up to that conference, Global's counsel notified me that he intended to file a motion to withdraw as counsel for Global, citing a breakdown of the attorney-client relationship. My understanding is that breakdown has prevented Global's production of documents pursuant to the Parties' prior agreement, as well as causing additional difficulties and delays with respect to depositions and the Parties' attempts to resolve this action through settlement.

7. Because Epson was unable to obtain the outstanding discovery from Global despite Global's agreements to provide the same through the informal discovery process offered by the Magistrate Judge in this action, Epson is now preparing to proceed forward with a motion to compel. Epson also anticipates that additional discovery from the newly added defendant, GAC Technology Group, may become necessary. Epson now requires additional time to complete discovery in this action, including to obtain the documents and depositions Global had previously agreed to produce.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 22, 2024 in Los Angeles, California.

_____
Zachary T. Timm

2
**DECLARATION OF ZACHARY T. TIMM**