1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. | Case No.: 8:23-cv-00222-FWS-DFM |
| Plaintiff, | [Assigned to the Hon. Fred W. Slaughter, Courtroom 10D] |
| v. | **[PROPOSED] ORDER GRANTING FOURTH JOINT STIPULATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER** |
| GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, | |
| Defendant. | |
| | Complaint Filed: February 6, 2023 |
| | Second Amended Complaint Filed: October 18, 2024 |
| | Current Trial Date: July 15, 2025 |
| | New Trial Date: January 27, 2025 |

**[PROPOSED] ORDER**

Having considered Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. d/b/a GAC Technology Group ("Global"), (jointly, the "Parties") Joint Stipulation and Request for Order Modifying the Scheduling Order (the "Stipulation") and good cause appearing, **IT IS HEREBY ORDERED** that the dates set forth in the Court's Scheduling Order entered on August 5, 2024 (Docket Entry, 50) are modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact-Discovery Cut-Off (including hearing discovery motions) | November 14, 2024 | May 22, 2025 |
| Deadline for the Initial Designation of Expert Witnesses | December 5, 2023 | June 12, 2025 |
| Deadline for the Designation of Rebuttal Expert Witnesses | December 19, 2024 | June 26, 2025 |
| Expert Discovery Cut-Off (including expert depositions) | January 2, 2024 | July 10, 2025 |
| Dispositive Motion Hearing Cut-Off [Thursday]<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | February 13, 2025 | August 28, 2025 |
| Deadline to Complete Settlement Conference [Private Mediation] | February 27, 2025 | September 11, 2025 |
| Trial Filings (first round)<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and | April 3, 2025 | October 16, 2025 |

1
**[PROPOSED] ORDER**

| | | |
|---|---|---|
| Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | | |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | April 10, 2025 | October 30, 2025 |
| Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | April 17, 2025 | November 6, 2025 |
| Final Pre-Trial Conference & Hearing on Motions in Limine [Thursday at 8:30 a.m., at least 12 days before trial] | May 15, 2025 | December 4, 2025 |
| Jury Trial [Tuesday] | July 15, 2025 | January 27, 2026 |
| Parties' Estimated Trial Length | 4 days | 4 days |

Date: _____

                                          Honorable Fred W. Slaughter
                                          United States District Judge

**[PROPOSED] ORDER**