**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175
Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP, <br><br> Defendant. | Case No.: 8:23-cv-00222-FWS-DFM <br><br> [Assigned to the Hon. Fred W. Slaughter, Courtroom 10D] <br><br> **JOINT STIPULATION AND REQUEST FOR ORDER CONTINUING DEFENDANT GLOBAL AIPTEK, INC.'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT TO ALIGN WITH DEFENDANT GAC TECHNOLOGY GROUP'S DEADLINE** <br><br> Second Amended Complaint Filed:  October 18, 2024 <br> Current Response:  November 1, 2024 <br> Proposed New Response:  January 27, 2025 |

Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. ("Global") by and through their respective counsel, respectfully submit this Joint Stipulation and Request for Order Continuing Global's Deadline to Respond to the Second Amended Complaint from November 1, 2024, to January 27, 2025, to align it with Defendant GAC Technology Group's deadline to respond to the same with reference to the following facts:

WHEREAS, on October 17, 2024, this Court granted Epson's Motion for Leave to File Second Amended Complaint (DE 60);

WHEREAS, Epson filed its Second Amended Complaint on October 18, 2024 (DE 61);

WHEREAS, Global was served with the Second Amended Complaint on October 18, 2024, through the CM/ECF system;

WHEREAS, newly named Defendant GAC Technology Group ("GAC") is a foreign entity;

WHEREAS, GAC's President and Chief Executive Officer, Frank Sheu, executed a waiver of service on behalf of GAC on October 29, 2024 (DE 68);

WHEREAS, GAC's deadline to respond to the Second Amended Complaint, therefore, is January 27, 2025;

WHEREAS, Global and GAC are related entities, and Mr. Sheu is the President and Chief Executive Officer of both;

WHEREAS, the Parties have met and conferred, through counsel, regarding the case schedule, including each of Defendants' deadlines to respond to the Second Amended Complaint, and have agreed to align such deadlines with one another, including, *inter alia*, because Mr. Sheu is the President and Chief Executive Officer for both Defendants;

WHEREAS, the Parties have agreed, therefore, to request an order from this Court continuing Global's deadline to respond to the Second Amended Complaint to align with GAC's deadline of January 27, 2025;

WHEREAS, Epson and Global previously filed a stipulation requesting an order to modify the current case schedule, including due to the addition of GAC as a new Defendant (DE 64);

WHEREAS, Epson and Global currently believe that newly requested schedule, including the requested May 22, 2025 fact-discovery cut-off, are still sufficient and appropriate given GAC's January 27, 2025 response deadline (and request to continue Global's deadline to the same date);

WHEREAS, subsequent to Epson filing its Second Amended Complaint, the Parties have re-engaged in settlement discussions through counsel, including exchanging additional drafts of a settlement agreement;

WHEREAS, Global's counsel's motion to withdraw as counsel is scheduled for hearing on November 14, 2024, with a Reply brief due October 31, 2024;WHEREAS, given recent progress, Global and its current counsel desire additional time to try and resolve this matter through settlement prior to additional action being taken on Global's counsel's motion; and

WHEREAS, the Parties have agreed, therefore, to request an Order extending the briefing schedule to allow Global's counsel to file its Reply brief by November 7, 2024, and for the Motion to be heard on November 21, 2024, with the Parties to promptly inform the Court if settlement is reached and such hearing is no longer necessary.

NOW THEREFORE, good cause appearing, the Parties, by and through their respective counsel of record hereby stipulate and respectfully request the Court enter an order:

1) Continuing Global's deadline to respond to the Second Amended Complaint to January 27, 2025, in order to align it with GAC's deadline; and

2) Continuing Global's counsel's deadline to file a Reply in support of their motion to withdraw as counsel to November 7, 2024, with the hearing on

1  such Motion being se-set for November 21, 2024.

Dated: October 31, 2024        **K&L GATES LLP**

By:  */s/ Zachary T. Timm*
    Christina N. Goodrich
    Zachary T. Timm
    Morgan T. Nickerson (admitted *pro hac vice*)
    *Attorneys for Plaintiff*
    *Epson America, Inc.*

Dated: October 31, 2024        **MILORD & ASSOCIATES, P. C.**

By:  */s/ Milord A. Keshishian*
    Milord A. Keshishian
    Kirstin Jensvold-Rumage
    *Attorney for Defendant*
    *Global Aiptek Inc. d/b/a GAC Technology Group*

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By:  */s/ Zachary T. Timm*
    Zachary T. Timm