UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ORDER CONTINUING DEFENDANT GLOBAL AIPTEK, INC.'S DEADLINE TO RESPOND TO SECOND AMENDED COMPLAIN TO ALIGN WITH DEFENDANT GAC TECHNOLOGY GROUP'S DEADLINE**<br><br>Second Amended<br>Complaint Filed:      October 18, 2024<br><br>Current Response:   November 1, 2024<br><br>Proposed New<br>Response:                  January 27, 2025 |

**ORDER**

Having considered Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc.'s ("Global") Joint Stipulation and Request for Order Continuing Global's Deadline to Respond to the Second Amended Complaint and good cause appearing, **IT IS HEREBY ORDERED** that:

1) Global's deadline to respond to the Second Amended Complaint is continued to January 27, 2025, in order to align it with newly named Defendant GAC Technology Group's deadline; and

2) The hearing on Global's counsel's Motion to Withdraw as Counsel is continued from November 14, 2024, to November 21, 2024, and the any Reply brief shall be filed by November 7, 2024.

Date: November 1, 2024

Honorable Fred W. Slaughter
United States District Judge

1
**ORDER**