|   |   |
|---|---|
| 1 | Milord A. Keshishian, SBN 197835 |
| 2 | milord@milordlaw.com |
|   | 333 South Hope Street, Suite 4025 |
| 3 | Los Angeles, California 90071 |
|   | Tel: (310) 226-7878 |
| 4 | Fax: (310) 226-7879 |
| 5 | Attorney for Defendant |
|   | Global Aiptek |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EPSON AMERICA, INC., | Case No.: 8:23-cv-00222-FWS-DFM |
|---|---|
| Plaintiff, |  |
|  | Hon. Honorable Fred W. Slaughter |
| vs. |  |
|  | **MILORD LAW GROUP P.C. REPLY IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR GLOBAL AIPTEK INC** |
| GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, |  |
| Defendant. |  |
|  | Date: November 14, 2024 |
|  | Time: 10:00 a.m. |
|  | Location: 411 W. 4th St. |
|  | Santa Ana, CA 92701 |
|  | Courtroom 10D |

**REPLY BRIEF IN SUPPORT OF MOTION TO WITHDRAW**

In view of ongoing settlement discussions and exchange of draft agreements, attorneys for Defendant Global Aiptek, Inc. request the court to allow an extension of two weeks to file a Reply Brief in Support of Motion to Withdraw.

Dated:  November 7, 2024				Respectfully submitted,

						By:  /s/ Milord A. Keshishian
						Milord A. Keshishian
						Attorney for Defendant
						Global Aiptek, Inc.

MILORD LAW GROUP, PC
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

-1-
**REPLY BRIEF IN SUPPORT OF MOTION TO WITHDRAW**