UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:23-cv-00222-FWS-DFM  Date: December 17, 2024
Title: Epson America, Inc. v. Global Aiptek Inc., *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: ORDER EXTENDING DEADLINE FOR DEFENDANT GLOBAL AIPTEK INC. TO SUBSTITUTE COUNSEL BEFORE ENTRY OF DEFAULT**

Plaintiff Epson America, Inc. ("Epson") brings this false advertising and unfair competition action against Defendant Global Aiptek Inc. ("Global") and Defendant GAC Technology Group ("GAC"). (*See generally* Dkt. 61 ("SAC").) On November 12, 2024, the court issued an order granting a motion to withdraw as counsel for Global. (Dkt. 73 ("Order").) In the Order, the court noted that Local Rule 83-2.2.2 prohibits entities from representing themselves, and thus Global must be represented by counsel. (*Id.* at 4-5.) The court ordered Global to obtain replacement counsel by December 16, 2024. (*Id.* at 5.) The court also advised Global of the potential consequences of failing to obtain representation, stating "[i]f Global fails to obtain replacement counsel, Plaintiff may move the court for appropriate relief, including entry of default or striking any responsive pleading Global has filed and entering default." (*Id.* at 5.) Based on the record, Defendant has failed to obtain substitute counsel by the December 16, 2024, deadline. (*See generally* Dkt.)

However, the court observes that Global and GAC's deadline to respond to the SAC is not until January 27, 2025. (*See* Dkt. 71.) Accordingly, the court **EXTENDS** the deadline for Global to obtain replacement counsel to and including **January 27, 2025**. If Global does not obtain replacement counsel and file an appropriate responsive pleading or seek other appropriate relief on or before **January 27, 2025**, the court may enter default against Global

___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:23-cv-00222-FWS-DFM | Date: December 17, 2024 |
| Title: Epson America, Inc. v. Global Aiptek Inc., *et al.* | |

without further notice.  *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.").

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  mku