# EXHIBIT A

HP Hewlett Packard Group LLC
10300 Energy Drive
Spring, TX 77389
USA

hp.com



July 14, 2021

For the attention of the customs authorities of the United States of America, and to whom it may concern:

HP Inc. ("HP"), via its affiliated entities, has rights and licenses in respect of various trademarks registered in various countries around the world, including in the United States, for the letters "HP" and the logo.

This letter confirms that **Global Aiptek Corp, currently doing business as GT Technology Chongqing Limited** (hereinafter, "**GAC**"), which has a principal place of business at Techsoon Technology Park, Mingtao First Road Middle Section, Changshou District, Chongqing City, China, has signed an agreement (the "Business Agreement") with HP for the marketing, sale, promotion, and distribution of **Projector products** (the "HP Products").  In connection with its authorized business activities pursuant to the Business Agreement, GAC distributes HP Products in the United States via its authorized distributor:

**Global Aiptek Inc.**
Corporate Address:  2911,  N  Cicero Ave, Chicago IL 60641
Contact:  franksheu@globalaiptek.com

In connection with and pursuant to the terms of the Business Agreement, this letter confirms that, as of the date hereof, **GAC** and **Global Aiptek Inc.**  have HP 's authorization to import, export, distribute, and sell the HP Products into and out of the U.S., except as prohibited by U.S. export laws and to the following excluded countries below:

**Exclusion:**  Shipment of HP Brand products to Cuba, Iran, North Sudan (Khartoum), North Korea, Syria, or the Crimea region of Ukraine by GAC or its distributors or resellers is not permitted.

This confirmation letter applies only to the HP Products, is solely for the purpose stated immediately above, and is valid through December 31, 2024, or the termination of the Business Agreement, whichever occurs first.  HP may withdraw this confirmation, at its sole discretion, upon written notice.

If you have any questions, please contact Gloria Huang at +886 2 3789 6568.

Sincerely,

HP Hewlett Packard Group LLC

*Randall J. Collins*

Randall J. Collins
Authorized Signatory