# EXHIBIT D

       

# Portable Projectors

Filter ▼                                                             Sort by:   Price (lowest first)

Showing 1-8 of 8                                                              ◀  Page 1 of 1  ▶

### EX3280 Projector

🕒 Save $100 Today

**OUR PRICE:**          **AFTER 20% SAVINGS:**
$499.99                 $399.99                                    ★★★★★ (10)

**WHERE TO BUY** ▶



### Pro EX7280 Projector

**OUR PRICE:**
$699.99                                                            ☆☆☆☆☆ (0)

**WHERE TO BUY** ▶

### PowerLite 1780W Wireless WXGA 3LCD Projector



OUR PRICE:

**$749.99**

★★★★★ (16)

REQUEST MORE INFO ▶

### PowerLite 1781W Wireless WXGA 3LCD Projector



OUR PRICE:

**$799.99**

★★★★½ (40)

REQUEST MORE INFO ▶

### Pro EX9240 Projector



OUR PRICE:

**$849.99**

★★★★½ (15)

WHERE TO BUY ▶



### PowerLite 1785W Wireless WXGA 3LCD Projector

OUR PRICE:

**$944.99**

★★★★★ (0)

REQUEST MORE INFO ▶



### PowerLite 1795F Wireless Full HD 1080p 3LCD Projector

OUR PRICE:

**$1,049.99**

★★★★★ (14)

REQUEST MORE INFO ▶



### Pro EX11000 Full HD 1080p Laser Projector

OUR PRICE:

**$1,299.99**

★★★★★ (0)

WHERE TO BUY ▶

Filter

Sort by: Price (lowest first)

Showing 1-8 of 8        ◀ Page 1 of 1 ▶

Products

Support

Shop Epson

Company

## Stay Connected with Epson

Email Address* (required)

Enter email address

Country* (required)

United States

☐ Opt-in for promotional emails* (required)

By submitting my information, I agree that it will be handled in accordance with the Epson Privacy Policy, and I authorize Epson to send me marketing communications about Epson products and services. I understand that I can unsubscribe at any time. By using the Epson website, I agree to the Epson Terms of Use and Privacy Policy.

Sign Up ▶



© 2025 Epson America, Inc.    Terms of Use    Accessibility    CA Supply Chains Act    CA Privacy Rights    Cookie Settings

Privacy Policy    Your Privacy Choices