# EXHIBIT E

    

# Large Venue Projectors

Filter ▼

Sort by: Top Rated

Showing 1-3 of 3    ◀ Page 1 of 1 ▶



### EB-PQ2220B 4K 3LCD Laser Projector

REQUEST MORE INFO ▶



### EB-PU2120W Large Venue 3LCD Laser Projector

READ MORE INFO ▶



## EB-PU2220B Large Venue 3LCD Laser Projector



**READ MORE INFO** ▶

---

Filter ▼

Sort by:  Top Rated

Showing 1-3 of 3       ◀ Page 1 of 1 ▶

Products ⌄

Support ⌄

Shop Epson ⌄

Company ⌄

## Stay Connected with Epson

Email Address* (required)

[ Enter email address ]

Country* (required)

[ United States ⌄ ]

☐ Opt-in for promotional emails* (required)

By submitting my information, I agree that it will be handled in accordance with the Epson Privacy Policy, and I authorize Epson to send me marketing communications about Epson products and services. I understand that I can unsubscribe at any time. By using the Epson website, I agree to the Epson Terms of Use and Privacy Policy.

Sign Up ▶



© 2025 Epson America, Inc.  Terms of Use   Accessibility   CA Supply Chains Act   CA Privacy Rights   Cookie Settings

Privacy Policy   Your Privacy Choices