Michael N. Cohen (SBN 225348)
mcohen@cohenip.com
Vikram Amritraj (SBN 321584)
vamritraj@cohenip.com
COHEN IP LAW GROUP P.C.
9025 Wilshire Blvd., Suite 301
Los Angeles, California 90049
Tel: (310) 288-4500
Fax: (310) 246-9980

Attorneys for Defendant
Global Aiptek Inc. dba GAC Technology Group

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPSON AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, <br><br> Defendant, | Case No.: 8:23-cv-00222-FWS-DFM <br><br> **DECLARATION OF MICHAEL N. COHEN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> Date: February 25, 2025 <br> Time: 10:00 a.m. <br> Location: Courtroom 10D, Santa Ana |

**REQUEST FOR JUDICIAL NOTICE**

## DECLARATION OF MICHAEL N. COHEN

I, Michael N. Cohen, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and principal of Cohen IP Law Group P.C., counsel of record for Defendant Global Aiptek, Inc. ("Global"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. On or around late April of 2024, prior counsel for Global, Milord A. Keshishian, reviewed Plaintiff Epson's proposed Second Amended Complaint ("2AC"). Keshishian stipulated to allow Epson to amend its complaint, and reviewed the proposed 2AC. Keshishian suggested certain edits, including removal of specific allegations of trademark infringement and references to "misbranding" under the HP trademark. The edits were not adopted by Epson, and the parties stipulated to the filing.

3. On October 23, 2024, Keshishian sent a request to Epson's counsel to meet and confer pursuant to L.R. 7-3 in anticipation of Global's Motion to Dismiss the Second Amended Complaint, including a letter outlining Global's anticipated arguments.

4. On October 29, 2024, the parties' counsel met and conferred by phone. Though the parties attempted to narrow the issues in good faith, no resolution was reached.

5. On November 11, 2024, Dkt. 73, this Court granted Keshishian's, motion to withdraw. On December 17, 2024, Dkt. 74, current counsel, Michael N. Cohen, filed his Notice of Appearance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of January, 2025, in Beverly Hills, California.

/s/ Michael N. Cohen
Michael N. Cohen
Attorney for Defendant
Global Aiptek Inc.