# EXHIBIT D

| | |
|---|---|
| **From:** | Kirstin Jensvold-Rumage |
| **To:** | Nickerson, Morgan T.; Timm, Zach T. |
| **Cc:** | Marlen Millan-Osuna; Milord Keshishian; Emily Mifflin |
| **Subject:** | RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu |
| **Date:** | Tuesday, October 31, 2023 9:22:14 AM |
| **Attachments:** | image001.jpg |

**This Message Is From an External Sender**
This message came from outside your organization.

Good morning, Morgan—

I checked in with our client on the status of the documents; I will let you know when we have a date certain when they can be produced, likely later this week or early next.

Those terms are fine.

As for a deposition—I provided you with dates in November and received no response. I am assuming the dates we provided don't work for you? As I wrote previously, our client is not available for an in-person deposition until January 16, 2024, however, he will be in Los Angeles that day, so if you do prefer an in-person deposition, January 16 is the soonest possible date. I will ask him about additional deposition dates in late November and mid-December.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONFIDENTIALITY NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination,

replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

---

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Tuesday, October 31, 2023 8:21 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hi Kirstin,

Thank you for agreeing to provide the documents. As it is already Tuesday, when do you plan to produce the same?

As for search terms, we propose the following:

- CC200
- BP5000
- CC500
- MP250
- MP2000PRO
- ANSI
- ANSI lumen(s)
- Lumen(s)
- Laser source lumen(s)
- Optical source lumen(s)
- Illuminate(s)
- Brightness
- Bright
- Luminous flux brightness
- Dim
- Not bright
- Light output
- Light source
- Broken
- Change
- Amazon
- HP
- Bhphoto
- O'Rourke
- Walmart
- Test Report
- GT Technology Chongqing Limited
- Purchase

- Bought
- Complaint
- Warranty
- Epson

Kindly let us know your thoughts on the same.   Can you provide some dates for a deposition in late November or mid-December?  We can discuss whether it makes sense to conduct the deposition remotely or in person depending on Mr. Sheu's availability.

Best,
Morgan

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Thursday, October 26, 2023 1:40 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hi Morgan,

Yes.  Our client will provide the testing results you requested, an updated sales sheet with costs, and an additional agreement.  He informed us today that he will be able to prepare those this weekend, so we should be able to provide them by next week.

For the review of our clients' emails—please provide a set of terms that you would like us to search that are related to the requests noted in your letter.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

************************CONFIDENTIALITY NOTICE***********************

The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Thursday, October 26, 2023 10:31 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hi Kristin,

Will you be able to collect and produce documents responsive to Epson's requests before November 8?

Thanks,
Morgan

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Thursday, October 26, 2023 1:28 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hi Morgan and Zach,

Our client is available for a remote deposition November 8th or 22nd at 10:30am CDT.
His next in person availability for a deposition is January 16, 2024.
Please provide a final date that works for you.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law

Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
[www.milordlaw.com](www.milordlaw.com)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONFIDENTIALITY NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Emily Mifflin <emily@milordlaw.com>
**Sent:** Thursday, October 12, 2023 9:11 AM
**To:** 'Nickerson, Morgan T.' <Morgan.Nickerson@klgates.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hello Morgan,

I'll ask the client what days he is available for an in-person or remote deposition in early November and revert.

Most sincerely,
Emily Mifflin
Litigation Paralegal

**Please note our new office address below and update your records.**

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
[www.milordlaw.com](www.milordlaw.com)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONFIDENTIALITY NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this electronic message and attachments, if any, are intended solely for

the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Thursday, October 12, 2023 6:56 AM
**To:** Emily Mifflin <emily@milordlaw.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hi Emily,

I cannot make those dates work as I have Court hearings scheduled. How does early November look for an in-person or remote deposition?

Best,
Morgan

**From:** Emily Mifflin <emily@milordlaw.com>
**Sent:** Tuesday, October 10, 2023 2:42 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hello Morgan,

Our client is available for an in-person deposition on October 24th and 25th.

Most sincerely,
Emily Mifflin
Litigation Paralegal

**Please note our new office address below and update your records.**

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025

Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONFIDENTIALITY NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Tuesday, October 10, 2023 10:29 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hi Kristin,

The below email is a bit ambiguous. Can you kindly provide dates that your client will be available in person and dates that your client may be available via video.

