# EXHIBIT G

| | |
|---|---|
| **From:** | Nickerson, Morgan T. |
| **To:** | Kirstin Jensvold-Rumage |
| **Cc:** | Timm, Zach T.; Milord Keshishian; Lefkowitz, Shaina M.; Devon Esguerra; Marlen Millan-Osuna; Barnes, Marvis A. |
| **Subject:** | RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference |
| **Date:** | Tuesday, June 25, 2024 6:38:59 AM |

Kirstin,

We are locked in for the Frank and Khozema deposition dates. We will send notices shortly.

As for Allen, July 19 or 22 do not work. Would July 24 or 25 work for the remote deposition?

Thanks,
Morgan

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Thursday, June 13, 2024 4:39 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; Milord Keshishian <milord@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>; Devon Esguerra <Devon@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

**This Message Is From an External Sender**
This message came from outside your organization.

Following up my previous email to correct an error: confirming depositions in Los Angeles *July* 17-18 for Frank and Khozema.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com


*************************CONFIDENTIALITY NOTICE*************************

The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Kirstin Jensvold-Rumage
**Sent:** Thursday, June 13, 2024 1:31 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; Milord Keshishian <milord@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>; Devon Esguerra <Devon@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Hi Morgan,

Confirming deposition dates—as discussed in our letter to the court, our client confirmed Monday that he and Khozema will be in Los Angeles June 17-18 for in person depositions—his deposition on the 18th, and Khozema's on the 17th.
Allen just confirmed that he would prefer a deposition on either July 19 or 22—please let us know if either of those dates work for you.

We would prefer to host the depositions in your Century City, Los Angeles office, rather than Irvine.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any

persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Kirstin Jensvold-Rumage
**Sent:** Thursday, June 6, 2024 10:55 AM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; Milord Keshishian <milord@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>; Devon Esguerra <Devon@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Hi Morgan,

We can confirm the July 17, 2024, deposition of Frank Sheu here in Los Angeles. The June date will not work for Khozema. Frank is traveling to LA specifically on the 17th for this deposition, so I am not sure if having his deposition on the 18th will work. We will check in again with our client and revert with specific dates once they are confirmed.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>

**Sent:** Thursday, June 6, 2024 5:45 AM
**To:** Milord Keshishian <milord@milordlaw.com>
**Cc:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>; Devon Esguerra <Devon@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Good morning Milord,

I am following up on the below to confirm that these dates remain viable.  Please confirm.

Best,
Morgan

---

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Thursday, May 30, 2024 10:42 AM
**To:** Milord Keshishian <milord@milordlaw.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Good morning Milord,

On May 10th we sent the following deposition notices:

1. Notice of Depo. Of K. Ali on June 26th at K&L Gates Chicago Officer
2. Notice of Depo. of A. Steinberg on July 10th at K&L Gates NY Office; and
3. 30(b)(6) Depo. Notice on July 17th at K&L Gates LA Office.

Kindly let me know if you need the sent again.  We also stated that we were open to other dates if these did not align for you and the deponent. Each deposition is to be taken in person in the city that the deponent was located in order to avoid travel expenses.

Though Kristin confirmed  on May 8th that "Frank is available for a deposition in Los Angeles July 17-18" she then confirmed K. Ali's availability for the same day in the LA office. We need clarity and confirmation whether you are requesting that both Frank and K. Ali are deposed on the same day. If that is the case, we will need to agree on a  different date as we will not be taking the deposition of both Frank and K. Ali on the same day.

As for A. Steinberg, you have not provided adequate reasons that his deposition must be by remote means. We are willing to travel to him and conduct the deposition in person. We are not asking that he travel.  You allege that A. Steinberg does not have relevant information, however, during Frank's deposition he specifically stated that Allen is a salesperson whose responsibilities include communicating with distributors and retailers

regarding the products. This information is relevant to our claims and GAC's defenses.

We plan to amend the deposition notices of K. Ali and Frank, pursuant to your request that K. Ali be deposed in LA, and propose that K. Ali be deposed on the 17th and Frank on the 18th. We will continue to notice A. Steinberg's deposition for July 10th at the K&L Gates Office in NY.

Regards,
Morgan

---

**From:** Milord Keshishian <milord@milordlaw.com>
**Sent:** Wednesday, May 29, 2024 7:33 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Morgan:

Kirstin broke her arm and she's out until next week. She has been communicating with the client and provided you in person deposition dates for the two individuals who have relevant testimony. You're insisting on taking Allen's deposition and she's communicated that he doesn't have relevant information and proposed a video deposition—to avoid travel expenses—so you can confirm same.

Please send deposition notices with the already confirmed dates.

Best,

Milord

---

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Wednesday, May 29, 2024 8:04 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Milord Keshishian <milord@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Milord,

I see that Kirstin is out of the office. Can you kindly provide an update on this today or tomorrow?

Thanks,

Morgan

---

**From:** Nickerson, Morgan T.
**Sent:** Wednesday, May 29, 2024 10:59 AM
**To:** 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** 'Milord Keshishian' <milord@milordlaw.com>; 'Marlen Millan-Osuna' <marlen@milordlaw.com>; 'Devon Esguerra' <Devon@milordlaw.com>; 'Meagan Ekaphan' <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Hi Kirstin,

I am still awaiting a response to the below. We need to lock in all these deposition dates.

