# EXHIBIT I

| | |
|---|---|
| **From:** | Nickerson, Morgan T. |
| **To:** | Kirstin Jensvold-Rumage |
| **Cc:** | Timm, Zach T.; Milord Keshishian; Meagan Ekaphan; Marlen Millan-Osuna; Lefkowitz, Shaina M. |
| **Subject:** | RE: Epson v. GAC - Settlement Communication |
| **Date:** | Tuesday, September 17, 2024 8:39:29 AM |
| **Attachments:** | Epson v. GAC - Notice of Deposition of A. Steinberg - Oct. 23 2024.pdf |
| | Epson v. GAC - Notice of Deposition of K. Ali - Oct. 15 2024.pdf |
| | Epson"s 30(b)(6) Depo Notice to GAC - Oct. 16 2024.pdf |

Kirstin,

While I remain hopeful that we will be able to resolve the dispute through settlement, fact discovery closes in November and we will need to conduct settlement discussions is parallel with fact discovery. To that end, we need to schedule depositions and my client needs responsive documents from your client. Attached, please find deposition notices setting the following schedule that coincides with our Oct. 17 court hearing:

- Mr. Khozema – Oct. 15 in person in LA
- Mr. Sheu / 30(b)(6) – Oct. 16 in person in LA
- Mr. Allan Steinberg – Oct. 23 in New York or remotely.

We also ask that all responsive documents be produced on or before Oct. 1 so that we have adequate time to prepare the same for use in depositions.

Kindly let me know if this schedule poses any difficulties.

Best regards,
Morgan

---

**From:** Nickerson, Morgan T.
**Sent:** Thursday, September 12, 2024 4:06 PM
**To:** 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; 'Milord Keshishian' <milord@milordlaw.com>; 'Meagan Ekaphan' <Meagan@milordlaw.com>; 'Marlen Millan-Osuna' <marlen@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication
**Importance:** High

Kirstin,

Another week has passed and I have not even received the courtesy of a response to my emails below. Accordingly, I am left with little choice but to assume one is not forthcoming.

To that end, attached please find written discovery requests from my client. I will also need documents responsive to my client's initial requests by the end of the month run with the search terms and protocol agreed upon. If this timeline is problematic, kindly let me know immediately and we can set up a meet and confer to discuss the same.

We need to schedule depositions for early October for Frank, Khozema, and Allen. Kindly provide convenient dates by the close of business Monday. If none are provided, we will set dates convenient for our schedules which will likely be when I am in town for the hearing on Oct. 17.

My client remains interested in settlement and I am aware that your client is "constantly traveling," but he must now prioritize this case. Your client has made one turn of the settlement agreement in nearly two months. If settlement is possible, he will need to be far more engaged in order to resolve the case.

As always, I am available to discuss this matter by phone if you would find that helpful.

Best,
Morgan

**From:** Nickerson, Morgan T.
**Sent:** Wednesday, September 04, 2024 6:05 PM
**To:** 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; 'Milord Keshishian' <milord@milordlaw.com>; 'Meagan Ekaphan' <Meagan@milordlaw.com>; 'Marlen Millan-Osuna' <marlen@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

Kirstin,

Another month has nearly passed since I sent revisions to the settlement agreement. Does your client have any response to the same? Given that no progress has been made whatsoever on settlement, my client intends to continue with the needed discovery if no substantive settlement update is provided by the end of this week.

My client remains interested in settlement, but your client's failure to participate in meaningful settlement talks is leaving Epson with little choice but to continue with the litigation.

Best,
Morgan

**From:** Nickerson, Morgan T.
**Sent:** Monday, August 12, 2024 2:13 PM
**To:** 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; Milord Keshishian <milord@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

Kristin,

My client accepted you client's changes and its further proposed edits can be found in redline within the attached.

I am encourage by the first pass of the agreement and the parties seem willing to compromise on many core terms. In fact, many of my client's edits within the attached are purely to clean up language around the use of the term lumens. My client also added the two newly released projectors to the agreement so that we could resolve issues with those products as well.

