# EXHIBIT K

| | |
|---|---|
| **From:** | Timm, Zach T. |
| **To:** | "Milord Keshishian"; Kirstin Jensvold-Rumage |
| **Cc:** | Nickerson, Morgan T.; Lefkowitz, Shaina M. |
| **Subject:** | Epson v. GAC - Joint Discovery Stipulation re Epson"s Motion to Compel |
| **Date:** | Friday, October 25, 2024 7:26:58 PM |
| **Attachments:** | Ex. E - GAC 2-13 Discovery Letter.pdf |
| | Ex. F - Epson v. GAC - Letter to Judge McCormick re 6.12.24 IDC.pdf |
| | Ex. G - Email confirming depositions.pdf |
| | Ex. H - Search and Production Protocols.pdf |
| | Ex. I - 9.17.24 Email resuming discovery.pdf |
| | Ex. J - Final - Epson v. GAC - Letter to Judge McCormick re 10.16.24 IDC.pdf |
| | Epson v. GAC - Timm Decl. ISO Epson"s MTC.docx |
| | Epson v. GAC - Joint Stip re Epson"s MTC Documents and Depositions (10.25.24).docx |
| | [Proposed] Order Granting Epson"s MTC.docx |
| | Ex. A - Epson v. GAC - 10.2.24 M&C re Global"s Document Productions.pdf |
| | Ex. B - 2023.05.02 - Epson"s Requests for Production of Documents to GAC.pdf |
| | Ex. C - Epson"s Second RFP to GAC.pdf |
| | Ex. D - 10.31.23 email re search terms.pdf |

Hi Milord,

As discussed during the October 16 IDC, and as I reiterated following our hearing the following day, Epson is proceeding forward with a motion to compel Global's production of documents and production of witnesses for depositions.  As such, please find attached a draft Joint Discovery Stipulation, Declaration and Exhibits thereto, and [Proposed] Order.  Pursuant to Local Rule 37-2.2, please provide us with Global's position/portion of the stipulation by next Friday, November 1.

Thank you,
Zach



**Zach Timm**
K&L Gates LLP
10100 Santa Monica, Blvd.
8th floor
Los Angeles, CA 90067
Phone: 310-552-5554
Fax: 310-552-5001
zach.timm@klgates.com
www.klgates.com