# EXHIBIT L

| | |
|---|---|
| **From:** | Timm, Zach T. |
| **To:** | "mcohen@cohenip.com"; "admin@cohenip.com" |
| **Cc:** | Nickerson, Morgan T. |
| **Subject:** | RE: Epson v. Global Aiptek, et al. | Case No. Case 8:23-cv-00222 | Introduction and Epson"s Motion to Compel |
| **Date:** | Wednesday, January 08, 2025 4:20:50 PM |

Hi Michael,

Following up on the below again to confirm we will receive Global Aiptek's position in the joint discovery stipulation by this Friday so that we can file by Monday, January 13 as previously indicated.  If we do not receive Global's position by Friday, we will be forced to file the motion as a regularly noticed motion, including revisions to the supporting declaration pursuant to Local Rule 37-2.4 describing our recent attempts to meet and confer and establishing Global's failure to provide its portion of the joint stipulation in a timely manner.

We look forward to receiving Global's position.

Thank you,
Zach



**Zach Timm**
K&L Gates LLP
10100 Santa Monica, Blvd.
8th floor
Los Angeles, CA 90067
Phone: 310-552-5554
Fax: 310-552-5001
zach.timm@klgates.com
www.klgates.com

**From:** Timm, Zach T.
**Sent:** Tuesday, December 31, 2024 1:22 PM
**To:** 'mcohen@cohenip.com' <mcohen@cohenip.com>; 'admin@cohenip.com' <admin@cohenip.com>
**Cc:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Subject:** RE: Epson v. Global Aiptek, et al. | Case No. Case 8:23-cv-00222 | Introduction and Epson's Motion to Compel

Hi Michael,

Following up on the below.  Please let us know what your availability is like at the end of this week or beginning of next for a meet and confer call.  As noted below, we will need Global's position in the

joint discovery stipulation by next Friday, January 10.

Thank you,
Zach



**Zach Timm**
K&L Gates LLP
10100 Santa Monica, Blvd.
8th floor
Los Angeles, CA 90067
Phone: 310-552-5554
Fax: 310-552-5001
zach.timm@klgates.com
www.klgates.com

**From:** Timm, Zach T.
**Sent:** Wednesday, December 18, 2024 6:15 PM
**To:** 'mcohen@cohenip.com' <mcohen@cohenip.com>; 'admin@cohenip.com' <admin@cohenip.com>
**Cc:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Subject:** Epson v. Global Aiptek, et al. | Case No. Case 8:23-cv-00222 | Introduction and Epson's Motion to Compel

Hi Michael,

I saw the notice of appearance you filed yesterday on behalf of Global Aiptek and wanted to reach out to introduce myself and my colleague Morgan, who is cc'd, as we represent Epson in this matter. We look forward to working with you.

Additionally, we wanted to touch base on Epson's motion to compel that you may or may not have been made aware of prior to signing on as Global's counsel. The content of that motion is to compel Global's compliance with prior agreements it entered into with respect to producing witnesses and documents. We believe a phone call to let everyone get acquainted and to further discuss this issue may be beneficial. As such, can you please let us know when you are available for a meet and confer between now and December 31 to discuss? In the meantime, I am attaching the draft Joint Stipulation we previously served on Global, along with the accompanying declaration and exhibits, which provide the background information on the dispute. A quick summary, though, is as follows:

The Parties have conducted numerous IDCs in this case. Through one such IDC (which occurred on June 12, 2024), and continuing discussions following the same, the Parties agreed that Global would produce 3 witnesses for deposition (Frank Sheu, Allen Steinberg, and Ali Khouzema), and would also

search for, collect, and produce documents pursuant to an agreed upon search protocol (which is outlined in the attached Exhibit H).

The Parties then agreed to temporarily forestall compliance with those agreements while focusing on a potential settlement.  That settlement unfortunately did not come to fruition and we resumed our efforts to obtain Global's compliance with those agreements in September, to no avail.

Following a meet and confer letter and conference, we attended another IDC regarding these same issues on October 16, 2024.  During that IDC your predecessor indicated that he would not be able to collect and produce the documents and that the three witnesses would not be appearing at depositions we had noticed for October, thus requiring us to file a Motion to Compel.

Following the October 16 IDC, we sent Global (through its prior counsel) the draft of our Joint Discovery Stipulation pursuant to Local Rule 37.  We did not receive Global's position to that stipulation from Global's prior counsel until after he withdrew as counsel (and therefore could no longer speak on its behalf).  As such, we are re-sending our draft stipulation to you for your review and to allow to you input a response on Global's behalf.

As noted, the Parties have already fully met and conferred on this issue on multiple occasions, have attended 2 separate IDCs on the issue, and we served Global (through its prior counsel) with a draft of the Joint Stipulation pursuant to Local Rule 37 back on October 25, and so we (and our client) are very eager to move this issue forward as soon as possible.  That said, I understand that you just joined the case and it is the holiday season and so I don't want to jam you up.  As such, please provide us with Global's position in the Joint Stipulation no later than **January 10, 2025**, so that we can file no later than January 13.  Alternatively, if you intend to utilize the statement Milord had provided us after he withdrew as counsel, please let us know that ASAP so that we can file with the Court immediately.

Thank you,
Zach



**Zach Timm**
K&L Gates LLP
10100 Santa Monica, Blvd.
8th floor
Los Angeles, CA 90067
Phone: 310-552-5554
Fax: 310-552-5001
zach.timm@klgates.com
www.klgates.com