## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP, <br><br> Defendant. | Case No.: 8:23-cv-00222-FWS-DFM <br><br> **DISCOVERY MATTER** <br><br> Magistrate Judge: Hon. Douglas F. McCormick <br><br> **[PROPOSED ORDER] GRANTING PLAINTIFF EPSON AMERICA, INC.'S MOTION TO COMPEL DEFENDANT GLOBAL AIPTEK INC. TO COLLECT AND PRODUCE DOCUMENTS AND PRODUCE WITNESSES FOR DEPOSITION** <br><br> Hearing Date: March 4, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 6B |

**[PROPOSED] ORDER**

      Having considered Plaintiff Epson America, Inc.'s ("Epson") Motion to Compel Defendant Global Aiptek Inc. ("Global") (jointly, the "Parties") to Collect and Produce Documents and Produce Witnesses for Deposition (the "Motion") and good cause appearing, the Motion is **GRANTED**. Global is hereby ordered to:

1. Retain an ESI vendor and utilize such vendor to collect documents from Global's custodians, who shall include (but not be limited to): Frank Sheu, Khozema Ali, Allen Steinberg, Sonia (who is Mr. Steinberg's assistant), and Nardita (who is an accountant for Global).

2. Global shall utilize the ESI vendor to conduct searches through each of the email accounts of its custodians, as well as any other databases or servers Global may utilize. Such searches shall include, at minimum, each of the search terms the Parties previously agreed to as reflected in Exhibit H, and reproduced in Exhibit M to the Declaration of Zachary T. Timm.

3. Global shall identify for Epson the total number of "hits" each search term results in for each of its custodians and, if necessary, the Parties shall meet and confer to narrow any terms resulting in an overbreadth and/or unduly burdensome number of hits for any particular custodian. Such narrowing shall only apply to the custodian(s) for which the search term resulted in an overbreadth and/or unduly burdensome number of hits, which the remaining custodians shall use the broader terms from the initial list.

4. Global shall produce all responsive documents in native format with an acceptable load file in .dat, .lfp, or other agreed-upon file type. Each load file shall be accompanied by .tif images with associated text searchable ("OCR") .txt files. Such production shall be complete no later than 30 days following the entry of this Order, unless the Parties agree otherwise in writing or Global obtains a further Order from the Court.

5. Global shall produce each of Mr. Sheu, Mr. Khouzema, and Mr. Steinberg for deposition no later than 30 days from the entry of this Order, unless the

Parties agree otherwise in writing or Global obtains a further Order from the Court.

6. Global shall pay sanctions to Epson in the amount of $35,440.50, which represents the reasonable attorneys' fees incurred by Epson in brining this Motion.

Date: _____

                                   _____
                                   Honorable Douglas F. McCormick
                                   United States Magistrate Judge