# EXHIBIT K

**From:** Nickerson, Morgan T.
**To:** Milord Keshishian; Timm, Zach T.
**Cc:** Shirley Matcha; Marlen Millan-Osuna; Meagan Ekaphan
**Subject:** RE: Epson v. Global Aiptek - Settlement Communication
**Date:** Monday, November 18, 2024 12:48:54 PM
**Attachments:** image001.png
Epsonv.Global-ProposedSettlement - EAI Edits - 2014-11-18.docx

Milord,

My client's further edits are attached. It seems we are down to two core disagreements. My client believes that the testing only shows 1825 for the one unit. Also, my client has made an introductory offer of ▮. Given your client's revenues and profits, it believes this to be a fair offer of settlement. With that being said, it is open to counter offers.

Best,
Morgan

---

**From:** Milord Keshishian <milord@milordlaw.com>
**Sent:** Thursday, November 14, 2024 4:57 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Shirley Matcha <Shirley@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek - Settlement Communication

Hi Morgan:

Please see attached version of the agreement accepting most of your changes. Please revert ASAP.

Best,

Milord

---

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Tuesday, November 12, 2024 2:11 PM
**To:** Milord Keshishian <milord@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Shirley Matcha <Shirley@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek - Settlement Communication

Milord,

Attached please find my client's latest pass at the proposed settlement agreement. Kindly let me know the defendants' comments to the same.

Best,
Morgan

---

**From:** Milord Keshishian <milord@milordlaw.com>
**Sent:** Tuesday, November 05, 2024 10:36 AM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Shirley Matcha <Shirley@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek - Settlement Communication

Morgan:

I think he's missed it in the comments, so I sent him an email earlier this morning specifically asking for testing. But I don't believe that's a major stumbling block should there be no testing showing 2000 v. 1700 lumens.

Best,

Milord

---

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Tuesday, November 5, 2024 7:33 AM
**To:** Milord Keshishian <milord@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Shirley Matcha <Shirley@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek - Settlement Communication

Milord,

For the a the proposed revised Lumen Value of **2000 lumens** for the Brightness of the HP – Model BP5000, does your client have any testing to support this proposal? My client's testing shows that it is 1700 lumens. We need to get to the bottom of this issue.

Thanks,
Morgan

---

**From:** Milord Keshishian <milord@milordlaw.com>
**Sent:** Tuesday, November 05, 2024 10:09 AM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Shirley Matcha <Shirley@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek - Settlement Communication

FRE 408 FOR SETTLEMENT PURPOSES ONLY

Morgan:

Please see the attached updated draft of the agreement and provide your comments and/or approval.

Best,

Milord

---

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Wednesday, October 30, 2024 2:54 PM
**To:** Milord Keshishian <milord@milordlaw.com>; Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Shirley Matcha <Shirley@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek - Settlement Communication

FRE 408 FOR SETTLEMENT PURPOSES ONLY

Milord,

In an effort to keep settlement talks moving forward, my client's edits, comments, and redlines to the settlement agreement are attached. Kindly let me know your clients thoughts on the same.

Best,
Morgan

**From:** Milord Keshishian <milord@milordlaw.com>
**Sent:** Monday, October 28, 2024 10:50 AM
**To:** Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Shirley Matcha <Shirley@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>
**Subject:** RE: Epson v. Global Aiptek - Settlement Communication

FRE 408 FOR SETTLEMENT PURPOSES ONLY

Zach:

As we discussed after the hearing, please find attached a revised draft of the settlement agreement which I believe resolves most of the issues. Also, as to the ISO standard and the 20% tolerance in brightness measurement, please see below:

ISO/IEC 21118:2012(E)

### 4 Measuring methods and conditions

Annex B (normative) describes the measuring methods and conditions in terms of the performance specification items in Table 1.

### 5 Items in specification sheets

Table 1 lists the items that should appear in the specification sheets. Items whose properties shall be included in the specification sheets are marked as "R" (required), while other items whose properties are given for information are marked as "O" (optional).

Values in the specification of light output, contrast ratio (full white/full black) and Center to corner zone ratio shall be defined as averages of productions. The lower-limit values of the projector shall be at least 80 % of the values in specification sheets for these 3 items. The products' tolerance of lower limit at the time of shipment shall be clearly stated in the specification sheet.

The specification sheets shall have a statement indicating accordance with this International Standard. The terminology shown in the "Item" column of Table 1 shall be used in the specification sheets. Items marked as Optional may be omitted, along with any items that do not apply to the particular projector model. If an item is omitted; the order of items included in the specification sheets shall maintain the same order as shown in Table 1.

Please let me know if you're available tomorrow to discuss and narrow the issues.

Best,

Milord

---

**From:** Timm, Zach T. <Zach.Timm@klgates.com>
**Sent:** Friday, October 18, 2024 6:17 PM
**To:** Milord Keshishian <milord@milordlaw.com>
**Cc:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Subject:** RE: Epson v. Global Aiptek - Settlement Communication

Thank you, Milord. We will discuss, check our client's availability, and be in touch.

Meanwhile, a draft stipulation and proposed order are attached for your review. As we discussed yesterday, I included a proposed new trial date about 6 months out from the current trial and all dates followed off of that.

Happy to discuss any comments or edits you may have.

