**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175
Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D]<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER TO CONTINUE HEARING ON DEFENDANT GLOBAL AIPTEK INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Current Hearing Date:              February 27, 2025<br><br>New Proposed Hearing Date:      March 20, 2025 |

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S
MOTION TO DISMISS SECOND AMENDED COMPLAINT

Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. ("Global") (jointly, the "Parties"), by and through their respective counsel, respectfully submit this Joint Stipulation and Request for Order Continuing the Hearing on Global's Motion to Dismiss Second Amended Complaint (DE 77) with reference to the following facts:

WHEREAS, Global filed its Motion to Dismiss Second Amended Complaint (the "Motion") on January 27, 2025 (DE 77);

WHEREAS, the Motion is currently scheduled for hearing on February 27, 2025;

WHEREAS, Epson's counsel is unavailable to attend the hearing on February 27, 2025;

WHEREAS, on January 29, 2025, Epson's counsel emailed Global's counsel, informing them of Epson's counsel's unavailability and asking if Global would stipulate to continue the hearing; and

WHEREAS, Global agreed to so continue the hearing date to allow Epson's counsel to attend the hearing on the Motion.

1

1   NOW THEREFORE, good cause appearing, the Parties, by and through their

2   respective counsel of record hereby stipulate and respectfully request the Court enter

3   an order continuing the hearing on the Motion to March 20, 2025, at 10:00 a.m.

4   Pursuant to L.R. 7-11, the time for Global to file and serve reply papers shall be

5   continued to March 6, 2025.

6

7   Respectfully submitted,

8   Dated: February 10, 2025                K&L GATES LLP

9

10                                          By:  */s/ Zachary T. Timm*
                                                Christina N. Goodrich
11                                              Zachary T. Timm
                                                Morgan T. Nickerson (admitted *pro*
12                                              *hac vice*)

13                                              Attorneys for Plaintiff
                                                Epson America, Inc.
14

15
    Dated: February 10, 2025                COHEN LAW GROUP P.C.
16

17                                          By:  */s/ Michael N. Cohen*
18                                              Michael N. Cohen
                                                Vikram Amritraj
19
                                                Attorney for Defendant
20                                              Global Aiptek Inc.

21                              **SIGNATURE ATTESTATION**
22
        Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories
23
    listed, and on whose behalf this filing is submitted, concur in the filing's content and
24
    have authorized the filing.
25
                                            K&L GATES LLP
26
                                            By:  */s/ Zachary T. Timm*
27                                              Zachary T. Timm

28

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S
MOTION TO DISMISS SECOND AMENDED COMPLAINT