**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP,<br><br>　　　　Defendant. | Case No. 8:23-cv-00222-FWS-DFM<br><br>Assigned to the Hon. Fred W. Slaughter, Courtroom 10D<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ORDER TO CONTINUE THE HEARING ON DEFENDANT GLOBAL AIPTEK INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [82]**<br><br>Current Hearing Date:　　February 27, 2025<br><br>New Proposed Hearing Date:　　March 20, 2025 |

///

///

///

**ORDER**

Having reviewed and considered the Joint Stipulation and Request for Order to Continue the Hearing on Defendant Global Aiptek Inc.'s Motion to Dismiss Second Amended Complaint [82], filed by Plaintiff Epson America, Inc. and Defendant Global Aiptek Inc. ("Global"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The in-person hearing date on Global's Motion to Dismiss the Second Amended Complaint [77] ("Motion") is **CONTINUED** from February 27, 2025, at 10:00 a.m., in Courtroom 10D, to **March 20, 2025, at 10:00 a.m., in Courtroom 10D**.

2. The due date for Global to file a Reply in support of the Motion, if any, is **EXTENDED** to **March 6, 2025**.

**IT IS SO ORDERED**.

Dated: February 12, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE