**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175
Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP,<br><br>　　　　Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>**DISCOVERY MATTER**<br>Magistrate Judge: Hon. Douglas F. McCormick<br><br>**SUPPLEMENTAL DECLARATION OF ZACHARY T. TIMM IN SUPPORT OF PLAINTIFF EPSON AMERICA, INC.'S MOTION TO COMPEL DEFENDANT GLOBAL AIPTEK INC. TO COLLECT AND PRODUCE DOCUMENTS AND PRODUCE WITNESSES FOR DEPOSITION**<br><br>Hearing Date:　March 4, 2025<br>Time:　　　　　10:00 a.m.<br>Courtroom:　　 6B |

**DECLARATION OF ZACHARY T. TIMM**

## DECLARATION OF ZACHARY T. TIMM

I, Zachary T. Timm, declare as follows:

1. I am an attorney at law duly licensed to practice before the Courts of the State of California and an associate with the law firm of K&L Gates LLP, counsel for Plaintiff Epson America. Inc. ("Epson"). I am one of the attorneys responsible for handling this action and I am personally familiar with the legal proceedings in this matter. I am over the age of 18 years, have personal knowledge of the facts contained in this declaration, and if called as a witness, could and would testify competently to the truth of the facts stated herein. I hereby submit this Declaration in support of Epson's Motion to Compel

2. On October 2, 2024, I sent Global's prior counsel an email, attaching a meet and confer letter outlining the discovery deficiencies forming the basis of Epson's Motion. A true and correct copy of that letter was attached to my prior declaration as Exhibit A. Attached hereto as **Exhibit N** is a true and correct copy of the transmission email.

3. On October 16, 2024, I attended an Informal Discovery Conference ("IDC") in this action. Attached hereto as **Exhibit O** is a true and correct copy of the transcript of that IDC.

4. On January 16, 2024, at the offices of K&L Gates LLP, located at 1 Park Plaza, Twelfth Floor, Irvine, California, my colleague, Morgan Nickerson, took the deposition of Defendant Global Aiptek Inc.'s CEO, Frank Sheu, both in his individual capacity and in his capacity as Global's 30(b)(6) designee. Attached hereto as **Exhibit P** are true and correct copies of excerpted pages from Mr. Sheu's deposition transcript, along with the deposition's prefatory pages, depositions reporter's certification, and signature page.

5. On June 11, 2024, I received a letter from Global's counsel in advance of the June 12, 2024 IDC. Attached hereto as **Exhibit Q** is a true and correct copy of that letter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 18, 2025 in Los Angeles, California.

*/s/ Zachary T. Timm*
Zachary T. Timm