# EXHIBIT N

| | |
|---|---|
| **From:** | Timm, Zach T. |
| **To:** | Kirstin Jensvold-Rumage; Milord Keshishian |
| **Cc:** | Meagan Ekaphan; Marlen Millan-Osuna; Lefkowitz, Shaina M.; Nickerson, Morgan T. |
| **Subject:** | RE: Epson v. GAC - Settlement Communication |
| **Date:** | Wednesday, October 02, 2024 2:31:34 PM |
| **Attachments:** | Epson v. GAC - 10.2.24 M&C re Global"s Document Productions.pdf |

Counsel,

We have still not heard back from you about any of the settlement agreement, document collection/production, or depositions. This includes that I have not received a response to the message I left with your office last Thursday, September 26.

The October 1 deadline to produce documents has come and gone without even a responsive communication. As such, Epson is left with no choice but to seek judicial intervention. Specifically, Epson intends to compel Global's production of documents (and attendance of its witnesses at deposition). Please see attached meet and confer correspondence with respect to these issues.

Please let us know your availability for a telephonic meet and confer between now and next Friday (10/11). Additionally, if we are unable to reach a resolution through (or before) that call, please let us know if Global will agree to participate in the Magistrate's informal discovery procedures as we have in the past in this case.

Thank you,
Zach



**Zach Timm**
K&L Gates LLP
10100 Santa Monica, Blvd.
8th floor
Los Angeles, CA 90067
Phone: 310-552-5554
Fax: 310-552-5001
zach.timm@klgates.com
www.klgates.com

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Tuesday, September 24, 2024 8:25 AM
**To:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; Milord Keshishian <milord@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>

**Subject:** RE: Epson v. GAC - Settlement Communication

Kirstin,

Can you kindly confirm that you are on schedule to produce documents by Oct. 1 and that the deposition dates noticed work for you and your witnesses?

Thanks,
Morgan

---

**From:** Nickerson, Morgan T.
**Sent:** Tuesday, September 17, 2024 11:39 AM
**To:** 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; 'Milord Keshishian' <milord@milordlaw.com>; 'Meagan Ekaphan' <Meagan@milordlaw.com>; 'Marlen Millan-Osuna' <marlen@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

Kirstin,

While I remain hopeful that we will be able to resolve the dispute through settlement, fact discovery closes in November and we will need to conduct settlement discussions is parallel with fact discovery. To that end, we need to schedule depositions and my client needs responsive documents from your client. Attached, please find deposition notices setting the following schedule that coincides with our Oct. 17 court hearing:

- Mr. Khozema – Oct. 15 in person in LA
- Mr. Sheu / 30(b)(6) – Oct. 16 in person in LA
- Mr. Allan Steinberg – Oct. 23 in New York or remotely.

We also ask that all responsive documents be produced on or before Oct. 1 so that we have adequate time to prepare the same for use in depositions.

Kindly let me know if this schedule poses any difficulties.

Best regards,
Morgan

---

**From:** Nickerson, Morgan T.
**Sent:** Thursday, September 12, 2024 4:06 PM
**To:** 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; 'Milord Keshishian' <milord@milordlaw.com>; 'Meagan Ekaphan' <Meagan@milordlaw.com>; 'Marlen Millan-Osuna' <marlen@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

**Importance:** High

Kirstin,

Another week has passed and I have not even received the courtesy of a response to my emails below. Accordingly, I am left with little choice but to assume one is not forthcoming.

To that end, attached please find written discovery requests from my client. I will also need documents responsive to my client's initial requests by the end of the month run with the search terms and protocol agreed upon. If this timeline is problematic, kindly let me know immediately and we can set up a meet and confer to discuss the same.

We need to schedule depositions for early October for Frank, Khozema, and Allen. Kindly provide convenient dates by the close of business Monday. If none are provided, we will set dates convenient for our schedules which will likely be when I am in town for the hearing on Oct. 17.

My client remains interested in settlement and I am aware that your client is "constantly traveling," but he must now prioritize this case. Your client has made one turn of the settlement agreement in nearly two months. If settlement is possible, he will need to be far more engaged in order to resolve the case.

As always, I am available to discuss this matter by phone if you would find that helpful.

Best,
Morgan

---

**From:** Nickerson, Morgan T.
**Sent:** Wednesday, September 04, 2024 6:05 PM
**To:** 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; 'Milord Keshishian' <milord@milordlaw.com>; 'Meagan Ekaphan' <Meagan@milordlaw.com>; 'Marlen Millan-Osuna' <marlen@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

Kirstin,

Another month has nearly passed since I sent revisions to the settlement agreement. Does your client have any response to the same? Given that no progress has been made whatsoever on settlement, my client intends to continue with the needed discovery if no substantive settlement update is provided by the end of this week.

My client remains interested in settlement, but your client's failure to participate in meaningful settlement talks is leaving Epson with little choice but to continue with the litigation.

Best,

Morgan

---

**From:** Nickerson, Morgan T.
**Sent:** Monday, August 12, 2024 2:13 PM
**To:** 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; Milord Keshishian <milord@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>; Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication



**From:** Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Sent:** Monday, August 05, 2024 4:10 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>; Milord Keshishian <milord@milordlaw.com>; Meagan Ekaphan <Meagan@milordlaw.com>; Marlen Millan-Osuna <marlen@milordlaw.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

> **This Message Is From an External Sender**
> This message came from outside your organization.

Hi Morgan,

Please see attached.

Most sincerely,

Kirstin Jensvold-Rumage
Associate Attorney

Milord Law Group, PC
Patent, Trademark & Copyright Law
Bank of America Plaza
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
Tel (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com


*************************CONFIDENTIALITY NOTICE*************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Monday, August 5, 2024 7:08 AM
**To:** Milord Keshishian <milord@milordlaw.com>; Kirstin Jensvold-Rumage <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

Milord / Kirstin,

It has been nearly a *month* since I sent the settlement agreement and I have heard nothing back from you on it. Can you kindly provide an update this week? Absent progress on settlement, we will need to schedule depositions and get documents produced.

Thanks,
Morgan

**From:** Nickerson, Morgan T.
**Sent:** Monday, July 15, 2024 4:49 PM
**To:** 'Milord Keshishian' <milord@milordlaw.com>; 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication

Milord / Kirstin,

We pushed some things off in an effort to work on settlement.  When can I expect a response to the proposed settlement agreement?

Thanks,
Morgan

---

**From:** Nickerson, Morgan T.
**Sent:** Monday, July 08, 2024 2:41 PM
**To:** 'Milord Keshishian' <milord@milordlaw.com>; 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Cc:** Timm, Zach T. <Zach.Timm@klgates.com>
**Subject:** RE: Epson v. GAC - Settlement Communication



---

**From:** Nickerson, Morgan T.
**Sent:** Tuesday, June 18, 2024 10:22 AM
**To:** Milord Keshishian <milord@milordlaw.com>; 'Kirstin Jensvold-Rumage' <kirstin@milordlaw.com>
**Subject:** Epson v. GAC - Settlement Communication



**Morgan T. Nickerson**
Partner
K&L Gates LLP
1 Congress Street
Boston, MA 02111
T-617.261.3134
F-617.261.3175
morgan.nickerson@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.