# EXHIBIT P

# In the Matter Of:

## EPSON AMERICA vs GLOBAL AIPTEK INC.

8:23-cv-00222

# FRANK SHEU

*January 16, 2024*

*Vol. I*

*30b6 AEO*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                          SOUTHERN DIVISION

 3   EPSON AMERICA, INC.,              Case No. 8:23-cv-00222
                                              FWS-DFM
 4           Plaintiff,

 5       vs.

 6   GLOBAL AIPTEK INC., d/b/a GAC
     TECHNOLOGY GROUP,
 7
             Defendant.
 8   _____

 9


10
         ATTORNEYS' EYES ONLY, SUBJECT TO PROTECTIVE ORDER
11


12

13     30(b)(6) DEPOSITION OF GLOBAL AIPTEK INC., dba GAC

14               TECHNOLOGY GROUP, FRANK SHEU

15                        VOLUME I

16                   Irvine, California

17                Tuesday, January 16, 2024

18

19

20

21

22

23   REPORTED BY:  Marlene Apodaca,
                   Certified Shorthand Reporter, No. 6579
24

25
```



```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                      SOUTHERN DIVISION

 3
    EPSON AMERICA, INC.,         Case No. 8:23-cv-00222
 4                               FWS-DFM
            Plaintiff,
 5
        vs.
 6
    GLOBAL AIPTEK INC., d/b/a GAC
 7  TECHNOLOGY GROUP,

 8          Defendant.
    _____
 9

10

11          30(b)(6) Deposition of GLOBAL AIPTEK INC.,

12   dba GAC TECHNOLOGY GROUP, FRANK SHEU, VOLUME I, taken

13   at the Offices of K&L GATES LLP, 1 Park Plaza,

14   Twelfth Floor, Irvine, California, commencing at

15   9:51 a.m. and concluding at 1:35 p.m. on Tuesday,

16   January 16, 2024, before Marlene Apodaca, Certified

17   Shorthand Reporter No. 6579.

18

19

20

21

22

23

24

25
```



```
1   APPEARANCES OF COUNSEL:

2

    FOR THE PLAINTIFF:
3
        K&L GATES, LLP
4       BY:   MORGAN T. NICKERSON, ESQ. (Pro Hac Vice)
        State Street Financial Center
5       One Lincoln Street
        Boston, Massachusetts  02111
6       (617) 261-3100
        morgan.nickerson@klgates.com
7

8   FOR THE DEFENDANT:

9       MILORD & ASSOCIATES
        BY:   MILORD A. KESHISHIAN, ESQ.
10      333 South Hope Street
        Suite 4025
11      Los Angeles, California  90071
        (310) 226-7878
12      milord@milordlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                     INDEX OF EXAMINATION

 2   WITNESS:  GLOBAL AIPTEK INC., dba GAC TECHNOLOGY GROUP,
              FRANK SHEU
 3

 4   EXAMINATION BY:                                        PAGE

 5   MR. NICKERSON                                            6

 6


 7
                        INDEX TO EXHIBITS
 8
     DEPOSITION   DESCRIPTION                               PAGE
 9
     Exhibit 1    Deposition Notice                           10
10
     Exhibit 2    Response to First Set of
11                Interrogatories                             29

12   Exhibit 3    Verification                                39

13   Exhibit 4    Sales by Product-Service Summary
                  (Confidential)                              46
14
     Exhibit 5    E-mail correspondence Re: Warranty
15                covered projector (Confidential)            53

16   Exhibit 6    Test Report                                 56

17   Exhibit 7    Test Report                                 65

18   Exhibit 8    Test Report                                 68

19   Exhibit 9    Test Report Draft                           71

20   Exhibit 10   Distributor Agreement
                  (Highly Confidential)                       73
21
     Exhibit 11   Business Terms Agreement
22                (Highly Confidential)                       77

