UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP,<br><br>Defendants. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>*[Assigned to the Hon. Fred W. Slaughter]*<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT GAC TECHNOLOGY GROUP**<br><br>Second Amended Complaint Filed:   October 18, 2024<br><br>Waiver of Service Executed:   October 29, 2024<br><br>Deadline to Respond:   January 27, 2025<br><br>*[Filed Concurrently with Request for Entry of Default; Declaration of Zachary T. Timm]* |

**[PROPOSED] ORDER**

|   |   |
|---|---|
| 1 | Having considered Plaintiff Epson America, Inc.'s ("Plaintiff") Request for Entry |
| 2 | of Default Against Defendant GAC Technology Group, and supporting Declaration of |
| 3 | Zachary T. Timm, and good cause appearing, **IT IS HEREBY ORDERED** that |
| 4 | Plaintiff's Application for Entry of Default is **GRANTED** and default is hereby entered |
| 5 | as to Defendant GAC Technology Group |
| 7 | Dated: _____ |

**[PROPOSED] ORDER**