**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175
Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff
Epson America, Inc.*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP, <br><br> Defendant. | Case No.: 8:23-cv-00222-FWS-DFM <br><br> **DISCOVERY MATTER** <br> Magistrate Judge: Hon. Douglas F. McCormick <br><br> **SUPPLEMENTAL DECLARATION OF ZACHARY T. TIMM IN SUPPORT OF PLAINTIFF EPSON AMERICA, INC.'S REQUEST FOR SANCTIONS RE MOTION TO COMPEL** <br><br> Hearing Date: March 4, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 6B |

**DECLARATION OF ZACHARY T. TIMM**

# DECLARATION OF ZACHARY T. TIMM

I, Zachary T. Timm, declare as follows:

1. I am an attorney at law duly licensed to practice before the Courts of the State of California and an associate with the law firm of K&L Gates LLP, counsel for Plaintiff Epson America. Inc. ("Epson"). I am one of the attorneys responsible for handling this action and I am personally familiar with the legal proceedings in this matter. I am over the age of 18 years, have personal knowledge of the facts contained in this declaration, and if called as a witness, could and would testify competently to the truth of the facts stated herein. I hereby submit this Declaration in support of Epson's request for sanctions relating to Epson's Motion to Compel (DE 79), consistent with and pursuant to this Court's request during the March 4, 2025 hearing on Epson's Motion.

2. Epson seeks recovery of its attorneys' fees incurred in the drafting of its Motion and Reply, as well as attending the hearing on the Motion.

3. As stated in my prior declaration (DE 79-1), I incurred at least 11.4 hours preparing Epson's Motion and accompanying documents (including my declaration and exhibits thereto). This included, specifically at least 6.4 hours conducting legal research and preparing the initial draft of the Joint Discovery Stipulation I served on Global's prior counsel on October 25, 2024, as well as an additional 1.7 hours preparing my initial declaration and exhibits thereto. My hourly rate for this matter in 2024 was $795, and Epson therefore incurred at least $6,439.50 for my time prior to serving the initial draft of the Joint Discovery Stipulation.

4. After Global's new counsel appeared, and following unsuccessful further meet and confer efforts, and in light of not receiving Global's position to the Joint Discovery Stipulation, I revised the Joint Discovery Stipulation to include discussion of the more recent meet and confer efforts. I spent at least an additional 2.5 hours revising Epson's Motion, and an additional 0.8 hours revising my declaration to reflect the updates. This work occurred in 2025, during which time my hourly rate for this matter was $885. As such, Epson incurred at least an additional $2,920.50.

5. Upon receipt of Global's Opposition, I reviewed the Opposition, identified factual errors and inaccuracies (including by reviewing additional evidence produced and testimony elicited in this action), and prepared Epson's Reply Brief, a Supplemental Declaration, and accompanying exhibits. In total, I spent at least 8.3 hours preparing the Reply Brief and accompanying documents. This total was higher than initially anticipated in my original Declaration as I did not anticipate needing to respond to and correct the amount of factual inaccuracies included in Global's Opposition. Specifically, I spent at least 3.4 hours reviewing and identifying inaccuracies within Global's Opposition with evidentiary support, at least 3.9 hours drafting Epson's Reply Brief, and at least 1 hour preparing my Supplemental Declaration and accompanying documents. My hourly rate in this matter remained $885 during this time, and Epson thus incurred at least $7,345.50.

6. I spent approximately 1.6 hour reviewing the briefing and related materials in preparation for the hearing on Epson's Motion and approximately 1.1 hours appearing at the hearing on Epson's Motion. As such, Epson incurred at least an additional $2,389.50 for my appearance at the hearing on Epson's Motion, exclusive of travel time.

7. In total, therefore, Epson has incurred *at least* $19,095.00 for the preparation of the Motion and supporting documents, preparation of the Reply Brief, and appearance at the hearing on the Motion. Although my colleague, Morgan Nickerson, also worked on the briefing and appeared at the hearing on Epson's Motion, Epson is not seeking reimbursement of his fees.

8. I am an eighth-year associate and am admitted to the Bar of California, the United States District Court for each of the Central District of California, Northern District of California, and Southern District of California, and the Ninth Circuit.

9. My hourly rate is the standard rate set by the Firm for an attorney in their eighth year of practice, which it determines based upon a number of factors, including market research, experience, region, and demand. I received my B.A. from the University of Southern California in 2013 and my J.D. from the UCLA School of Law

in 2017. I was admitted into the California Bar in November 2017 and have been practicing with the Firm since that time. In my private practice I have handled complex litigation in both state and federal court, with a focus on complex intellectual property litigation, including numerous complex trade secrets cases in the Central District of California, patent infringement cases in various district courts, and numerous complex class action actions in both federal and state courts. My Firm bio is available at https://www.klgates.com/Zachary-T-Timm and is incorporated herein by reference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 11, 2025 in Los Angeles, California.

*/s/ Zachary T. Timm*
Zachary T. Timm