UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 23-00222-FWS (DFMx) | Date: | March 18, 2025 |
|---|---|---|---|
| Title | Epson America, Inc. v. Global Aiptek, Inc., et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 03/18/2025 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Morgan Nickerson | Vikram Amritaj |

| Proceedings: | Further Hearing Re Motion to Compel Defendant Global Aiptek, Inc. to Collect and Produce Documents and Produce Witnesses for Deposition [79] |
|---|---|

Case called and counsel make their appearances. Court and counsel confer regarding outstanding discovery issues. Court makes rulings and sets further hearing for April 10, 2025, at 10:00 am. Court to issue separate order regarding rulings.

_____ : 20____

Initials of Clerk: nb