UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV 23-00222-FWS (DFMx) | Date: | March 18, 2025 |
|---|---|---|---|
| Title | EPSON AMERICA, INC. v. GLOBAL AIPTEK, INC. et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order re: Plaintiff's Motion to Compel (Dkt. 79)

The Court held a hearing on Plaintiff's motion to compel on March 4, 2025. The Court adjourned that hearing briefly to allow parties' counsel to meet-and-confer. The parties informed the Court of the result of those discussions, and the Court set a further hearing for today's date. See Dkt. 93.

Following further discussion at today's hearing, the Court now ORDERS as follows:

- Defendants shall provide Plaintiff with hit counts for all search terms identified on pages 1 and 9-11 of Exhibit H to Plaintiff's Motion to Compel (Dkt. 79-9) by no later than Wednesday, March 26, 2025;

- If necessary, the parties shall meet-and-confer about any refinement necessary to those search terms by no later than Friday, March 28, 2025;

- Defendants shall re-run any refined search terms by no later than Tuesday, April 1, 2025;

- Defendants shall begin producing documents for all search terms that do not require refinement as soon as possible after March 26, 2025, and for all search terms by no later than April 1, 2025; and

- Defendants shall complete their document production resulting from this process by Wednesday, April 9, 2025.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

The Court also ORDERS Defendants' counsel to advise Plaintiff's counsel as to whether they are authorized to accept service of Rule 45 subpoenas for Ms. Marrero and Ms. Crespo by no later than March 20, 2025. The parties are also ORDERED to continue to meet-and-confer about the scheduling of depositions in the second half of April.

Defendants may file a supplemental opposition to Plaintiff's request for sanctions by Tuesday, April 1, 2025. If necessary, Plaintiff's may file a supplemental reply by Tuesday, April 8, 2025.

The Court sets a further hearing on this matter for Thursday, April 10, 2025, at 11:00 a.m. The Clerk will provide call-in information for counsel in advance of the hearing.