# EXHIBIT C



English (/en)

# ICANN | LOOKUP

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

www.hp-projector.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

## Domain Information

**Name:** HP-PROJECTOR.COM

**Registry Domain ID:** 2120412040_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
DNS.TWMAIL.ORG
DNS2.TWMAIL.ORG

## Dates

Registry Expiration: 2025-05-03 21:42:13 UTC

### A note about our privacy policies and terms of service:

We've updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)    OK

Updated: 2024-04-02 12:02:56 UTC

Created: 2017-05-03 21:42:13 UTC

# Contact Information

## Administrative:

Handle: 160661

Name: Domain Administrator

Organization: HP Inc.

Email: hp.domains@hp.com

Phone: +1.8005247638 (dialpad://%2B1.8005247638)

Fax: +1.8005247638 (dialpad://%2B1.8005247638)

Mailing Address: 1501 Page Mill Road, Palo Alto, CA, 94304, US

## Registrant:

Handle: 160661

Name: Domain Administrator

Organization: HP Inc.

Email: hp.domains@hp.com

Phone: +1.8005247638 (dialpad://%2B1.8005247638)

Fax: +1.8005247638 (dialpad://%2B1.8005247638)

Mailing Address: 1501 Page Mill Road, Palo Alto, CA, 94304, US

## Technical:

Handle: 160661

Name: Domain Administrator

Organization: HP Inc.

Email: hp.domains@hp.com

Phone: +1.8005247638 (dialpad://%2B1.8005247638)

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)    × Ok

**Fax:** +1.8005247638 (dialpad://%2B1.8005247638)

**Mailing Address:** 1501 Page Mill Road, Palo Alto, CA, 94304, US

## Registrar Information

**Name:** MarkMonitor Inc.

**IANA ID:** 292

**Abuse contact email:** abusecomplaints@markmonitor.com

**Abuse contact phone:** +1.2086851750 (dialpad://%2B1.2086851750)

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/hp-projector.com (https://rdap.verisign.com/com/v1/domain/hp-projector.com)

**Last updated from Registry RDAP DB:** 2025-01-28T04:21:40Z

**Registrar Server URL:** https://rdap.markmonitor.com/rdap/domain/HP-PROJECTOR.COM (https://rdap.markmonitor.com/rdap/domain/HP-PROJECTOR.COM)

**Last updated from Registrar RDAP DB:** 2025-01-28T04:21:40Z

## Notices and Remarks

### Notices:

**Terms of Use**

# A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)  × OK

By submitting an RDAP query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
(1) allow, enable, or otherwise support the transmission by email, telephone,
or facsimile of mass, unsolicited, commercial advertising, or spam; or
(2) enable high volume, automated, or electronic processes that send queries,
data, or email to MarkMonitor (or its systems) or the domain name contacts (or
its systems).
MarkMonitor reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.
MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.
Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229 (dialpad://%2B1.8007459229)
In Europe, at +44.02032062220 (dialpad://%2B44.02032062220)

https://www.markmonitor.com/legal/domain-management-terms-and-conditions (https://www.markmonitor.com/legal/domain-management-terms-and-conditions)

### Status Codes

For more information on domain status codes, please visit https://icann.org/epp.

https://icann.org/epp (https://icann.org/epp)

### RDDS Inaccuracy Complaint Form

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf.

https://www.icann.org/wicf (https://www.icann.org/wicf)

Youtube (https://www.youtube.com/icannnews)
Twitter (https://www.twitter.com/icann)
Linkedin (https://www.linkedin.com/company/icann)
Flickr (https://www.flickr.com/photos/icann)
Facebook (https://www.facebook.com/icannorg)
Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)
Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE   CONTACT US   ACCOUNTABILITY AND TRANSPARENCY   GOVERNANCE   HELP   DATA PROTECTION**

**A note about our privacy policies and terms of service:**
We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us at www.icann.org (http://www.icann.org).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)   × OK

© Internet Corporation for Assigned Names and Numbers.     Privacy Policy (https://www.icann.org/privacy/policy)     Terms of Service (https://www.icann.org/privacy/tos)     Cookies Policy (https://www.icann.org/privacy/cookies)

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)   × OK