# EXHIBIT D

 

## Portable Projectors

Filter ▼

Sort by: Price (lowest first) ▼

Showing 1-8 of 8

◄ Page 1 of 1 ►



### EX3280 Projector

🕐 Save $100 Today

OUR PRICE:
$499.99

AFTER 20% SAVINGS:
$399.99

★★★★★ (10)

WHERE TO BUY ▶



### Pro EX7280 Projector

OUR PRICE:
$699.99

★★★★★ (0)

WHERE TO BUY ▶



## PowerLite 1780W Wireless WXGA 3LCD Projector

OUR PRICE:

### $749.99

★★★★★ (16)

REQUEST MORE INFO   ▶

## PowerLite 1781W Wireless WXGA 3LCD Projector



OUR PRICE:

### $799.99

★★★★½ (40)

REQUEST MORE INFO   ▶

## Pro EX9240 Projector





OUR PRICE:

### $849.99

★★★★½ (15)

WHERE TO BUY   ▶

## PowerLite 1785W Wireless WXGA 3LCD Projector



OUR PRICE:

$944.99

★★★★★ (0)

REQUEST MORE INFO    ▶

## PowerLite 1795F Wireless Full HD 1080p 3LCD Projector

OUR PRICE:

$1,049.99

★★★★★ (14)

REQUEST MORE INFO    ▶

## Pro EX11000 Full HD 1080p Laser Projector



OUR PRICE:

$1,299.99

★★★★★ (0)

WHERE TO BUY    ▶



Filter ▼

Sort by:   Price (lowest first) ▼

Showing 1-8 of 8                                                          ◄  Page 1 of 1  ►

Products ⌄

Support ⌄

Shop Epson ⌄

Company ⌄

## Stay Connected with Epson

Email Address* (required)

Enter email address

Country* (required)

United States ▼

☐ Opt-in for promotional emails* (required)

By submitting my information, I agree that it will be handled in accordance with the Epson Privacy Policy, and I authorize Epson to send me marketing communications about Epson products and services. I understand that I can unsubscribe at any time. By using the Epson website, I agree to the Epson Terms of Use and Privacy Policy.

Sign Up  ►

© 2025 Epson America, Inc.     Terms of Use     Accessibility     CA Supply Chains Act     CA Privacy Rights     Cookie Settings

Privacy Policy     Your Privacy Choices