# EXHIBIT E

    

# Large Venue Projectors

Filter

Sort by: Top Rated

Showing 1-3 of 3                    Page 1 of 1

### EB-PQ2220B 4K 3LCD Laser Projector



REQUEST MORE INFO ▶

### EB-PU2120W Large Venue 3LCD Laser Projector



READ MORE INFO ▶



### EB-PU2220B Large Venue 3LCD Laser Projector



READ MORE INFO ▶

---

Filter ▼

Sort by: Top Rated

Showing 1-3 of 3

◀ Page 1 of 1 ▶

Products ⌄

Support ⌄

Shop Epson ⌄

Company ⌄

## Stay Connected with Epson

Email Address* (required)

Enter email address

Country* (required)

United States

☐ Opt-in for promotional emails* (required)

By submitting my information, I agree that it will be handled in accordance with the Epson Privacy Policy, and I authorize Epson to send me marketing communications about Epson products and services. I understand that I can unsubscribe at any time. By using the Epson website, I agree to the Epson Terms of Use and Privacy Policy.

Sign Up ▶



© 2025 Epson America, Inc.    Terms of Use    Accessibility    CA Supply Chains Act    CA Privacy Rights    Cookie Settings

Privacy Policy    Your Privacy Choices