# EXHIBIT F

Case 8:23-cv-00222-FWS-DFM    Document 97-6    Filed 03/27/25    Page 2 of 2   Page ID #:1127

