**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Epson America, Inc., <br><br> PLAINTIFF(S) <br> v. <br><br> Global Aiptek Inc. et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:23-cv-00222-FWS-DFM <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 3/27/2025 | 96 | Notice of and Motion |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☑ The hearing date has been rescheduled to    Thursday, May 8, 2025    at    10:00 a.m.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

      Proposed document must be submitted forthwith.

Dated: 3/28/2025        By: _/s/_
                                                                               U.S. District Judge