**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564)
zach.timm@klgates.com

**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: 617.261.3134
Facsimile: 616.261.3175
Morgan T. Nickerson (admitted *pro hac vice*)
morgan.nickerson@klgates.com

*Attorneys for Plaintiff*
*Epson America, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D]<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Second Amended<br>Complaint Filed:        October 18, 2024<br><br>Current Hearing Date: May 8, 2025<br>New Hearing Date:       June 12, 2025 |

JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

1       Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. ("Global") (jointly, the "Parties"), by and through their respective counsel, respectfully submit this Joint Stipulation and Request for Order Continuing the Hearing on Global's Motion to Dismiss Epson's Second Amended Complaint (the "Motion") with reference to the following facts:

      WHEREAS, Global filed its Motion on March 27, 2025, with a hearing date of May 6, 2025 (DE 96);

      WHEREAS, this Court hears civil motions on Thursdays and, on March 28, 2025, entered an Order rescheduling the hearing on Global's Motion for May 8, 2025 (DE 99);

      WHEREAS, the Parties, through their respective counsel, conducted a telephonic meet and confer on March 28, 2025, during which they discussed, *inter alia*, the hearing date on Global's Motion; and

      WHEREAS, lead counsel for the Parties are unavailable to attend the currently scheduled May 8, 2025 hearing and, upon meeting and conferring, have identified June 12, 2025 as the first available Thursday on which both sides are available.

NOW THEREFORE, good cause appearing, the Parties, by and through their respective counsel of record hereby stipulate and respectfully request the Court enter an order as continue the hearing on Global's Motion to June 12, 2025, and resetting the briefing schedule as follows:

- Deadline for Epson to file any Opposition to the Motion be set as May 22, 2025; and
- Deadline for Global to file any Reply in Support of the Motion be set as May 29, 2025.

Dated: April 4, 2025          K&L GATES LLP

                              By: /s/ Zachary T. Timm
                                  Christina N. Goodrich
                                  Zachary T. Timm
                                  Morgan T. Nickerson (admitted *pro hac vice*)

                              Attorneys for Plaintiff
                              Epson America, Inc.

Dated: April 4, 2025          COHEN LAW GROUP P.C.

                              By: /s/ Vikram Amritraj
                                  Michael N. Cohen
                                  Vikram Amritraj

                              Attorney for Defendant Global Aiptek, Inc.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                              K&L GATES LLP

                              By: /s/ Zachary T. Timm
                                  Zachary T. Timm