**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>    Plaintiff,<br><br>   v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>    Defendant. | Case No. 8:23-cv-00222-FWS-DFM<br><br>Hon. Fred W. Slaughter, Courtroom 10D<br><br>**ORDER RE JOINT STIPULATION AND REQUEST FOR ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [101]** |

///

///

///

Having reviewed and considered the Joint Stipulation and Request for Order to Continue the Hearing on Defendant's Motion to Dismiss Second Amended Complaint [101] ("Stipulation"), between Plaintiff Epson America, Inc. ("Epson") and Defendant Global Aiptek Inc. ("Global") (together, the "Parties"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

- The in-person hearing on Global's Motion to Dismiss [96] ("Motion") is **CONTINUED** from May 8, 2025, at 10:00 a.m., in Courtroom 10D, to **June 12, 2025, at 10:00 a.m., in Courtroom 10D**;
- The deadline for Epson to file any Opposition to the Motion is **EXTENDED** to **May 22, 2025**; and
- The deadline for Global to file any Reply in support of the Motion is **EXTENDED** to **May 29, 2025**.

**IT IS SO ORDERED**.

Dated: April 8, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2