# EXHIBIT A

| | |
|---|---|
| **From:** | Nickerson, Morgan T. |
| **To:** | Vikram Amritraj |
| **Cc:** | vamritraj@cohenip.com; Langan, Sally P.; McKelvey, Bridget K.; Timm, Zach T.; Michael Cohen; Mario Goluza |
| **Subject:** | RE: Depositions Next Week |
| **Date:** | Monday, May 5, 2025 12:19:46 PM |

Hi Vikram,

I am just confirming that you have now changed course and are no longer "happy to prepare a stipulation as suggested" as written below.

Best,
Morgan

**From:** Vikram Amritraj <info@cohenip.com>
**Sent:** Thursday, April 17, 2025 3:12 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Lefkowitz, Shaina M. <Shaina.Lefkowitz@klgates.com>
**Subject:** Re: Depositions Next Week

**This Message Is From an External Sender**
This message came from outside your organization.

Hey Morgan,

Thanks for the email. I think that's a good idea and I'm happy to prepare a stipulation as suggested. I'll call you in a few minutes to discuss particulars if that works for you.

Best,

On Thu, Apr 17, 2025 at 12:07 PM Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:

> Hi Vikram,
>
> In alignment with what we just discussed with the Court, please take this as formal notice that the depositions next week are not going forward as scheduled and we will need to reschedule the same.
>
> You made a good point regarding the pending motion to dismiss / potential counterclaim. If you'd like to prepare a stipulation to extend the schedule and if its allowed by the Court, that would allow us to minimize travel burden on your client. Feel free to circulate a proposal if you think that is a viable go forward plan.
>
> Best,
> Morgan



**Morgan T. Nickerson**
Partner
K&L Gates LLP
1 Congress Street
Boston, MA 02111
T-617.261.3134
F-617.261.3175
morgan.nickerson@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Morgan.Nickerson@klgates.com.