| | |
|---|---|
| 1 | **K&L Gates LLP** |
| 2 | 10100 Santa Monica Boulevard |
|   | Eighth Floor |
| 3 | Los Angeles, California 90067 |
| 4 | Telephone: 310.552.5000 |
|   | Facsimile: 310.552.5001 |
| 5 | Christina N. Goodrich (SBN 261722) |
| 6 | christina.goodrich@klgates.com |
|   | Zachary T. Timm (SBN 316564) |
| 7 | zach.timm@klates.com |
| 8 | **K&L GATES LLP** |
| 9 | One Congress Street |
|   | Suite 2900 |
| 10 | Boston, MA 02114 |
| 11 | Telephone: 617.261.3134 |
|    | Fascimile: 617.261.3175 |
| 12 | Morgan T. Nickerson (*admitted pro hac* |
| 13 | *vice*) |
|    | morgan.nickerson@klgates.com |
| 14 | |
| 15 | *Attorneys for Plaintiff* |
|    | *Epson America, Inc.* |
| 16 | |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| 20 | | Case No.: 8:23-cv-00222-FWS-DFM |
| 21 | EPSON AMERICA, INC. | |
| 22 | Plaintiff, | **DECLARATION OF ZACHARY T. TIMM IN SUPPORT OF EX PARTE APPLICATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER** |
| 23 | v. | |
| 24 | | |
| 25 | GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP, | |
| 26 | | |
| 27 | Defendant. | |
| 28 | | |

**DECLARATION OF ZACHARY T. TIMM**

# DECLARATION OF ZACHARY T. TIMM

I, Zachary T. Timm, declare as follows:

1. I am an attorney at law duly licensed to practice before the Courts of the State of California and this Court, and an associate with the law firm of K&L Gates LLP, counsel for Epson America. Inc. ("Epson"). I am one of the attorneys responsible for handling this action and I am personally familiar with the legal proceedings in this matter. I am over the age of 18 years, have personal knowledge of the facts contained in this declaration, and if called as a witness, could and would testify competently to the truth of the facts stated herein.

2. I submit this Declaration in support of Epson's Ex Parte Application and Request for Order Modifying the Scheduling Order.

3. On May 12, 2025, I called Defendant's counsel, Vikram Amritraj to provide oral notice of Epson's intention to file its Application.

4. During that call, I informed Mr. Amritraj that Epson would be filing its Application on May 12, 2025, and that it would request a three-month extension of the deadlines in the Scheduling Order.

5. Mr. Amritraj informed me that Defendant remained unwilling to stipulate to the requested relief, and that the last he spoke with his colleague and client, Defendant's position was to oppose any continuance, however he stated he was unable to definitively state whether Defendant would oppose the Application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 12, 2025 in Los Angeles, California.

                                            */s/ Zachary T. Timm*
                                            Zachary T. Timm