# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>GLOBAL AIPTEK INC. d/b/a GAC TECHNOLOGY GROUP,<br><br>        Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>[Assigned to the Hon. Fred W. Slaughter, Courtroom 10D]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF EPSON AMERICA, INC.'S EX PARTE APPLICATION AND REQUEST FOR ORDER MODIFYING THE SCHEDULING ORDER**<br><br>Current Discovery Cut-Off:    May 22, 2025<br><br>Proposed New Discovery Cut-Off:    August 21, 2025 |

**[PROPOSED] ORDER**

Having Considered Plaintiff Epson America, Inc.'s ("Epson") Ex Parte Application and Request for Order Modifying the Scheduling Order good cause appearing, **IT IS HEREBY ORDERED** that:

1) The Scheduling Order is modified as follows:

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:00 a.m.** | **First Day:** **4/28/2026** |
| Parties' Estimated Trial Length | **4 days** |
| Pretrial Conference & Hearing on Motions in Limine **Thursday at 8:30 a.m.** | **3/5/2026** |
| Non-Expert Discovery Cut-Off (including any hearings on discovery motions) | **8/21/2025** |
| Expert Disclosure (Initial) | **9/11/2025** |
| Expert Disclosure (Rebuttal) | **9/25/2015** |
| Expert Discovery Cut-Off (*including expert depositions*) | **10/9/2025** |
| Last Date to **Hear** Motions **Thursday**<br>• Motion for Summary Judgment) due at least 6 weeks before hearing)<br>• All other motions (due at least 4 weeks before hearing)<br>• Opposition (due 2 weeks after Motion is filed)<br>• Reply (due 1 week after Opposition is filed) | **12/4/2025** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>[ ] 1. Magistrate Judge (with Court approval)<br>[ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | **12/11/2025** |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• *Daubert* Motions with Proposed Orders2<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | **1/15/2026** |

| | |
|---|---|
| • Affirmative Deposition Designation(s) | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Oppositions to *Daubert* Motions3<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• Objections and Counter Deposition Designation(s) | **1/29/2026** |
| • Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s) | **2/5/2026** |

Dated: _____
                              Honorable Fred W. Slaughter
                              United States District Judge