COHEN IP LAW GROUP P.C.
Michael N. Cohen (SBN 225348)
Vikram Amritraj (SBN 321584)
9025 Wilshire Blvd., Suite 301
Los Angeles, California 90049
Tel: (310) 288-4500
Fax: (310) 246-9980
mcohen@cohenip.com
vamritraj@cohenip.com

Attorneys for Defendant Global Aiptek Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EPSON AMERICA, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>GLOBAL AIPTEK INC.; and GAC TECHNOLOGY GROUP,<br><br>    Defendant. | Case No.: 8:23-cv-00222-FWS-DFM<br><br>[Assigned to the Hon. Fred W. Slaughter]<br><br>**DECLARATION OF FRANK SHEU IN SUPPORT OF DEFENDANT GLOBAL AIPTEK INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ERRONEOUSLY NAMED NON-ENTITY GAC TECHNOLOGY GROUP**<br><br>[Filed concurrently with Memorandum of Points and Authorities, and Declaration of Vikram Amritraj]<br><br>Hearing Date:   December 4, 2025<br>Time:           10:00 a.m.<br>Courtroom:      10D |

**DECLARATION OF FRANK SHEU**

# DECLARATION OF FRANK SHEU

I, Frank Sheu, hereby declare, swear and affirm, upon direct personal knowledge that the following is true and correct:

1. I am currently the President and CEO of Global Aiptek, Inc. ("GAI"), a Defendant in the above-captioned matter. I am also the Chairman and one of the shareholders of Global Aiptek Corporation ("Global Corp."), which is a Taiwanese corporation and the 100% owner of GAI. Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto. As President of GAI and Chairman of Global Corp., I have personal knowledge of their business activities, files and records. I hereby submit the instant Declaration in support of GAI's Opposition to Plaintiff Epson America, Inc.'s ("Epson") Motion for Summary Judgment [Dkt. 126].

2. GAI was incorporated on or about January 26, 2016 in Chicago, IL, and is owned 100% by the Taiwanese entity, Global Aiptek Corporation ("Global Corp."). Global Corp. has no parent company; it is wholly owned by individual shareholders. Neither GAI nor Global Corp. have any 'sister companies.' Since its inception, GAI's sole business is to act as the U.S. distributor for certain products manufactured overseas, including by the third-party company, GT Technology Chongquing Ltd. ("GTAC"). Since approximately November 2022, GAI has had two (2) employees, including myself, and its Operations and Service Manager, Khozema Ali.

3. On or about March 15, 2017, Global Corp. entered into a Trademark License Agreement ("HP Agreement") with HP, Inc., ("HP") which has the rights and licenses to the HP trademarks owned and controlled by Hewlett-Packard Development Company, L.P. ("HPDC"). **A true and correct copy of the HP Agreement is attached as Exhibit A to my declaration filed on November 7, 2025 in support of GAI's Opposition to Epson's Motion for Summary Judgment ("11/7/25 Sheu Declaration") [Dkt 133-1].**

4. Beginning in about 2021, pursuant to the HP Agreement, Global Corp.

1

**DECLARATION OF FRANK SHEU**

authorized GTAC to manufacture models of the HP Branded Projectors. Eventually, GTAC manufactured all of the projectors which are the subject of the instant action: BP5000, CC200, MP250, CC500, and CC180 (the "Subject Projectors").

5. In or about July 2021, prior to the sale of any of the Subject Projectors to the public, GTAC commissioned test reports to be conducted upon each of the Subject Projectors. The tests were performed by Shenzen Circle Testing Certification Co., Ltd., located in Shenzen, China ("Shenzen Lab"), which is accredited by the China National Accreditation Service for Conformity Assessment ("CNAS"). **True and correct copies of Test Reports for the Subject Projectors are attached to the 11/7/25 Sheu Declaration as follows: (Exhibit B: BP5000; Exhibit C: CC200; Exhibit D: MP250; Exhibit E: MP2000; Exhibit F: CC500) [Dkt. 133-2 – 133-5].** With respect to Exhibit F, the CC500 "draft" test was performed by Shenzen LCS Compliance Testing Laboratory Ltd. The CC180 model is virtually the same specifications as the CC200 model, including the brightness level.