Thanks,
Morgan

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Wednesday, October 04, 2023 8:05 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hello,

Following up on the dates I provided for our client's deposition. Let us know if either works.
Our client will be flying in, and we would like to be able to provide him with a concrete date sooner than later.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
[www.milordlaw.com](www.milordlaw.com)

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Kirstin Jensvold-Rumage
**Sent:** Friday, September 22, 2023 9:59 AM
**To:** 'Nickerson, Morgan T.' <Morgan.Nickerson@klgates.com>; 'Timm, Zach T.' <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hello Morgan and Zack,

Our client just learned that he will not be available for the deposition until October 24th and 25th. Please advise if either date will work for your team.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law

Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
[www.milordlaw.com](www.milordlaw.com)

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

---

**From:** Kirstin Jensvold-Rumage
**Sent:** Tuesday, September 12, 2023 12:06 PM
**To:** 'Nickerson, Morgan T.' <Morgan.Nickerson@klgates.com>; 'Timm, Zach T.' <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hi Morgan—

Correcting my last email—Mr. Sheu is available only Oct 19 and 20 for an in-person deposition. Apologies for the multiple emails.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

**Please note our new firm name and office address below and update your records.**

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879

www.milordlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONFIDENTIALITY NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Kirstin Jensvold-Rumage
**Sent:** Tuesday, September 12, 2023 11:23 AM
**To:** 'Nickerson, Morgan T.' <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hi Morgan,

Mr. Sheu is available for an in-person deposition between Oct. 18-20. Let us know if any of those dates work.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

**Please note our new firm name and office address below and update your records.**

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONFIDENTIALITY NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this electronic message and attachments, if any, are intended solely for

the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

---

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Tuesday, September 12, 2023 8:37 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hi Kristin,

These dates do not work due to a prior commitment. Do you have dates in early October that he is available for deposition?

Thanks,
Morgan

---

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Tuesday, August 29, 2023 1:44 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu



Hi Morgan,

Yes, our client intends to complete production by 9/8, as previously agreed.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

**Please note our new firm name and office address below and update your records.**

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

*************************CONFIDENTIALITY NOTICE***********************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Tuesday, August 29, 2023 10:33 AM
**To:** Emily Mifflin <emily@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Cc:** Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

And do you still intend to make the entirety of your document production on or before September 1?

Thanks,
Morgan

**From:** Emily Mifflin <emily@milordlaw.com>
**Sent:** Tuesday, August 29, 2023 1:29 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Cc:** Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hello Morgan,

Mr. Sheu is available for a remote deposition on September 26th and 27th. He is available for an in-person session on September 29.

Most sincerely,
Emily Mifflin
Litigation Paralegal

**Please note our new office address below and update your records.**

Milord & Associates, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

---

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Monday, August 28, 2023 7:22 AM
**To:** Emily Mifflin <emily@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Cc:** Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Emily,

Is Mr. Sheu available in person on these dates? If not, can you provide dates that he is available in person?

Thanks,

Morgan

**From:** Emily Mifflin <emily@milordlaw.com>
**Sent:** Friday, August 25, 2023 5:06 PM
**To:** Timm, Zach T. <Zach.Timm@klgates.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Cc:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hello Zach,

Mr. Sheu is available on September 26th and 27th as well. Please let us know if either of these dates work for you.

Most sincerely,
Emily Mifflin
Litigation Paralegal

**Please note our new office address below and update your records.**

Milord & Associates, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Timm, Zach T. <Zach.Timm@klgates.com>
**Sent:** Thursday, August 24, 2023 10:43 AM

**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Cc:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Thank you, Kirstin.



**Zach Timm**
K&L Gates LLP
10100 Santa Monica, Blvd.
8th floor
Los Angeles, CA 90067
Phone: 310-552-5554
Fax: 310-552-5001
zach.timm@klgates.com
www.klgates.com

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Thursday, August 24, 2023 9:47 AM
**To:** Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>; Milord Keshishian <milord@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu


Hi Zach,

We will check with our client and revert.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

**Please note our new firm name and office address below and update your records.**

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza

333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com


*************************CONFIDENTIALITY NOTICE************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Timm, Zach T. <Zach.Timm@klgates.com>
**Sent:** Wednesday, August 23, 2023 1:48 PM
**To:** Milord Keshishian <milord@milordlaw.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Emily Mifflin <emily@milordlaw.com>
**Cc:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>; Marlen Millan-Osuna <marlen@milordlaw.com>
**Subject:** Epson v. Global Aiptek Inc. d/b/a GAC Technology Group - Deposition of F. Sheu

Hi,

You had previously provided 9/22 as a potential date for the deposition of Mr. Sheu. Unfortunately that date does not work on our end. Can you please provide us with another couple of options?

Thank you,
Zach




**Zach Timm**
K&L Gates LLP
10100 Santa Monica, Blvd.
8th floor
Los Angeles, CA 90067
Phone: 310-552-5554
Fax: 310-552-5001
zach.timm@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Zach.Timm@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Zach.Timm@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.