Thanks,
Morgan

---

**From:** Nickerson, Morgan T.
**Sent:** Thursday, May 16, 2024 12:26 PM
**To:** 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Milord Keshishian <milord@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Hi Kirstin,

For Allen, what is the reason that he is only available via zoom? I would like to take his deposition in person and I am willing to travel to New York where he is located to do so.

Best,
Morgan

---

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Thursday, May 16, 2024 12:10 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Milord Keshishian <milord@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Hi Morgan,

We received confirmation that Khozema can be available to be deposed in LA on July 17

as well.
For Allen—he is available for a video deposition only. The day proposed works for him.

We will revert back on the ESI protocol stipulation once we hear from our client.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
[www.milordlaw.com](www.milordlaw.com)


*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Wednesday, May 15, 2024 5:14 PM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Milord Keshishian <milord@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Hi Kirstin,

As to your other points, we have been asking for deposition dates for well over a month.  If these dates do not work, kindly let us know as soon as possible.  If we do not hear alternative dates within the next seven days, we will start take make our travel plans assuming that the noticed dates work.

As for the ESI protocol, if you believe it is one-sided, please edit however you see fit.  We sent the proposal some time ago and you have refused to engage in any negotiation as to terms whatsoever.  If you are refusing to collect and review from the custodians we requested, kindly let us know as

soon as possible so we may get the issue in front of the Court. We obviously need the documents ***before*** the upcoming deposition. Similarly, if you still maintain that the defendant can self-collect and review for responsive documents, kindly let us know as soon as possible so that we can likewise get that issue in front of the Court.

I am happy to conduct a further meet and confer on these issues during tomorrow's call.

Best,
Morgan

---

**From:** Nickerson, Morgan T.
**Sent:** Tuesday, May 14, 2024 6:36 PM
**To:** 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** Milord Keshishian <milord@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

This looks fine to me. Zach does it look ok to you?

Best,
Morgan

---

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Tuesday, May 14, 2024 3:39 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** Milord Keshishian <milord@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Hi Morgan,

We are available after 1pm PST on Thursday for the call—please see attached stipulation for your review and approval.
We sent our client the depo notices and will let you know when we hear back on Khozema and Allen's availability. I just followed up and will let you know when we know.

We are still reviewing the ESI proposal, as the draft your office provided is one-sided and essentially only applies to our client's production of documents and what you believe our client owes you, though we note that your client has still refused to produce numerous documents requested—including a single email or communication. I also don't think this ESI agreement addresses the essential dispute between us—how searches of email communications are conducted.

We are getting our client's opinion on the ESI agreement and will provide it soon.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Friday, May 10, 2024 9:51 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** Milord Keshishian <milord@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Hannah Chacko <hannah@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Yes – we will stipulate to an extra week. What time next Thursday would work for a call?

When can I expect to hear back from you on the discovery / document collection issues we raised as well as the ESI proposal that we sent? Of course, we'd prefer not to involve the Court with the same. We also set deposition dates in LA, NY, and Chicago. If those dates do not work, kindly let me know by the end of next week so I can plan travel accordingly.

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Thursday, May 09, 2024 9:10 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>

**Cc:** Milord Keshishian <milord@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Hannah Chacko <hannah@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Hello Morgan,

The Local Rules require that the parties meet and confer at least 7 days before the motion/answer is due.  Considering the complexity of the issues we present, 5 days including a weekend is too short to draft the motion.

Would you be willing to stipulate to an extra week for us to file the motion? If so, we are amenable to the conference on Thursday 5/16.  Otherwise, please indicate if one of your co-counsel is available for a call before Tuesday 5/14.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Thursday, May 9, 2024 11:15 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** Milord Keshishian <milord@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Hannah Chacko <hannah@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Barnes, Marvis A. <Marvis.Barnes@klgates.com>
**Subject:** RE: GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Hi Kirstin,

I am traveling the beginning of next week.  As such, would a call on Thursday work for you and your team?

Best,
Morgan

---

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Wednesday, May 08, 2024 2:26 PM
**To:** Timm, Zach T. <Zach.Timm@klgates.com>; Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Goodrich, Christina N. <Christina.Goodrich@klgates.com>
**Cc:** Milord Keshishian <milord@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Devon Esguerra <Devon@milordlaw.com>; Hannah Chacko <hannah@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>
**Subject:** GLO23-002L: Epson v. Global Aiptek - Request for LR 7-3 Conference

Re:      *Epson America, Inc. v. Global Aiptek Inc. d/b/a GAC Technology Group*
         United States District Court, Central District of California
         Case No.:  8:23-CV-00222-FDS-DFM
         Our Ref.:  GLO23-002L

Dear Counsel,

We transmit the attached letter pursuant to L.R. 7-3 to request a conference of counsel in anticipation of Global Aiptek's Motion to Dismiss.  Please provide your availability for a call or Zoom meeting.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com


*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver

of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.