With that being said, there remains work to be done on a few core issues. Can you kindly review the attached and let me know your client's position on the remaining issues? Depending on how close we are, as a next step, it may make sense for us to hop on a call and talk through our clients' positions on the disputed, remaining terms.

Best regards,
Morgan

---

**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Monday, August 05, 2024 4:10 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; Milord Keshishian <milord@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Hi Morgan,

Please see attached.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CONFIDENTIALITY NOTICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Monday, August 5, 2024 7:08 AM
**To:** Milord Keshishian <milord@milordlaw.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

Milord / Kirstin,

It has been nearly a *month* since I sent the settlement agreement and I have heard nothing back from you on it.  Can you kindly provide an update this week?  Absent progress on settlement, we will need to schedule depositions and get documents produced.

Thanks,
Morgan

**From:** Nickerson, Morgan T.
**Sent:** Monday, July 15, 2024 4:49 PM
**To:** 'Milord Keshishian' <milord@milordlaw.com>; 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

Milord / Kirstin,

We pushed some things off in an effort to work on settlement.  When can I expect a response to the proposed settlement agreement?

Thanks,
Morgan

**From:** Nickerson, Morgan T.
**Sent:** Monday, July 08, 2024 2:41 PM
**To:** 'Milord Keshishian' <milord@milordlaw.com>; 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>

**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

RULE 408 SETTLEMENT COMMUNICATION

Per our discussion, attached is a revised agreement with the liquidated damages removed.  Again, if you think it is worthwhile to pursue settlement, kindly let me know and we can potentially avoid the cost of discovery / motion practice moving forward.

Best,
Morgan

---

**From:** Nickerson, Morgan T.
**Sent:** Tuesday, June 18, 2024 10:22 AM
**To:** Milord Keshishian <milord@milordlaw.com>; 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Subject:** Epson v. GAC - Settlement Communication

RULE 408 SETTLEMENT COMMUNICATION

Milord / Kirstin,

As we move toward our next round of depositions, I thought it worthwhile to explore how close we may be on settlement.  To that end, I have prepared the attached draft settlement agreement that contains most, but not all, of the terms my client would be looking for to resolve this case.  To be clear, my client has not approved the attached and it contains a few open terms that we would need to negotiate.  However, I thought it worthwhile to send so that we can gauge whether further talks are worthwhile at this time.

Can you kindly review the attached proposal and let me know whether you believe more formal settlement discussion would be a worthwhile use of time moving forward.