Thank you,
Zach



**Zach Timm**
K&L Gates LLP
10100 Santa Monica, Blvd.
8th floor
Los Angeles, CA 90067
Phone: 310-552-5554
Fax: 310-552-5001
zach.timm@klgates.com
www.klgates.com

**From:** Milord Keshishian <milord@milordlaw.com>
**Sent:** Friday, October 18, 2024 2:38 PM
**To:** Timm, Zach T. <Zach.Timm@klgates.com>
**Cc:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Subject:** RE: Epson v. Global Aiptek - Settlement Communication

FRE 408 – FOR SETTLEMENT PURPOSES ONLY

Hi Zach:

It was nice to meet you in person yesterday. Global has stated that it is also amenable to mediation and is available November 7, 8, 11-15. I'm not sure if I will be participating in the mediation, but please propose three mediators from the Court's panel for me to forward to Global.

Also, please let me know when you can get the stipulation to amend the scheduling order.

Sincerely,

Milord A. Keshishian
Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If

the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error please permanently delete this message and attachments, if any.

**From:** Timm, Zach T. <Zach.Timm@klgates.com>
**Sent:** Thursday, October 17, 2024 8:37 PM
**To:** Milord Keshishian <milord@milordlaw.com>
**Cc:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Subject:** Epson v. Global Aiptek - Settlement Communication

RULE 408 SETTLEMENT COMMUNICATION

Hi Milord,

I am writing to follow-up on our conversation following the hearing about settlement/potential mediation. As I noted during our conversation, Epson is still open to settlement and would like to continue those discussions, if possible. One of Epson's concerns to-date with the settlement discussions has been the delays in responses to the drafts of the settlement agreement. If your client is willing to mediate, Epson is amenable to that, as it would seem to help negate the time/delay issue that we have been frustrated with.

Please let us know what logistics you had in mind for a potential mediation, and if you had any proposed mediators in mind.

Given the timing and how settlement discussions (and discovery) have played out over the last few months, we will still need to continue moving forward with the rest of the litigation (including filing our Second Amended Complaint tomorrow, and continuing on the motion to compel path on the outstanding discovery issues), and so won't be able to set those issues aside while we pursue mediation. We do hope, however, that we are able to reach a settlement (whether in mediation or otherwise), as I think the Parties had made progress through the recent rounds of the settlement agreement.

Thank you,
Zach



**Zach Timm**
K&L Gates LLP
10100 Santa Monica, Blvd.
8th floor
Los Angeles, CA 90067
Phone: 310-552-5554
Fax: 310-552-5001
zach.timm@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Zach.Timm@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Zach.Timm@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is

prohibited. If you have received this e-mail in error, please contact me at Morgan.Nickerson@klgates.com.

# EXHIBIT L

| | |
|---|---|
| **From:** | Meagan Ekaphan |
| **To:** | christina.goodrich@klgates.com; Nickerson, Morgan T.; Timm, Zach T. |
| **Cc:** | Milord Keshishian; Marlen Millan-Osuna; Kirstin Jensvold-Rumage; Devon Esguerra |
| **Subject:** | GLO23-002L: Epson America, Inc. v. Global Aiptek Inc. - Defendant"s Second Set of Discovery Responses |
| **Date:** | Monday, June 10, 2024 6:17:21 PM |

Re:  *Epson America, Inc. v. Global Aiptek Inc. d/b/a GAC Technology Group*
United States District Court, Central District of California
Case No.:  8:23-CV-00222-FDS-DFM
Our Ref.:  GLO23-002L

Dear Counsel:

We transmit the following documents via the sharefile link: https://milordlaw.sharefile.com/d-s37b406c7d13a49e09e34fa5af23ec5ba

1. DEFENDANT GLOBAL AIPTEK INC.'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES
2. DEFENDANT GLOBAL AIPTEK INC.'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
3. GLOBAL PROOF OF SERVICE

Most sincerely,
C. Meagan Ekaphan

Intellectual Property Paralegal   **Please note our new office address below and update your records.**

Milord Law Group P.C.
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or

distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

# EXHIBIT M

Case 8:23-cv-00222-FWS-DFM   Document 81-4   Filed 02/10/25   Page 12 of 12   Page ID #:970

| | |
|---|---|
| **From:** | Meagan Ekaphan |
| **To:** | Nickerson, Morgan T.; Timm, Zach T.; Goodrich, Christina N. |
| **Cc:** | Milord Keshishian; Marlen Millan-Osuna; Devon Esguerra; Kirstin Jensvold-Rumage |
| **Subject:** | GLO23-002L - Epson America, Inc. v. Global Aiptek Inc. d/b/a GAC Technology Group - CONFIDENTIAL/ATTORNEYS EYES ONLY |
| **Date:** | Tuesday, June 11, 2024 10:50:50 AM |
| **Attachments:** | AEO-GLO600090.pdf |

Re:  *Epson America, Inc. v. Global Aiptek Inc. d/b/a GAC Technology Group*
United States District Court, Central District of California
Case No.:  8:23-CV-00222-FDS-DFM
Our Ref.:  GLO23-002L

Dear Counsel:

We transmit document Bates Numbers AEO-GLO600090-AEOGLO600147, which are designated as **CONFIDENTIAL/ATTORNEYS EYES ONLY.**

Most sincerely,
C. Meagan Ekaphan
Intellectual Property Paralegal  **Please note our new office address below and update your records.**

Milord Law Group P.C.

Patent, Trademark & Copyright Law

Bank of America Plaza

333 S. Hope Street, Suite 4025

Los Angeles, CA 90071

Tel (310) 226-7878

Fax (310) 226-7879

www.milordlaw.com

*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.