23   Exhibit 12   Walmart and Sam's Club General Supplier
                  Information (Highly Confidential)           79
24
     (CONTINUED)
25
```



|    | INDEX TO EXHIBITS | |
|----|---|---|
| DEPOSITION | DESCRIPTION | PAGE |
| Exhibit 13 | D&H Distributing Vendor Purchase Agreement (Highly Confidential) | 83 |
| Exhibit 14 | HP Projector BP5000 Product Overview | 85 |
| Exhibit 15 | HP Projector CC200 Product Overview | 93 |
| Exhibit 16 | HP Projector MP250 Product Overview | 98 |
| Exhibit 17 | Page Vault | 99 |
| Exhibit 18 | HP Projection Roadmap 2023-2024 (Confidential) | 106 |
| Exhibit 19 | B&H web page for HP BP5000 | 114 |
| Exhibit 20 | GAC web page for HP BP5000 | 118 |
| Exhibit 21 | GAC web page for HP CC200 | 121 |
| Exhibit 22 | GAC web page for HP BP5000 | 122 |
| Exhibit 23 | Best Buy web page for Aiptek BP5000 | 123 |
| Exhibit 24 | Walmart web page for Aiptek BP5000 | 127 |
| Exhibit 25 | Amazon web page for HP CC200 | 128 |
| Exhibit 26 | Amazon web page for HP mobile projector | 138 |
| Exhibit 27 | Service Memo (Highly confidential) | 141 |

(Exhibits 1 through 27 were marked for identification and attached to the original and copies of the transcript.)



```
 1                        Irvine, California
 2                    Tuesday, January 16, 2024
 3                   9:51 a.m. through 1:35 p.m.
 4                              ***
 5                           FRANK SHEU,
 6   having been first duly sworn by the certified shorthand
 7   reporter, was examined and testified as follows:
 8
 9                           EXAMINATION
10   BY MR. NICKERSON:
11        Q    Good morning, Mr. Sheu.  I know we just met,
12   but for the record my name is Morgan Nickerson.  I'm a
13   lawyer at the law firm of K & L Gates.  I represent
14   plaintiff Epson America, Inc., in this matter.
15             Have you ever been deposed before?
16        A    I don't follow you.
17        Q    Have you ever been in a deposition before?
18        A    No.
19        Q    No?  Okay.  Let me explain a few ground rules
20   for you.  I'm going to ask you questions.  You're going
21   to respond to the best of your knowledge.
22             Everything that we say is taken down by the
23   court reporter here.  Because of that, it's helpful if
24   you let me finish the question before you answer the
25   question.  It just makes the court reporter's job a
```



```
 1              MR. KESHISHIAN:  Objection; vague and
 2   ambiguous.
 3   BY MR. NICKERSON:
 4        Q    Do you understand the question?
 5        A    What do you mean?
 6        Q    Sure.
 7             Does GAI have any employees?
 8              MR. KESHISHIAN:  Objection; vague and
 9   ambiguous.
10              THE WITNESS:  We do have employees.
11   BY MR. NICKERSON:
12        Q    How many employees does GAI have?
13              MR. KESHISHIAN:  Objection; vague and
14   ambiguous.
15              THE WITNESS:  How many employees we have?  I
16   don't understand.
17             We have five employees work for us in the U.S.
18   BY MR. NICKERSON:
19        Q    Okay.  What are the names of the five
20   employees in the U.S.?
21        A    Khozema.
22        Q    And could you spell them for the record as
23   well?
24        A    K-h-o-z-e-m-a.
25             Nardita, N-a-r-d-i-t-a, Nardita.
```



1           Allen, A-l-l-e-n.
2           And Sonia.
3      Q    And you're the fifth employee?
4      A    Yeah.
5      Q    Okay.  What is Khozema's role?
6      A    Technical support management.
7      Q    Can you describe to me his roles and
8  responsibilities?
9      A    He's handling customer support, service and
10 warranty communication.
11     Q    If you look at Exhibit 1, topics 17 and 18,
12 topic 17 is:  "Customer complaints about your services
13 of your products."
14          And number 18 is:  "Customer reviews, feedback
15 and complaints you have received."
16          Would Mr. Khozema be the best person to
17 testify on those topics?
18          MR. KESHISHIAN:  Objection; vague and
19 ambiguous.
20          THE WITNESS:  Yes.
21 BY MR. NICKERSON:
22     Q    Are you prepared today to testify on topics 17
23 and 18?
24     A    17 and 18?  Yes.
25     Q    Okay.  What did you do to prepare today for




 **CONFIDENTIAL**