6. On or about July 14, 2021, HPDC delivered to me a letter on its official letterhead for the purpose of confirming to the United States customs authorities its licensor relationship with Global Corp., and that GAI is an authorized distributor of HP products in the United States. **A true and correct copy of the July 14, 2021 HP Letter is attached to the 11/7/25 Sheu Declaration as Exhibit G [Dkt. 133-6].**

7. In or about October or November 2021, pursuant to the HP Agreement, Global Corp. authorized GAI to begin distributing the HP Branded Projectors in the United States. GAI first began distribution of the CC200 model in or about October/November 2021, followed by the BP5000 and MP250 models in or about the second quarter of 2022, the CC500 in about the second quarter of 2023, and the CC180 in about the fourth quarter of 2023.

8. Currently, each of the Subject Projectors have reached their "End of Life" ("EOL"), meaning they are no longer manufactured. Further, GAI has already terminated distribution of some of the Subject Projectors, including the: (1) CC500

model in or about January 2025; (2) CC200 model in or about June or July 2025; (3) BP5000 model in or about the first half of 2025. The only Subject Projectors currently being distributed in the U.S. are the CC180 and the MP2000.

9. **True and correct copies of the GAI's profit and loss statements ("P&Ls") for the fiscal years 2022, 2023, and 2024 are attached to the 11/7/25 Sheu Declaration as Exhibits H, I, and J [Dkt. 133-7 – 133-9].** As reflected in the P&Ls, GAI incurs significant costs to bring the Subject Projectors to the U.S market, including but not limited to purchasing each Subject Projector unit from GTAC, and selling them in the U.S.

10. Pursuant to GAI's P&Ls as well as its available tax returns between 2022 and 2024, GAI's net income was -$16,547.42. **True and correct redacted copies of GAI's tax returns are attached to the 11/7/25 Sheu Declaration as follows: (Exhibit K: FY2022; Exhibit L: FY2023; Exhibit M: FY2024). A true and correct copy of GAI's 2025 year-to-date sales are attached to the 11/7/25 Sheu Declaration as Exhibit N. Additionally, a true and correct copy of GAI's "Sales by Product/Service Summary" from June 2021 – June 2023 is attached to the 11/7/25 Sheu Declaration as Exhibit O [Dkt. 133-10 – 133-14].**

11. GAC Technology Group is not a legal entity formed anywhere not does it conduct any business. To be clear, GAC Technology Group does not have any assets, and has never entered into any contracts, obtained any business licenses, obtained a tax identification number, acquired any capital, or incurred any expenses of any kind.

12. I, Frank Sheu, personally do not own GAC Technology Group or its assets (as there are none), nor have I personally contributed any funds to GAC Technology Group or transacted any business under the name "GAC Technology Group."

13. GAC Technology Group is a shorthand term I, and others I work with, use to refer generally to a concept of a group of companies that regularly do business together, which include Global Corp., GTAC, and GAI, among others whose activities are completely unrelated to the instant dispute.

3

**DECLARATION OF FRANK SHEU**

14. In or about October 2024, my relationship with my former counsel, Milord Law Group ("MLG"), including my communications with MLG's attorneys began to break down. After MLG filed its motion to withdraw as my counsel and I was searching for new counsel, on or about October 29, 2024, I signed a document entitled "Waiver of the Service of Summons" on behalf of the non-entity GAC Technology Group. However, I made a mistake in signing it, as GAC Technology Group is not a legal entity. I wasn't paying attention when I signed it and did not know what I was signing at the time.

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct.

Executed on this 13th day of November, 2025, in   Taipei City , Taiwan   .

By: *Frank Sheu*
Frank Sheu

---

4
**DECLARATION OF FRANK SHEU**