Best,
Morgan

**Morgan T. Nickerson**
Partner
K&L Gates LLP
1 Congress Street
Boston, MA 02111
T-617.261.3134
F-617.261.3175
morgan.nickerson@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

```
 1 | Christina N. Goodrich(SBN 261722)
   | christina.goodrich@klgates.com
 2 | Morgan T. Nickerson (admitted pro hac)
   | morgan.nickerson@klgates.com
 3 | Zachary T. Timm (SBN 316564)
   | zach.timm@klates.com
 4 | K&L GATES LLP
   | 10100 Santa Monica Blvd., 8th Floor
 5 | Los Angeles, California 90067
   | T:  (310) 552-5000
 6 | F:  (310) 552-5001
   |  Attorneys for Plaintiff
 7 | Epson America, Inc
 8 |
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br>*[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D]*<br><br>**PLAINTIFF EPSON AMERICA, INC.'S NOTICE OF DEPOSITION OF KHOZEMA TAIYEB ALI**<br><br>**Date:**     October 15, 2024<br>**Time:**     10:00 a.m.<br>**Location:**  K&L Gates LLP<br>10100 Santa Monica Blvd.<br>8th Floor<br>Los Angeles, CA 90067 |

1

NOTICE OF DEPOSITION OF KHOZEMA TAIYEB ALI

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 *et seq.*, on October 15, 2024 at 10:00 a.m., at K&L Gates LLP, located at 10100 Santa Monica Blvd., 8th Floor, Los Angeles, California 90067, Plaintiff Epson America, Inc. ("Plaintiff") will take the deposition upon oral examination of Khozema Taiyeb Ali ("Ali").

**PLEASE TAKE FURTHER NOTICE** that, for the deposition of Ali as referenced above and pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition will take place before a notary public or other officer authorized to administer oaths, will be recorded by stenographic method through the instant visual display of testimony, audio means, and/or videotape, and will continue until complete on a subsequent date or dates to be mutually agreed by the parties.

**PLEASE TAKE FURTHER NOTICE** that, for the deposition of Ali as referenced above, Plaintiff reserves the right to use at trial the videotaped deposition, under Federal Rule of Civil Procedure 30(b)(3)(A). The deposition will be taken for the purposes of discovery, for use at trial, and for all other permissible purposes under the Federal Rules of Civil Procedure.

September 17, 2024

By: **K&L GATES LLP**
/s/ *Zachary T. Timm*
Zachary T. Timm
Morgan T. Nickerson
Christina N. Goodrich

*Attorneys for Plaintiff Epson America, Inc.*

# CERTIFICATE OF SERVICE

**Case No. 8:23-cv-00222-FWS-DFM**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: K&L GATES LLP, 10100 Santa Monica Boulevard Eighth Floor, Los Angeles, CA 90067.

On September 17, 2024, I served the document(s) described as:

- **PLAINTIFF EPSON AMERICA, INC.'S NOTICE OF DEPOSITION OF KHOZEMA TAIYEB ALI**

on the interested parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **MILORD AND ASSOCIATES, PC**<br>Milord A. Keshishian<br>Kirstin Anna Jensvold-Rumage<br>333 South Hope Street<br>Suite 4025<br>Los Angeles, California 90071<br>milord@milordlaw.com<br>kirstin@milordlaw.com | *Counsel for Defendant Global Aiptek Inc. d/b/a GAC Technology Group* |

☑ **BY ELECTRONIC SERVICE**: by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth as stated on the attached mailing list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2024, at Los Angeles, California.

_____
Zachary T. Timm

---

1
CERTIFICATE OF SERVICE

318696574.3