```
 1      A     Nardita.
 2      Q     Can you explain to me what Nardita's role?
 3      A     She's an accountant.
 4      Q     Can you explain to me her roles and
 5   responsibilities?
 6      A     Record the sales received, invoice.
 7      Q     Typical accountant activities?
 8      A     Yes.
 9      Q     Allen, what is his role within the company?
10      A     Allen is a salesperson.
11      Q     What are his roles and responsibilities?
12      A     Help us to communicate with clients.
13      Q     And who are the clients?  The distributors?
14      A     Distributor, retailer.
15      Q     Typical sales, roles and responsibilities for
16   Allen?
17      A     Communicate the products, to get orders.
18   That's it.
19      Q     Okay.  And what is Sonia's job within the
20   company?
21      A     Follow up with sales, customer service, client
22   service related to sales.
23      Q     She's a sales associate.  She helps Allen?
24      A     Yes.
25      Q     What products does GAI sell?
```



```
 1              (Whereupon Exhibits 1 through 27 were marked
 2    for identification by the Court Reporter, copies of
 3    which are attached hereto.)
 4              (The proceedings concluded at 1:37 p.m.
 5    Declaration under penalty of perjury on the following
 6    page hereof.)
```



```
 1              DECLARATION UNDER PENALTY OF PERJURY
 2
 3              I, FRANK SHEU, do hereby certify under penalty
 4    of perjury that I have read the foregoing transcript of
 5    my deposition, or the same has been read to me; that I
 6    have made such changes and/or corrections, if any, on
 7    the Deposition Errata Sheet, attached hereto, signed by
 8    me; that my testimony as contained herein, as
 9    corrected, is true and correct.
10              Signed on the_____day of_____,
11    20___, at _____,
12    California.
13
14              _____
                FRANK SHEU
15
16
17
18
19
20
21
22
23
24
25
```



800.211.DEPO (3376)  
*EsquireSolutions.com*

```
                    DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____
Page No._____Line No._____Change to:_____
_____
Reason for change:_____


SIGNATURE:_____DATE_____
          FRANK SHEU
```



```
 1              DEPOSITION ERRATA SHEET

 2   Page No._____Line No._____Change to:_____

 3   _____

 4   Reason for change:_____

 5   Page No._____Line No._____Change to:_____

 6   _____

 7   Reason for change:_____

 8   Page No._____Line No._____Change to:_____

 9   _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE_____
              FRANK SHEU
25
```



```
 1                      CERTIFICATION OF
 2                  CERTIFIED SHORTHAND REPORTER
 3              I, the undersigned, a Certified Shorthand
 4   Reporter of the State of California, do hereby certify:
 5              That the foregoing proceedings were taken
 6   before me at the time and place herein set forth; that
 7   any witnesses in the foregoing proceedings, prior to
 8   testifying, were placed under oath; that a verbatim
 9   record of the proceedings was made by me using machine
10   shorthand which was thereafter transcribed under my
11   direction; further, that the foregoing is an accurate
12   transcription thereof.
13              That a review of the transcript by the
14   deponent was requested, pursuant to Rule 30(e)(2).
15              I further certify that I am neither
16   counsel for nor related to any party to said action,
17   nor in any way interested in the outcome thereof.
18              IN WITNESS WHEREOF, I have this date
19   subscribed my
20   name:_____
21        Marlene Apodaca, CSR No. 6579
22
23   Dated: January 25, 2024
24
25
```