```
 1  Christina N. Goodrich(SBN 261722)
    christina.goodrich@klgates.com
 2  Morgan T. Nickerson (admitted pro hac)
    morgan.nickerson@klgates.com
 3  Zachary T. Timm (SBN 316564)
    zach.timm@klates.com
 4  K&L GATES LLP
    10100 Santa Monica Blvd., 8th Floor
 5  Los Angeles, California 90067
    T:  (310) 552-5000
 6  F:  (310) 552-5001
    Attorneys for Plaintiff
 7  Epson America, Inc
 8
 9              UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA
                      SOUTHERN DIVISION
11
12  EPSON AMERICA, INC.              Case No.: 8:23-cv-00222-FWS-DFM
                                     [Assigned to the Hon. Fred W.
13          Plaintiff,               Slaughter, Courtroom 10D]
14      v.                           PLAINTIFF EPSON AMERICA,
                                     INC.'S NOTICE OF
15  GLOBAL AIPTEK INC. d/b/a GAC     DEPOSITION OF DEFENDANT
    TECHNOLOGY GROUP,                GLOBAL AIPTEK INC. d/b/a
16                                   GAC TECHNOLOGY GROUP
            Defendant.               PURSUANT TO FED. R. CIV. P.
17                                   30(b)(6)
18
                                     Date:      October 16, 2024
19                                   Time:      10:00 a.m.
                                     Location:  K&L Gates LLP
20                                              10100 Santa Monica Blvd.
                                                8th Floor
21                                              Los Angeles, CA 90067
22
23
24
25
26
27
28
                                     1
              NOTICE OF DEPOSITION OF GLOBAL AIPTEK INC. d/b/a GAC
                              TECHNOLOGY GROUP
```

318697479.2

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff Epson America, Inc. ("Epson") will take the deposition of Defendant Global Aiptek Inc. d/b/a GAC Technology Group ("GAC"). The deposition shall take place on October 16, 2024 at 10:00 am, located at 10100 Santa Monica Blvd., 8th Floor, Los Angeles, California 90067, unless another location or time is mutually agreed upon by the parties.

The deposition will take place before a notary public or other officer authorized to administer oaths and will be recorded by video and stenographic means. The deposition shall be conducted in accordance with the Federal Rules of Civil Procedure and the applicable Local Rules of the United States District Court for the Central District of California.

Pursuant to Rule 30(b)(6), GAC shall designate and produce at the deposition one or more of its officers, directors, managing agents, employees, and/or agents who are most qualified to testify on its behalf as to the Deposition Topics described herein.

## DEFINITIONS

When used herein, the following terms shall have the meaning, and shall be interpreted, as set forth below:

1. "**Action**" means the above-captioned lawsuit which is pending in the United States District Court for the Central District of California.

2. "**You,**" "**Your,**" "**Defendant,**" or "**GAC**" means Defendant Global Aiptek Inc. d/b/a GAC Technology Group and any employees, representatives, agents, or other persons acting on Global Aiptek Inc.'s behalf.

3. "**Epson**" or "**Plaintiff**" means Plaintiff Epson America, Inc.

4. "Amended **Complaint**" means the operative Complaint in this Action.

5. "**Answer**" means the Answer filed by GAC in response to the Amended Complaint.

6. **"Communication"** means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

7. **"Product(s)"** means any projectors advertised, distributed, offered for sale, sold, and/or manufactured by You, including but not limited to the HP BP5000, HP CC200, HP CC500, HP MP250, and MP2000PRO projectors.

8. **"Concern,"** **"concerns,"** **"concerning,"** **"relating to,"** **"relate to,"** **"regarding,"** and/or other derivatives shall be construed in their broadest sense and shall mean directly or indirectly describing, setting forth, relate or relating to, refer or referring to, pertain or pertaining to, reflect or reflecting, describe or describing, contradict or contradicting, support or supporting, evidence or evidencing, evaluate or evaluating, discuss or discussing, embody or embodying, mention or mentioning, record or recording, study or studying, analyze or analyzing, and constituting or in any way legally, logically, or factually connected with the matter being discussed either in whole or in part without limitation.

9. **"Including"** means "including but not limited to," or "including without limitation."

## INSTRUCTIONS

1. In the event You refuse to fully respond to a deposition topic because it is overly broad, you shall at least respond to that portion of the request that is unobjectionable and specifically identify that portion of the request that is allegedly overly broad.

2. You shall bring to this deposition all documents reviewed, relied upon, or consulted in preparation for this deposition.

## DEPOSITION TOPICS

1. The facts and circumstances set forth in the Amended Complaint.
2. All documents produced by You in discovery in this matter.
3. All interrogatory answers made by You in discovery in this matter.
4. All admissions made by You in discovery in this matter.

5. The factual basis for each of Your claimed defenses in this Action, including but not limited to, Your affirmative defenses as stated in Your Answer.

6. Information regarding Your corporate structure, business model, and revenue streams.

7. Information regarding Your Products which you offered for sale, sold, and distributed.

8. The factual basis for each of the claimed light output or brightness of Your Products.

9. Information regarding any and all light output or brightness testing conducted on Your Products.

10. Your licensing agreement with Hewlett-Packard Company.

11. Your suppliers of Your Products.

12. Your manufacturers of Your Products, including whether Hewlett-Packard Company manufactures, or controls the manufacturing, of Your Products.

13. The distribution of Your Products.

14. Your revenue, profits, and costs (e.g., administrative, direct and indirect labor) from your manufacturing and sale of Your Products.

15. Your sales activity on https://www.hp-projector.com/, www.bhphotovideo.com, Amazon.com, as well as other websites and third-party marketplaces, including, but not limited to, sales fulfilled by You, sales fulfilled by third-parties, consumer reviews and feedback, consumer complaints, revenue, sales volume, and costs.

16. Advertisements and/or sales campaigns regarding Your Products.

17. Internal communications regarding the marketing and pricing of Your Products.

18. Communications concerning Epson.

19. Customer complaints about Your services of Your Products.

20. Consumer reviews, feedback, and/or complaints You have received on

https://www.hp-projector.com/, www.bhphotovideo.com, Amazon.com or otherwise, and Your corresponding responses.

21. Communications between You and Your supplier(s) concerning Your Products.

22. Communications with your suppliers and manufacturers concerning the light output and/or brightness of Your Products.

23. Communications between You and Your consumer(s) concerning Your Products.

24. Communications between You and third party websites and marketplaces concerning Your Products.

September 17, 2024

**K&L GATES LLP**

By: */s/ Zachary T. Timm*
Zachary T. Timm
Morgan T. Nickerson
Christina N. Goodrich

*Attorneys for Plaintiff Epson America, Inc.*

# CERTIFICATE OF SERVICE

**Case No. 8:23-cv-00222-FWS-DFM**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: K&L GATES LLP, 10100 Santa Monica Boulevard Eighth Floor, Los Angeles, CA 90067.

On September 17, 2024, I served the document(s) described as:

- **PLAINTIFF EPSON AMERICA, INC.'S NOTICE OF DEPOSITION OF DEFENDANT GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP**

on the interested parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **MILORD AND ASSOCIATES, PC**<br>Milord A. Keshishian<br>Kirstin Anna Jensvold-Rumage<br>333 South Hope Street<br>Suite 4025<br>Los Angeles, California 90071<br>milord@milordlaw.com<br>kirstin@milordlaw.com | *Counsel for Defendant Global Aiptek Inc. d/b/a GAC Technology Group* |

☑ **BY ELECTRONIC SERVICE**: by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth as stated on the attached mailing list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2024, at Los Angeles, California.

_____
Zachary T. Timm

1
CERTIFICATE OF SERVICE

318697479.2

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Morgan T. Nickerson (*admitted pro hac*)
morgan.nickerson@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
T: (310) 552-5000
F: (310) 552-5001
*Attorneys for Plaintiff*
*Epson America, Inc*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br>*[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D]*<br><br>**PLAINTIFF EPSON AMERICA, INC.'S NOTICE OF DEPOSITION OF ALLEN STEINBERG**<br><br>**Date:** October 23, 2024<br>**Time:** 10:00 a.m.<br>**Location:** Remote Audio-Visual Conference |

1
NOTICE OF DEPOSITION OF ALLEN STEINBERG

318696459.2

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 *et seq.*, on October 23, 2024 at 10:00 a.m., Plaintiff Epson America, Inc. ("Plaintiff") will take the deposition upon oral examination, by remote audio-visual conference, of Allen Steinberg ("Steinberg").

**PLEASE TAKE FURTHER NOTICE** that, for the deposition of Steinberg as referenced above and pursuant to Federal Rule of Civil Procedure 30(b)(3), the deposition will take place before a notary public or other officer authorized to administer oaths, will be recorded by stenographic method through the instant visual display of testimony, audio means, and/or videotape, and will continue until complete on a subsequent date or dates to be mutually agreed by the parties.

**PLEASE TAKE FURTHER NOTICE** that, for the deposition of Steinberg as referenced above, Plaintiff reserves the right to use at trial the videotaped deposition, under Federal Rule of Civil Procedure 30(b)(3)(A). The deposition will be taken for the purposes of discovery, for use at trial, and for all other permissible purposes under the Federal Rules of Civil Procedure.

September 17, 2024

**K&L GATES LLP**

By: /s/ *Zachary T. Timm*
Zachary T. Timm
Morgan T. Nickerson
Christina N. Goodrich

*Attorneys for Plaintiff Epson America, Inc.*

# CERTIFICATE OF SERVICE

**Case No. 8:23-cv-00222-FWS-DFM**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: K&L GATES LLP, 10100 Santa Monica Boulevard Eighth Floor, Los Angeles, CA 90067.

On September 17, 2024, I served the document(s) described as:

- **PLAINTIFF EPSON AMERICA, INC.'S NOTICE OF DEPOSITION OF ALLEN STEINBERG**

on the interested parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| **MILORD AND ASSOCIATES, PC**<br>Milord A. Keshishian<br>Kirstin Anna Jensvold-Rumage<br>333 South Hope Street<br>Suite 4025<br>Los Angeles, California 90071<br>milord@milordlaw.com<br>kirstin@milordlaw.com | *Counsel for Defendant Global Aiptek Inc. d/b/a GAC Technology Group* |

☑ **BY ELECTRONIC SERVICE**: by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth as stated on the attached mailing list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2024, at Los Angeles, California.

_____
Zachary T. Timm

1
CERTIFICATE OF SERVICE

318696459.2